KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:     (415) 249-8330
Facsimile:      (415) 249-8333

Attorneys for Plaintiff, Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHANEL, INC., a New York corporation, | ) | Case No. C-07-3592-EMC |
| Plaintiff, | ) | |
| v. | ) | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| CASONDRA TSHIMANGA a/k/a CASONDRA SMITH a/k/a CASONDRA SATCHER a/k/a C. MAYFIELD a/k/a ANNE LLOYD d/b/a HANDBAGOUTPOST.COM d/b/a DESIGNEROUTPOST.NET d/b/a HANDBAGSLUXURY.COM d/b/a BAY ELECTRONICS and Does 1-10, | ) | |
| Defendants. | ) | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

/ / /

1

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
Case No. C-07-3592-EMC

Dated: October 10, 2007         KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
KENNETH KELLER
Attorneys for Plaintiff
CHANEL, INC.

82784