1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
2  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, 4th Floor
3  San Francisco, California 94104-3839
4  Telephone:    (415) 249-8330
   Facsimile:    (415) 249-8333
5
   Attorneys for Plaintiff, Chanel, Inc.
6

7

8                    THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CHANEL, INC., a New York corporation,    )   Case No. C-07-3592-EMC
                                             )
12             Plaintiff,                    )
                                             )   **PLAINTIFF CHANEL, INC.'S**
13        v.                                 )   **REQUEST TO CONTINUE CASE**
                                             )   **MANAGEMENT CONFERENCE**
14  CASONDRA TSHIMANGA a/k/a                 )   **AND [PROPOSED] ORDER**
    CASONDRA SMITH a/k/a CASONDRA            )
15  SATCHER a/k/a C. MAYFIELD a/k/a ANNE     )
    LLOYD d/b/a HANDBAGOUTPOST.COM           )
16  d/b/a DESIGNEROUTPOST.NET d/b/a          )
17  HANDBAGSLUXURY.COM d/b/a BAY             )
    ELECTRONICS and Does 1-10,               )
18                                           )
19                                           )
               Defendants.                   )
20                                           )
                                             )
21                                           )

22    WHEREAS, Plaintiff Chanel, Inc. ("Chanel") filed the complaint on July 11, 2007.

23    WHEREAS, the last day to serve the summons and complaint on Defendant is November 8,
24  2007.

25

26

27                                           1
   ─────────────────────────────────────────────────────────
28       CHANEL'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
                         Case No. C-07-3592-EMC

1   WHEREAS, Chanel has diligently attempted to serve Defendant, but understands that
2   Defendant has been purposefully avoiding service of process and thus Chanel has not yet completed
3   service of he complaint;

4   WHEREAS, the Initial Case Management Conference is currently scheduled for October 17,
5   2007 at 1:30 p.m.;

6   WHEREAS, Chanel believes it would be appropriate to continue the Initial Case Management
7   Conference until some time after service has been completed and Defendant has had the opportunity
8   to file a responsive pleading;

9   THEREFORE, Chanel hereby requests that the Court continue the Initial Case Management
10  Conference until December 12, 2007 at 1:30 p.m.

11  Dated:  October 10, 2007                           KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

14                                                  By: _____/s/_____
                                                    KENNETH KELLER
15                                                  Attorneys for Plaintiff
                                                    CHANEL, INC.

### ORDER

19  IT IS HEREBY ORDERED that the Initial Case Management Conference is continued until
20  December 12, 2007 at 1:30 p.m.

22  Dated:  October ___, 2007                         _____
23                                                  UNITED STATES MAGISTRATE JUDGE
                                                    EDWARD CHEN

24  82776

27                                                  2
_____
28  CHANEL'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
    Case No. C-07-3592-EMC