1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
2  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, 4th Floor
3  San Francisco, California 94104-3839
   Telephone:    (415) 249-8330
4  Facsimile:    (415) 249-8333

5
   Attorneys for Plaintiff, Chanel, Inc.
6

7

8                THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CHANEL, INC., a New York corporation,    )    Case No. C-07-3592-EMC
                                             )
12              Plaintiff,                    )
                                             )
13         v.                                 )    **PLAINTIFF CHANEL, INC.'S**
                                             )    **REQUEST TO CONTINUE CASE**
14  CASONDRA TSHIMANGA a/k/a                  )    **MANAGEMENT CONFERENCE**
    CASONDRA SMITH a/k/a CASONDRA            )    **AND [PROPOSED] ORDER**
15  SATCHER a/k/a C. MAYFIELD a/k/a ANNE     )
    LLOYD d/b/a HANDBAGOUTPOST.COM           )
16  d/b/a DESIGNEROUTPOST.NET d/b/a          )
    HANDBAGSLUXURY.COM d/b/a BAY             )
17  ELECTRONICS and Does 1-10,               )
                                             )
18                                           )
                                             )
19              Defendants.                   )
                                             )
20                                           )
                                             )
21  _____  )

22       WHEREAS, Plaintiff Chanel, Inc. ("Chanel") filed the complaint on July 11, 2007.

23       WHEREAS, the last day to serve the summons and complaint on Defendant is November 8,

24  2007.

25

26

27                              1
    _____
28    CHANEL'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
                     Case No. C-07-3592-EMC

WHEREAS, Chanel has diligently attempted to serve Defendant, but understands that Defendant has been purposefully avoiding service of process and thus Chanel has not yet completed service of he complaint;

WHEREAS, the Initial Case Management Conference is currently scheduled for October 17, 2007 at 1:30 p.m.;

WHEREAS, Chanel believes it would be appropriate to continue the Initial Case Management Conference until some time after service has been completed and Defendant has had the opportunity to file a responsive pleading;

THEREFORE, Chanel hereby requests that the Court continue the Initial Case Management Conference until December 12, 2007 at 1:30 p.m.  CMC statement shall be filed by 12/5/07.

Dated:  October 10, 2007                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
                  KENNETH KELLER
                  Attorneys for Plaintiff
                  CHANEL, INC.

**ORDER**

IT IS HEREBY ORDERED that the Initial Case Management Conference is continued until December 12, 2007 at 1:30 p.m.  CMC statement shall be filed by 12/5/07.

Dated:  October __15__, 2007          _____
                              UNITED STATES MAGISTRATE JUDGE
                              EDWARD CHEN

82776

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2