**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7   CHANEL INC.,                                No. C07-3592 EMC

8              Plaintiff,

9        v.                                     **CLERK'S NOTICE**

10  CASONDRA TSHIMANGA, et al.,

11             Defendants.

12  _____/

13  TO ALL PARTIES AND COUNSEL OF RECORD:

14        YOU ARE NOTIFIED THAT the CASE MANAGEMENT CONFERENCE set for December

15  12, 2007 at 1:30 p.m. has been rescheduled to **January 2, 2008 at 1:30 p.m.** before Magistrate Judge

16  Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,

17  CA 94102.    A Joint Case Management Conference Statement shall be filed by December 26, 2007.

18  Plaintiff shall serve a copy of this notice to defendant.

19

20  Dated:  November 19, 2007              FOR THE COURT,
                                          Richard W. Wieking, Clerk

21

22

23

24                                        by: _____
                                              Betty Fong

25                                            Courtroom Deputy

26

27

28