KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:   (415) 249-8330
Facsimile:   (415) 249-8333

Attorneys for Plaintiff, Chanel, Inc.

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CASONDRA TSHIMANGA a/k/a CASONDRA SMITH a/k/a CASONDRA SATCHER a/k/a C. MAYFIELD a/k/a ANNE LLOYD d/b/a HANDBAGOUTPOST.COM d/b/a DESIGNEROUTPOST.NET d/b/a HANDBAGSLUXURY.COM d/b/a BAY ELECTRONICS and Does 1-10,<br><br>  Defendants. | Case No. C-07-3592-EMC<br><br>**REQUEST TO ENTER DEFAULT**<br><br>Filing Date: July 11, 2007<br>Date of Service: October 27, 2007<br>Date: December 17, 2007 |

Pursuant to Federal Rule of Civil Procedure 55 and Civil Local Rule 77-2, Plaintiff hereby requests that the Clerk of the Court enter default in this matter against Casondra Tshimanga ("Defendant") on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. *See* Declaration of Michael D. Lisi in Support of Request to Enter Default, ¶ 6.

Plaintiff served the Summons and Complaint on Defendant on October 27, 2007, and filed the Certificate of Service with this Court on November 7, 2007. *See Id.*, ¶¶ 2, 3 Exhibit A; *see*

1  *also* e-Docket No. 7. Neither Plaintiff nor the Court has granted Defendant any extensions of time
2  to respond to the Complaint. *Id.*, ¶ 5. Defendant has failed to answer or otherwise respond to the
3  Complaint, or serve a copy of any answer or other response upon Plaintiff's attorneys of record.
4  *Id.*, ¶ 6. Plaintiffs have no reason to believe that Defendant is an infant or incompetent person.
5  *Id.*, ¶ 7. Plaintiffs have no reason to believe that Defendant is in the military service. *Id.*, ¶ 8.

      Consequently, Plaintiff is entitled to entry of default against the Defendant and respectfully requests that the Clerk of the Court enter such default.

Dated: December 19, 2007                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/_____
    KENNETH E. KELLER
    Attorneys for Plaintiff
    CHANEL, INC.