KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff, Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASONDRA TSHIMANGA a/k/a CASONDRA SMITH a/k/a CASONDRA SATCHER a/k/a C. MAYFIELD a/k/a ANNE LLOYD d/b/a HANDBAGOUTPOST.COM d/b/a DESIGNEROUTPOST.NET d/b/a HANDBAGSLUXURY.COM d/b/a BAY ELECTRONICS and Does 1-10,<br><br>Defendants. | Case No. C-07-3592-EMC<br><br>**DECLARATION OF MICHAEL D. LISI IN SUPPORT OF REQUEST FOR DEFAULT**<br><br>Filing Date: July 11, 2007<br>Date of Service: October 27, 2007<br>Date: December 17, 2007 |

I, MICHAEL D. LISI, declare:

1.   I am an attorney at law licensed to practice before the Courts of the State of California. I am a partner with the law firm of Krieg, Keller, Sloan, Reilley & Roman LLP, and I am an attorney for Plaintiff Chanel, Inc. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.   On July 11, 2007, Plaintiff filed the Complaint in this case against Casondra Tshimanga ("Defendant"). After many attempts at service and despite numerous efforts on the

1  part of the Defendant to evade service, the Summons and Complaint were properly served on
2  October 27, 2007.
3      3.    Attached hereto as Exhibit "A" is a true and correct copy of the proof of service on
4  file with the Court, reflecting that Defendant was served with the Summons and Complaint on
5  October 27, 2007. The document was also e-filed, and is currently e-Docket No. 7.
6      4.    More than 20 days have elapsed since the date on which service of the Summons
7  and Complaint was effective.
8      5.    Defendant has not been granted any extension of time to respond to the Complaint.
9      6.    Defendant has failed to answer or otherwise respond to the Complaint, or serve a
10 copy of any answer or other response upon Plaintiffs' attorneys of record.
11     7.    I have no reason to believe that Defendant is an infant or incompetent person.
12     8.    I have no reason to believe that Defendant is in the military service.
13          I declare under penalty of perjury under the laws of the United States of America
14 that the foregoing is true and correct.

Executed on December 19, 2007 at San Francisco, California.

_____/s/_____
Michael D. Lisi

DECLARATION OF
MICHAEL D. LISI

Case No.: C-07-3592-EMC                 2