KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff, Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>         Plaintiff,<br><br>   v.<br><br>CASONDRA TSHIMANGA a/k/a CASONDRA SMITH a/k/a CASONDRA SATCHER a/k/a C. MAYFIELD a/k/a ANNE LLOYD d/b/a HANDBAGOUTPOST.COM d/b/a DESIGNEROUTPOST.NET d/b/a HANDBAGSLUXURY.COM d/b/a BAY ELECTRONICS and Does 1-10,<br><br>         Defendants. | Case No. C-07-3592-EMC<br><br>**[PROPOSED] DEFAULT BY CLERK** |

It appearing from the records in this action that the Summons has been served upon Defendant Casondra Tshimanga, and it further appearing from the declaration of counsel for Plaintiff, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Casondra Tshimanga has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Casondra Tshimanga hereby is entered.

1
2  DATED: _____          By:
3                                       Deputy Clerk
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C-07-3592-EMC                                    DEFAULT BY CLERK
                                2