1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
2  ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
   San Francisco, California 94104-3839
4  Telephone:   (415) 249-8330
5  Facsimile:   (415) 249-8333

6  Attorneys for Plaintiff, Chanel, Inc.

7

8
                    THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   CHANEL, INC., a New York corporation,    )   Case No. C-07-3592-EMC
12                                           )
              Plaintiff,                     )
13                                           )   PLAINTIFF CHANEL, INC.'S
       v.                                    )   REQUEST TO CONTINUE CASE
14                                           )   MANAGEMENT CONFERENCE
   CASONDRA TSHIMANGA a/k/a                  )   AND [PROPOSED] ORDER
15 CASONDRA SMITH a/k/a CASONDRA             )
   SATCHER a/k/a C. MAYFIELD a/k/a ANNE      )
16 LLOYD d/b/a HANDBAGOUTPOST.COM            )
   d/b/a DESIGNEROUTPOST.NET d/b/a           )   Date Filed: July 11, 2007
17 HANDBAGSLUXURY.COM d/b/a BAY              )   Original Date of CMC:
   ELECTRONICS and Does 1-10,                )   Jan. 2, 2008, 1:30 pm
18                                            )   [Proposed] Date of CMC:
                                              )   Mar. 5, 2008, 1:30 pm
19                                           )
              Defendants.                    )
20                                           )
                                             )
21                                           )
                                             )

22     WHEREAS, Plaintiff Chanel, Inc. ("Chanel") filed the complaint on July 11, 2007;

23     WHEREAS, Chanel served Defendant on October 27, 2007;

24     WHEREAS, twenty (20) days has passed since Plaintiff properly effected service upon
25 Defendant and Defendant has not answered or made any response to the Complaint;

26
                                             1
27
   CHANEL'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
28                    Case No. C-07-3592-EMC

1  WHEREAS, based on the lack of response, Chanel is concurrently filing herewith a Request for Entry of Default;

3  WHEREAS, the Case Management Conference is currently scheduled for January 2, 2008 at 1:30 p.m.;

5  WHEREAS, Chanel believes it would be appropriate to continue the Case Management Conference to permit entry of default;

7  **THEREFORE**, Chanel hereby requests that the Court continue the Case Management Conference until March 5, 2007 at 1:30 p.m.

Dated: December 19, 2007          KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/_____
KENNETH KELLER
Attorneys for Plaintiff
CHANEL, INC.


**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Initial Case Management Conference is continued until March 5, 2008 at 1:30 p.m.

Dated: December __, 2007          _____
UNITED STATES MAGISTRATE JUDGE
EDWARD CHEN

2

CHANEL'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C-07-3592-EMC