**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking								General Court Number
Clerk											415.522.2000

February 21, 2008

RE:  CV 07-03592 EMC         CHANEL INC-v- CASONDRA TSHIMANGA

Default is **entered** as to defendant Casandora Tshimanga on February 21, 2008.

RICHARD W. WIEKING, Clerk

by:  Sheila Rash
Case Systems Administrator

NDC TR-4  Rev. 3/89