**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL INC., | No. C07-3592 EMC |
|     Plaintiff, | |
|   v. | **CLERK'S NOTICE** |
| CASONDRA TSHIMANGA, et al., | |
|     Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the CASE MANAGEMENT CONFERENCE set for March 12, 2008 at 1:30 p.m. has been rescheduled to **April 30, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  A Joint Case Management Conference Statement shall be filed by April 23, 2008.  Plaintiff shall serve a copy of this notice to defendant.

Dated: March 4, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Betty Fong
    Courtroom Deputy