KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff, Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, ) | Case No. C-07-3592-EMC |
| ) | |
| Plaintiff, ) | |
| ) | **DECLARATION OF KENNETH E.** |
| v. ) | **KELLER IN SUPPORT OF CHANEL,** |
| ) | **INC.'S MOTION FOR ENTRY OF** |
| CASONDRA TSHIMANGA a/k/a ) | **DEFAULT JUDGMENT AGAINST** |
| CASONDRA SMITH a/k/a CASONDRA ) | **CASONDRA TSHIMANGA** |
| SATCHER a/k/a C. MAYFIELD a/k/a ANNE ) | |
| LLOYD d/b/a HANDBAGOUTPOST.COM ) | **Date:** |
| d/b/a DESIGNEROUTPOST.NET d/b/a ) | **Time:** |
| HANDBAGSLUXURY.COM d/b/a BAY ) | **Place:** |
| ELECTRONICS and Does 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

I, Kenneth E. Keller, declare and state as follows:

1.     I am an attorney duly licensed to practice law before the courts of the State of California and before this Court. I am a partner in the law firm of Krieg, Keller, Sloan, Reilley & Roman LLP, counsel of record for Plaintiff Chanel, Inc. ("Chanel"). The matters stated herein are true and correct of my own personal knowledge and, if called as a witness, I would testify

1
___
DECLARATION OF KENNETH E. KELLER IN SUPPORT OF PLAINTIFF'S MOTION FOR
ENTRY OF DEFAULT JUDGEMENT AGAINST CASONDRA TSHIMANGA
Case No. C-07-3592-EMC

competently thereto.

2.  I make this declaration in support of Chanel's Motion for Entry of Default and Final Default Judgment against Defendant Casondra Tshimanga a/k/a Casondra Smith a/k/a Casondra Satcher a/k/a C. Mayfield a/k/a Anne Lloyd. d/b/a HandbagOutpost.com d/b/a DesignerOutpost.net d/b/a HandbagsLuxery.com d/b/a Bay Electronics ("Defendant").

**RE:  ENTRY OF FINAL DEFAULT JUDGMENT**

3.  On October 27, 2007, Defendant was served with a copy of the Summons, Complaint, and supporting documents.  A true and correct copy of the return of service is attached hereto as Exhibit "1."

4.  The time allowed for Defendant to respond to the Complaint pursuant to Federal Rule of Civil Procedure 12(a)(1)(A) expired on November 16, 2007.

5.  To my knowledge, Tshimanga is not in the military service and is neither an infant, nor an incompetent.

6.  To date, Defendant has not filed any responsive pleading to the Complaint, has not requested an enlargement of time to respond to the Complaint, nor has any counsel made an appearance on her behalf.

**RE:  REQUEST FOR ATTORNEY'S FEES**

7.  I have been an attorney for over twenty years and I have extensive litigation experience.  I have been handling trademark litigation matters throughout the course of my practice.

8.  I began working on this action in July 2007, although the matter and investigation were commenced by Chanel's Florida counsel, Stephen M. Gaffigan.

9.  From July 2007 to the present, my firm invoiced Chanel a total of 32.90 hours.  Total fees charged to Chanel by this firm are $11,770.00.

10.  My hourly billing rate is $500.00, which is either equal to or less than the prevailing or comparable rate in the Northern District of California where this action was filed.

2

DECLARATION OF KENNETH E. KELLER IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGEMENT AGAINST CASONDRA TSHIMANGA
Case No. C-07-3592-EMC

1  11. Some hours in this matter were discounted as a professional courtesy.

2  12. All attorney time incurred in this matter relates to the gathering of information, preparation of documents and pleadings, and other litigation related legal services. I made every reasonable effort to minimize hours spent on the case, and the fee requested is equal to or below the amount spent on similar past cases.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed the 12th day of March, 2008, at San Francisco, California.

_____/s/_____
Kenneth E. Keller

3
_____
DECLARATION OF KENNETH E. KELLER IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGEMENT AGAINST CASONDRA TSHIMANGA
Case No. C-07-3592-EMC