**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Gaffigan, Stephen M (PFI)
312 SE 17th St, 2nd Floor
Ft Lauderdale, FL 33316

TELEPHONE NO.: 954 767-4819      FAX NO. (Optional): 954 767-4821
EMAIL ADDRESS (Optional):
ATTORNEY FOR (Name): CHANEL, INC., A NEW YORK CORPORATION

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: CHANEL, INC., A NEW YORK CORPORATION
DEFENDANT/RESPONDENT: CASONDRA TSHIMANGA AKA CASONDRA SMITH,

CASE NUMBER:
C 07 3592

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents):
   Summons and Complaint for Damages and Injunctive Relief; Civil Cover Sheet; Ecf Registration Information Handout; Notice of Assignment of Case to A U.s. Magistrate Judge for Trial; Consent/declination to Proceed Before A U.s. Magistrate Judge and Request for Reassignment to A U.s. District Court Judge; Order Setting Initial Case Management Conference and Adr Deadlines; Standing Order for Civil Practices in Cases Assigned for All Purposes to Magistrate Judge Edward M. Chen; District Court Rules

3. a. Party served (specify name of party as shown on documents served):
      CASONDRA TSHIMANGA DBA HANDBAGOUTPOST.COM DBA DESIGNEROUTPOST.NET DBA HANDBAGSLUXURY.COM DBA BAY ELECTRONICS, NAMED DEFENDANT, A black female approx. 35-40 years of age 5'8"-5'10" in height weighing 160-180 lbs with brown hair, Alias: AKA CASONDRA SMITH AKA CASONDRA SATCHER AKA C. MAYFIELD AKA ANNE LLOYD
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served:
   3240 GUILLERMO Place, Hayward, CA 94542

5. I served the party (check proper box)
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on (date): 10/27/2007  (2) at (time): 1:32 PM
   b. [ ] **by substituted service.** On (date): (2) at (time): I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date): from (city):        or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2
Code of Civil Procedure, § 417.10

Order No. 4993590 SEA

| PLAINTIFF/PETITIONER: | CHANEL, INC., A NEW YORK CORPORATION | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | CASONDRA TSHIMANGA AKA CASONDRA SMITH, | C 07 3592 |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  (1) on (date):        (2) from (city):
  (3) [ ] with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30)
  (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** (specify means of service and authorizing code section):

  [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [X] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of (specify):
  c. [ ] as occupant
  d. [ ] On behalf of (specify):
     under the following Code of Civil Procedure section:
        [ ] 416.10 (corporation)              [ ] 415.95 (business organization, form unknown)
        [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
        [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
        [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
        [ ] 416.50 (public entity)            [ ] 415.46 (occupant)
                                              [ ] other

7. **Person who served papers**
  a. Name:                  Granville Smith
  b. Address:               55 Santa Clara Avenue, Suite 120, Oakland, CA 94610
  c. Telephone number:      510-419-3940
  d. The fee for service was: $75.00
  e. I am:
    (1) [ ] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [X] registered California process server:
      (i) [ ] owner  [ ] employee  [X] independant contractor
      (ii) [X] Registration No.: 1014
      (iii) [X] County:    Alameda

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
  or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 10/31/2007

Granville Smith
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    _____
                                                                              (SIGNATURE)

POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2
Order No. 4993590 SEA