Exhibit "B"

Declaration of Jason Holmes

1   Krieg, Keller, Sloan, Reilley & Roman LLP
    114 Sansome Street, Suite 400
2   San Francisco, California 94104-3839
    Telephone:  (415) 249-8330
3   Facsimile:  (415) 249-8333

4   Attorney for PLANTIFF
    CHANEL, INC., a New York Corporation

5

6             THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   CHANEL, INC., a New York     )   Case No. CV 07-03592-EMC
    corporation,            )
9                      )
         Plaintiff,         )
10                      )
         v.             )
11                      )   **DECLARATION OF JASON**
    CASONDRA TSHIMANGA a/k/a   )   **HOLMES IN SUPPORT OF**
12   CASONDRA SMITH a/k/a     )   **CHANEL, INC.'S MOTION**
    CASONDRA SATCHER a/k/a C.   )   **FOR ENTRY OF DEFAULT**
13   MAYFIELD a/k/a ANNE LLOYD et al.,  )  **JUDGMENT AGAINST**
                     )   **CASONDRA TSHIMANGA.**
14                      )
         Defendants.      )
15                      )
                     )   DATE:
16                      )   TIME:
                     )   PLACE:
17                      )

18

        I, Jason Holmes, declare and state as follows:
19

20         1.     I am an employee of IPCyberCrime.com, LLC, formerly, the Holmes

21  Detective Agency, a licensed private investigative firm, located in Plano, Texas.

22         2.     I am over 18 years of age and have personal knowledge of the facts set

23
 forth herein.
24

25         3.     In or about May 2006, IPCyberCrime.com, LLC was retained by

26  Chanel, Inc. (ꞐChanelꞐ) to investigate the suspected sale of counterfeit Chanel

**DECLARATION OF JASON HOLMES**

1  products by the Defendant Casondra Tshimanga a/k/a Casondra Smith a/k/a

2  Casondra Satcher a/k/a C. Mayfield a/k/a Anne Lloyd d/b/a HandbagOutpost.com

3

4  d/b/a DesignerOutpost.com d/b/a Handbagsluxery.com d/b/a Bay Electronics

5  ("Tshimanga" or "Defendant").

6
    4.    On or about January 10, 2008, I conducted a search through the
7

8  Department of Defense Manpower Data Center and determined Defendant

9  Tshimanga is not recognized as being currently on active duty military status under

10
    the names Casondra Tshimanga, Casondra Smith, Casondra Satcher, C. Mayfield,
11

12  and/or Anne Lloyd

13  I declare the foregoing statements to be true and correct under penalty of

14
    perjury under the laws of the United States of America.
15

16  FURTHER DECLARANT SAYETH NAUGHT.

17  Dated this 13+ʰ day of January 2008.

18

19

20
    JASON HOLMES
21

22

23

24

25

26

**DECLARATION OF JASON HOLMES**