Composite Exhibit "D"

Chanel Trademark Registrations

Int. Cl.: **18**

Prior U.S. Cl.: **3**

**United States Patent and Trademark Office**  Reg. No. **1,734,822**
Registered Nov. 24, 1992

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

   FOR: LEATHER GOODS; NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS CARD CASES, CHANGE PURSES, TOTE BAGS, AND COSMETIC BAGS SOLD EMPTY, IN CLASS 18 (U.S. CL. 3).

   FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.
   OWNER OF U.S. REG. NOS. 1,293,298, 1,314,511 AND OTHERS.

   SER. NO. 74-242,471, FILED 1-31-1992.

KEITH L. HENDERSON, EXAMINING ATTORNEY

**Int. Cls.: 16 and 18**

**Prior U.S. Cls.: 3 and 37**

**United States Patent and Trademark Office**

**Reg. No. 1,314,511**
**Registered Jan. 15, 1985**

## TRADEMARK
### Principal Register



Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: NOTEBOOKS AND STATIONERY-TYPE PORTFOLIOS, in CLASS 16 (U.S. Cl. 37).
First use Sep. 1981; in commerce Sep. 1981.
For: LEATHER GOODS—NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, CREDIT CARD AND BUSINESS CARD CASES, MAKE-UP BAGS AND VANITY CASES SOLD EMPTY, BRIEFCASE-TYPE PORTFOLIOS; ATTACHE CASES, CHANGE PURSES, SUITCASES, TOTE BAGS, GARMENT BAGS AND TRAVELLERS' SHOE BAGS, in CLASS 18 (U.S. Cl. 3).

First use Nov. 24, 1954; in commerce Nov. 24, 1954.

Owner of U.S. Reg. No. 1,075,016.

Ser. No. 356,733, filed Mar. 26, 1982.

FRANCIE R. GOROWITZ, Examining Attorney

Int. Cl.: **18**

Prior U.S. Cls.: **1, 2, 3, 22 and 41**

**Reg. No. 3,025,934**

## United States Patent and Trademark Office
Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

   FOR: HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

   FIRST USE 6-1-2004; IN COMMERCE 6-1-2004.

   OWNER OF U.S. REG. NOS. 195,359, 1,734,822 AND OTHERS.

   THIS MARK IS A THREE-QUARTER VIEW OF THE CHANEL CC MONOGRAM WHICH IS COMPRISED OF INTERLOCKING C'S.

   SER. NO. 76-615,089, FILED 10-8-2004.

KIMBERLY PERRY, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 626,035
Registered May 1, 1956
Renewal Term Begins May 1, 1996

## TRADEMARK
## PRINCIPAL REGISTER

### CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019, BY ASSIGNMENT AND ASSIGNMENT FROM CHANEL, INC. (NEW YORK CORPORATION) NEW YORK, NY

OWNER OF U.S. REG. NOS. 195,360, 513,132 AND OTHERS.
SEC. 2(F).
FOR: WOMEN'S HANDBAGS, IN CLASS 3 (INT. CL. 18).
FIRST USE 0-0-1938; IN COMMERCE 11-24-1954.

SER. NO. 71-678,436, FILED 12-16-1954.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 27, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 16 and 18

Prior U.S. Cls.: 3 and 37

**United States Patent and Trademark Office**  Reg. No. 1,347,677
  Registered July 9, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 W. 57TH ST.
NEW YORK, NY 10019

   FOR: NOTEBOOKS AND STATIONERY TYPE PORTFOLIOS, IN CLASS 16 (U.S. CL. 37).
   FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.
   FOR: LEATHER GOODS—NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS AND CREDIT CARD CASES, BRIEF CASE TYPE PORTFOLIOS, ATTACHE CASES, CHANGE PURSES, SUITCASES, TOTE BAGS, MAKE-UP BAGS AND VANITY CASES SOLD EMPTY, GARMENT BAGS FOR TRAVEL AND TRAVELLERS' SHOE BAGS, IN CLASS 18 (U.S. CL. 3).
   FIRST USE 0-0-1938; IN COMMERCE 11-24-1954.
   OWNER OF U.S. REG. NO. 626,035.

