Exhibit "E"

Declaration of Robert Holmes

1  Krieg, Keller, Sloan, Reilley & Roman LLP
   114 Sansome Street, Suite 400
2  San Francisco, California 94104-3839
   Telephone:  (415) 249-8330
3  Facsimile:   (415) 249-8333

4  Attorney for PLANTIFF
   CHANEL, INC., a New York Corporation

5

6            THE UNITED STATES DISTRICT COURT

7         FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  CHANEL, INC., a New York              )   Case No. CV 07-03592-EMC
   corporation,                          )
9                                        )
                                         )
10           Plaintiff,                   )
                                         )
11      v.                               )   **DECLARATION OF ROBERT**
                                         )   **HOLMES IN SUPPORT OF**
12  CASONDRA TSHIMANGA a/k/a             )   **CHANEL, INC.'S MOTION**
    CASONDRA SMITH a/k/a                 )   **FOR ENTRY OF DEFAULT**
13  CASONDRA SATCHER a/k/a C.            )   **JUDGMENT AGAINST**
    MAYFIELD a/k/a ANNE LLOYD et al.,    )   **CASONDRA TSHIMANGA.**
14                                        )
                                         )
15           Defendants.                  )
                                         )   DATE:
16                                        )   TIME:
                                         )   PLACE:
17                                        )

18      I, Robert Holmes, declare and state as follows:

19      1.      I am an officer of IPCyberCrime.com, LLC, formerly, the Holmes
20
21  Detective Agency, a licensed private investigative firm, located in Plano, Texas.

22      2.      I am over 18 years of age and have personal knowledge of the facts set
23
    forth herein.
24
25      3.      In or about May 2006, IPCyberCrime.com, LLC was retained by
26
    counsel for Chanel, Inc. ("Chanel") to investigate the suspected sale of counterfeit

                                    - 1 -
              **DECLARATION OF ROBERT HOLMES**

Chanel products by the Defendant Casondra Tshimanga a/k/a Casondra Smith a/k/a Casondra Satcher a/k/a C. Mayfield a/k/a Anne Lloyd d/b/a HandbagOutpost.com d/b/a DesignerOutpost.com d/b/a Handbagsluxery.com d/b/a Bay Electronics ("Tshimanga" or "Defendant").

4.     On or about May 3, 2006, I conducted a domain name search of HandbagOutpost.com and determined the domain name was created on April 10, 2006.   Defendant Casondra Tshimanga is listed as the Registrant, the Administrative Contact, and the Technical Contact.  A true and correct copy of the Whois Record for HandbagOutpost.com is attached hereto as Exhibit "1."

5.     On or about May 26, 2006, I accessed the fully interactive Internet website operating under the domain name HandbagOutpost.com and placed an order for the purchase of a handbag bearing the Chanel Marks at issue in this action for $557.43, including shipping.

6.     I paid for the handbag by debit/credit card.  The payee information provided by the Defendant was "BAY ELECTRONICS 510-938-8438 CA US."

7.     On June 20, 2006, I received the handbag purchased from the Defendant via UPS.  The return address on the outer package was "Handbag Outpost, (800) 431-1365, Handbag Outpost, 2642 Oliver Dr., Hayward CA 94545." A true and correct photograph of the handbag I purchased from the Defendant through her website HandbagOutpost.com together with true and correct copies of

- 2 -

the invoice, the outer package, and the Chain of Custody are attached hereto as

Composite Exhibit "2."

8.    The handbag I purchased from the Defendant, together with the Chain

of Custody, was sent to Chanel for authentication.  Chanel's representative

confirmed the handbag purchased from the Defendant was counterfeit.

9.    On or about July 2006, my firm received further instructions from

Chanel to investigate the seller for the website DesignerOutpost.net.  On July 11,

2006, I conducted a domain name search of DesignerOutpost.net and determined

that the domain name was created on June 1, 2006.  Defendant Casondra

Tshimanga is listed as the Registrant, the Administrative Contact, and the Technical

Contact. A true and correct copy of the Whois Record for DesignerOutpost.net is

attached hereto as Exhibit "3."

10.    In or about January 2007, my firm received further instructions from

Chanel to investigate the seller for the website HandbagsLuxery.com.

11.    On or about January 9, 2007, I conducted a domain name search of

HandbagsLuxery.com and determined that the domain name was created on

December 10, 2006.   A true and correct copy of the Whois Record for

HandsbagsLuxery.com is attached hereto as Exhibit "4."

12.    On or about January 12, 2007, I accessed the fully interactive Internet

website operating under the domain name HandsBagsLuxery.com and placed an

- 3 -

order for the purchase of a handbag bearing the Chanel Marks at issue in this action

for $599.00, including shipping and fees.

13.     I paid for the handbag by debit/credit card.  The payee information

provided by the Defendant was "IP-SUPREMESALES.COM BASSETERRE 206-

6665600KN."