   SER. NO. 356,734, FILED 3-26-1982.

ROBERT PEVERADA, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**
Reg. No. 1,733,051
Registered Nov. 17, 1992

## TRADEMARK
PRINCIPAL REGISTER

### CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS AND CREDIT CARD CASES, CHANGE PURSES, TOTE BAGS, COSMETIC BAGS SOLD EMPTY, AND GARMENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

OWNER OF U.S. REG. NOS. 626,035, 1,347,677 AND OTHERS.

SER. NO. 74-242,426, FILED 1-31-1992.

KEITH L. HENDERSON, EXAMINING ATTORNEY

Int. Cls.: **6, 9, 18, 25 and 28**

Prior U.S. Cls.: **1, 2, 3, 12, 13, 14, 21, 22, 23, 25, 26, 36, 38, 39, 41 and 50**

**United States Patent and Trademark Office**

Reg. No. **3,022,708**
Registered Dec. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

   FOR: KEY CHAINS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

   FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

   FOR: SKI GOGGLES, SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

   FIRST USE 7-1-2004; IN COMMERCE 7-1-2004.

   FOR: LUGGAGE, HANDBAGS, TOTES, BACKPACKS, TRAVEL BAGS, ALL-PURPOSE CARRYING BAGS, UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

   FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

   FOR: BOOTS, COATS, JACKETS, GLOVES, HATS, PANTS, SANDALS, SCARVES, SHIRTS, SHOES, SKI BOOTS, SUN VISORS, SUSPENDERS, SWEATBANDS, SWIMWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

   FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

   FOR: BAGS SPECIALLY ADOPTED FOR SPORTS EQUIPMENT, BASKETBALLS, KITES, SKIS, SKI POLLS, TENNIS RACKETS, TENNIS BALLS, TENNIS RACKET COVERS, GOLF CLUBS, GOLF BAGS, SNOW BOARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

   FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

   OWNER OF U.S. REG. NOS. 195,359, 1,734,822 AND OTHERS.

   THE MARK IS COMPROMISED OF INTERLOCKING C'S SURROUNDED BY A SQUARE

   SER. NO. 76-615,088, FILED 10-8-2004.

KIMBERLY PERRY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 906,262
Registered Jan. 19, 1971
Renewal Approved Oct. 18, 1990

## TRADEMARK
## PRINCIPAL REGISTER

### CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 W. 57TH ST.
NEW YORK, NY 10019

OWNER OF U.S. REG. NO. 619,522.

FOR: COATS, SUITS, BLOUSES, AND SCARVES, IN CLASS 39 (INT. CL. 25).
FIRST USE 0–0–1914; IN COMMERCE 0–0–1925.

SER. NO. 72–339,493, FILED 5–28–1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 27, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: **6, 14, 16, 25 and 26**

Prior U.S. Cls.: **13, 28, 37, 39 and 40**

**United States Patent and Trademark Office**   Reg. No. 1,501,898
Registered Aug. 30, 1988

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: KEYCHAINS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

FOR: COSTUME JEWELRY, IN CLASS 14 (U.S. CL. 28).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

FOR: GIFT WRAPPING PAPER, IN CLASS 16 (U.S. CL. 37).
FIRST USE 8-0-1986; IN COMMERCE 8-0-1986.

FOR: BLOUSES, SHOES, BELTS, SCARVES, JACKETS, MEN'S TIES, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

FOR: BROOCHES, BUTTONS FOR CLOTHING, IN CLASS 26 (U.S. CL. 40).
FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

OWNER OF U.S. REG. NOS. 195,359, 1,347,094 AND OTHERS.

SER. NO. 644,065, FILED 2-9-1987.

JANE MCCABE, EXAMINING ATTORNEY