14.     Despite numerous attempts to contact the seller, I have not received

my merchandise, a refund, or any information about the status of my order.

15.     Through my investigation, I identified Defendant Casondra Tshimanga

a/k/a Casondra Smith a/k/a Casondra Satcher a/k/a C. Mayfield a/k/a Anne Lloyd,

2642 Oliver Drive, Hayward, California 94545 as the individual who owns and

operates the Internet websites HandbagOutpost.com and HandbagsLuxery.com.

During the course of my communication with the Defendant, I received a phone

call from the payee phone number 510-938-8438.  The caller identification feature

on my phone listed the caller as "Tshimanga Cason."  I was further able to identify

the Defendant by linking the Whois domain registration data for

HandbagOutpost.com and DesignerOutpost.net, which listed the Registrant,

Administrative Contact, and Technical Contact as Casondra Tshimanga.  See

Exhibits "1" and "3" attached hereto.  Additionally, Defendant lists the same fax

number on both HandbagOutpost.com and HandbagsLuxery.com.  See Composite

Exhibit "5" attached hereto.

DECLARATION OF ROBERT HOLMES

16.    Since my firm's retention by Plaintiff on this matter, my firm has billed Plaintiff, and been paid for, a total of $ 2,556.43 as fees and buy money to investigate the Defendant's counterfeiting activities.

I declare the foregoing statements to be true and correct under penalty of perjury under the laws of the United States of America.

FURTHER DECLARANT SAYETH NAUGHT.

Dated this _14_ day of February 2008.

ROBERT HOLMES

Exhibit "1"



Login

Your cart is empty



# WHOIS Search Results

| WANT A DOMAIN NAME THAT'S ALREADY REGISTERED? |
| --- |
| Use our Backorder service |
| to get that name as soon as it expires. » TRY IT NOW |

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
- ● Domain Name
- ○ NIC Handle
- ○ IP Address

Search »

## WHOIS Record For

**handbagoutpost.com**

   Certified Offer Service - Make an offer on this domain
   SSL Certificates - Make this site secure
   Site Confirm Seals - Become a trusted Web Site

**Registrant:**
Tshimanga, Casondra

ATTN: HANDBAGOUTPOST.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447

**Domain Name:** HANDBAGOUTPOST.COM

**Administrative Contact :**
Tshimanga, Casondra
w33qh46y2xj@networksolutionsprivateregistration.com
ATTN: HANDBAGOUTPOST.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

**Technical Contact :**
Tshimanga, Casondra
w33qh46y2xj@networksolutionsprivateregistration.com
ATTN: HANDBAGOUTPOST.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

**Record expires on** 10-Apr-2007
**Record created on** 10-Apr-2006

**Database last updated on** 10-Apr-2006

**Domain servers in listed order:**    Manage DNS

NS27.WORLDNIC.COM    205.178.190.14
NS28.WORLDNIC.COM    205.178.189.14

This listing is a Network Solutions Private Registration. Mail correspondence to this address must be sent via USPS Express Mail™ or USPS Certified Mail®; all other mail will not be processed. Be sure to include the registrant's domain name in the address.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 205.178.145.65  (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-KANSAS-FT. LEAVENWORTH |
| **Lock Status:** | REGISTRAR-LOCK |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Web Page Under Construction |
| **Data as of:** | 14-Jun-2005 |




**Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.

Go ≫



**Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.

Go ≫



Domain Name Registration  |  Web Hosting  |  Web Site Design  |  SSL Certificates  |  E-Commerce Solutions  |  Internet Marketing



SECURE SITE

Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.



BBBOnLine®
RELIABILITY PROGRAM

"An outstanding customer service experience"
- J.D. Power & Associates

Composite Exhibit "2"



No. 100037

*Shipment Tracking*

*Shipping Via*
UPS Ground

*Status*
Shipped

*Order Date*
05/26/06

Qty *Item No Description*

1   chan1   Chanel Cambon Line Bowling Bag, More Colors..
          (white/snake skin)



HANDBAG OUTPOST
800-431-1365
HANDBAG OUTPOST
2642 OLIVER DR
HAYWARD  CA 94545

1 LBS                      1 OF 1
DWT: 12,12,8

**SHIP TO:**

**UPS GROUND**
TRACKING #: 1Z 124 F0V 03 9833 6069

BILLING: P/P



The **Holmes**
Detective Agency

# CHAIN OF CUSTODY FORM
## EVIDENCE #20060222

**CASE NAME:** **handbagoutpost.com**

**CASE #:** **CH06185**

**COLLECTED FROM:** **Handbag Outpost Inc.**

**COLLECTED BY:** **MD**

**COLLECTION METHOD:** **Internet Buy**

**DESCRIPTION OF EVIDENCE:** **(1) Chanel Cambon Line Bowling Bag (white w/ snakeskin CC's)**

## TRANSFER HISTORY

| RECEIVED BY | DATE | SIGNATURE | TRANSFERRED TO | DATE |
|---|---|---|---|---|
| **K. Hedlund** | **6/20/2006** | | **Oka via UPS** | **6/22/2006** |
| L. Oka | 6/29/06 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

© The Holmes Detective Agency 2004

Exhibit "3"

 NetworkSolutions.

Login

Your cart is empty 



# WHOIS Search Results

**Become a trusted site!**
Buy an **SSL Certificate** for as low as $99 per year

Continue ≫

**WHOIS Record For**

**designeroutpost.net**

Certified Offer Service – Make an offer on this domain
SSL Certificates – Make this site secure
Site Confirm Seals – Become a trusted Web Site

**Registrant:**
Tshimanga, Casondra

ATTN: DESIGNEROUTPOST.NET
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447

**Domain Name:** DESIGNEROUTPOST.NET

**Administrative Contact :**
Tshimanga, Casondra
c54t65ps2kw@networksolutionsprivateregistration.com
ATTN: DESIGNEROUTPOST.NET
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

**Technical Contact :**
Tshimanga, Casondra
c54t65ps2kw@networksolutionsprivateregistration.com
ATTN: DESIGNEROUTPOST.NET
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

**Record expires on** 01-Jun-2016
**Record created on** 01-Jun-2006

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.com

**Search by:**
● **Domain Name**
○ **NIC Handle**
○ **IP Address**

Search ≫ 

WHOIS Search provides domain registration information from Network Solutions

**Database last updated on** 01-Jun-2006

**Domain servers in listed order:**                    Manage DNS

NS45.WORLDNIC.COM                    205.178.190.23
NS46.WORLDNIC.COM                    205.178.189.23

This listing is a Network Solutions Private Registration. Mail correspondence to this address must be sent via USPS Express Mail™ or USPS Certified Mail®; all other mail will not be processed. Be sure to include the registrant's domain name in the address.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 205.178.145.65 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-KANSAS-FT. LEAVENWORTH |
| **Lock Status:** | REGISTRAR-LOCK |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Handbag store, designer handbags, purses, wallets |
| **Meta Description:** | Shop our online handbag store, for designer handbags, purses, and wallets. |
| **Meta Keywords:** | handbag store,designer handbags,purses,wallets,hayward,california,ca, |
| **Data as of:** | 14-Jun-2005 |




**Get a Web Site Fast and Easy**
Our Web site packages get you started with a Web site and a FREE domain.



**Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.



Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.

Exhibit "4"

Welcome **shopgrl166** Logout

| Whois handbagsluxery.com > | Domain Suggestions > | For Sale > | Auctions > | Advanced Auctions > | Domain Search > | D |

| Domain Directory > | Ping > | Traceroute > | My IP Address > | Cheap Domain Name Registration | Bulk Cl |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy *new* | Advanced Auction |

Sponsored Ads


Is Your Idea Available?

IP LOCATION™
Geolocation by IP Address
The IP Intelligence Solution

Do you own garbage or PREMIUM DOMAINS
CHECK IT N

## Whois Record for Handbagsluxery.com

### Front Page Information

| | |
|---|---|
| **Website Title:** | Luxury Handbags, Designer Handbags Year End Closeout Sale |
| **Record Type:** | Domain Name |
| **Meta Description:** | For great designer accessories and christmas gifts try Luxury Handbags |
| **Meta Keywords:** | Women's Accessory, tote bags, shoulder bags, evening bags, prom handbags, wedding handbags, teenage handbags, custom handbags, Designer Handbag, Womens gifts, valentine presents, year end, closeout, handbags, great handbags, coach handbags, gifts, louis vuitton |
| **AboutUs:** | ✎ Wiki article on Handbagsluxery.com |
| **SEO Score:** | 60% |
| **Meta Relevance:** | 40% |
| **Terms:** | 164 (Unique: 102, Linked: 59) |
| **Images:** | 34 (Alt tags missing: 6) |
| **Links:** | 26 (Internal: 25, Outbound: 1) |

### Indexed Data

| **Alexa Trend/Rank:** | ⬆ 1,232,372 (1 Month) 2,580,053 (3 Month) |
|---|---|

### Server Data

| | |
|---|---|
| **Server Type:** | WebServer 3-9 |
| **IP Address:** | 205.178.164.8 W P D T |
| **IP Location:** | 🍁 - Inquent Technologies Inc |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear |
| **SSL Cert:** | *.netsolstores.com expires in 782 days |
| **Website Status:** | Active |

**Add Missing Thumb**

Add Thumbnail (usuall

**SEO Text Browser**

SEO Text

Luxury Handbags

| MFG | **Welcome to Inc** |
|---|---|
| Category | **Enjoy our la** designer har and save hu |
| Handbags Shoulder Bags | **Free Shippin** |
| Tote Bags | Bottega Vene Roma Woven Leather Bag List |
| Price $100 - | **Price $2,650.** Your |

http://www.handba

Disable SEO Text E

**Other TLDs**

| .com | .net | .org |

**Backorder**

Set a backorder so you handbagsluxery.com wh

available.

**Registry Data**

| | |
|---|---|
| **ICANN Registrar:** | NETWORK SOLUTIONS, LLC. |
| **Created:** | 2006-12-10 |
| **Expires:** | 2007-12-10 |
| **Registrar Status:** | clientTransferProhib |
| **Whois Server:** | whois.networksolutions.com |
| **Name Server:** | NS97.WORLDNIC.COM |

**MessageGuard**        **NetworkSolutions.**
**Your e-mail can be read by anyone – secure it today!** Go

**Whois Record**

```
Registrant:
Watson, Kelly
    ATTN: HANDBAGSLUXERY.COM
    c/o Network Solutions
    P.O. Box 447
    Herndon, VA. 20172-0447


    Domain Name: HANDBAGSLUXERY.COM

    Administrative Contact, Technical Contact:
    Watson, Kelly           nt@storer928@networksolutionsprivateregistration.com


    ATTN: HANDBAGSLUXERY.COM
    c/o Network Solutions
    P.O. Box 447
    Herndon, VA 20172-0447
    570-708-8780


    Record expires on 10-Dec-2007.
    Record created on 10-Dec-2006.

    Domain servers in listed order:

    NS97.WORLDNIC.COM        205.178.190.49
    NS98.WORLDNIC.COM        205.178.189.49
```

**Domains for Sale**

**Domain**

YesMy.com

Yielded.com

Yetty.com

YourKey.com

YoVit.com

YamOz.com

YourLand.com

YoungStyle.com

YoungsIn.com

YSale.com

Yavapai.com

---

 Members Area | Hosting Metrics | Stock Ticker | Download | Domain Registration | Whois | Domain Suggestion

Composite Exhibit "5"

# HANDBAG OUTPOST INC.





**MORE INFORMATION**
Policy
Our Affiliates

Info@handbagoutpost.com
sales@handbagoutpost.com

Mailing Address:
Handbag Outpost Inc.
39270 Paseo Padre Parkway #325
Fremont, CA 94536

Phone: 800-431-1365
Fax: 408-834-7414



OFFLINE
**Live Help**

**SHOPPING CART**

Your Cart Is Empty

**SEARCH**

GO

Advanced Search

**PRODUCTS**
Briefcases
Closeout
Handbags
Jewelry
Luggage
Pouches
Shoulder Bags
Tote Bags
Wallets
Spring/Summer 2007

**BRANDS**
--Select--

**PRICE RANGE**
$0 - 100
$100 - 200
$200 - 300
$300 - 400
$400 - 500
$500 - 600
$600 - 700
$700 - 800
$800 - 900
$900 - 1000
$1000 - 1500
$1500 - 2000
$2000 - 5000
$5000 - 10000
$10000 - 50000

**JOIN NEWSLETTER**
Enter Email Here!
GO

**Top Sellers**

1. Marc Jacobs Quilted Stam Bag, Two Colors
2. Dior Gaucho Medium Saddle Bag, Six Colors
3. Christian Dior Rebel Leather & Suede Shopper
4. Coach Flap Patchwork Satchel
5. Coach Signature Stripe Shearling Tote
6. Louis Vuitton Speedy 30
7. Coach Patchwork Tote
8. Louis Vuitton Batignolles Horizontal
9. Dior Diorissimo Multi-Pocket Hobo, Two Colors
10. Lady Dior Cannage Bag, Two Colors

**March's Featured Handbag**
Enjoy This Stunning Versace Quilted Couture Satchel



$1,299.00

Copyright 2006 - 2007 Handbag Outpost Inc... ALL RIGHTS RESERVED.

home | company info | contact us | customer login | view cart



Luxury Handbags



HOME          STORE          ABOUT US          CONTACT US

manufacturer
--Select--

category
Handbags
Shoulder Bags
Tote Bags

search by price
$100 - 200
$200 - 300
$300 - 400
$400 - 500
$500 - 600
$600 - 700
$700 - 800
$800 - 900
$900 - 1000
$1000 - 1500
$1500 - 2000
$2000 - 5000
$5000 - 10000
$10000 - 20000

more information
Policy

info@handbagsluxery.com

orders@handbagsluxery.com

Customer Service (866) 259-7773

Phone Orders (866) 259-7773

**Fax** (408) 834-7414

shopping cart
**Your Cart Is Empty**

mailing list
Enter Email Here!
GO



LIVE HELP
OFFLINE