Exhibit "G"

HandbagOutpost.com—May 3, 2006




# Handbag Outpost

Call Us at (800) 431-1365

Website Home   Advanced Search   View Cart   Checkout   Store Home
Service   Policies   Lost your password?

Items in your cart
Empty

Categories:
- Chanel
- Chloe
- Coach
- Dior
- Fendi
- Gucci
- Jimmy Choo
- Louis Vuitton
- Marc Jacobs
- Prada
- Scarves
- Top Selling Bags
- Wallets

## Search Results

Found **10** product(s) for **Chanel** (1-10 of 10)



Chanal handbags and accessories

**Chanel**



**Chanel Cambon Bowling Pouchette**
Chanel Ligne Cambon Pouchette
**PRICE: $339.00**  Add to Cart -->



**Chanel Cambon Line Bowling Bag**
Classic quilted style, which has been made famous by Chanel. More colors...
**PRICE: $349.00**  Add to Cart -->

**Chanel Cambon Line Large Tote**


Lambskin, gorgeous Chanel tote bag. More Colors..
PRICE: ~~$399.00~~ $349.00  (Add to Cart -->)


**Chanel Cambon Line Long Wallet**
This is the Wallet that goes with this year|s hottest bag. More colors...
PRICE: $109.00  (Add to Cart -->)


**Chanel Cambon Line Multipocket**
The Multipocket Cambon bag. More colors...
PRICE: ~~$469.00~~ $399.00  (Add to Cart -->)


**Chanel Cambon Square Handbag**
Chanel Cambon Square handbag in soft black calfskin. More colors...
PRICE: $369.00  (Add to Cart -->)


**Chanel Classic Handbag**
The always popular Chanel has come up with a new design. Small and chic. More colors..
PRICE: $269.00  (Add to Cart -->)


**Chanel Flap Naples Purse Round**
Chanel Naples Purse in calfskin. More colors..
PRICE: $299.00  (Add to Cart -->)


**Chanel Mademoiselle Tote**
Stunning
PRICE: $319.00  (Add to Cart -->)

**Chanel Thin Tote**
Chanel thin tote in calfskin. More colors..
PRICE: $429.00  (Add to Cart -->)



*Are You Ready? Just 236 days 'til Christmas!*

Advanced Search | View Cart | Checkout | Service | Policies | Home



**Commerce enabled by ProStores**
*Copyright © 2006 Handbag Outpost. All Rights Reserved.*







# Handbag Outpost

Call Us at (800) 431-1365

| Website Home | Advanced Search | View Cart | Checkout | Store Home |
| Service | Policies | Lost your password? |

Items in your cart
Empty

**Categories:**
Chanel
Chloe
Coach
Dior
Fendi
Gucci
Jimmy Choo
Louis Vuitton
Marc Jacobs
Prada
Scarves
Top Selling Bags
Wallets

## Search Results

Found **6** product(s) for **Scarves** (1-6 of 6)



Designer scarves

**Scarves**



**Chanel Scarf 100% Silk**
Silk Scarf
**PRICE: $12.99**   [Add to Cart -->]



**Chanel Silk Scarf**
Chanel Silk Scarf
**PRICE: $12.99**   [Add to Cart -->]

**Fendi 100% Silk Scarf**
Fendi Scarf
**PRICE: $12.99**   [Add to Cart -->]





**Fendi Silk Scarf**
Fendi Silk Scarf
PRICE: $12.99   [Add to Cart -->]



**Gucci Scarf**
Gucci Scarf
PRICE: $12.99   [Add to Cart -->]



**Gucci Scarf 100% Silk**
Silk Scarf
PRICE: $12.99   [Add to Cart -->]

*Are You Ready? Just 236 days 'til Christmas!*

Advanced Search | View Cart | Checkout | Service | Policies | Home



ProStores
Commerce enabled by ProStores
Copyright © 2006 Handbag Outpost. All Rights Reserved.








# Handbag Outpost

Call Us at (800) 431-1365

- Home
- Online Store
- About Us
- Links
- Contact

**Louis Vuitton™ - Prada™ - Marc Jacobs™ - Coach™ - Chloe™ - Dior™ - Fenc**
**Designer Handbags • Wallets • Purses • Travel Bags • Clutches**

Buy two or more handbags and save 15% off all

Call in your order and mention this offer

<u>See Our Top Selling Handbags</u>



**Handbags Outpost** sells authentic designer handbags and other accessories at some of the lowest prices in the Industry. Our handbags, wallets, travel, and business bags are of high-quality from all the top designers, Our online store offers exceptional designer handbags with a variety of styles and colors to meet your needs. If you are **unable to find what you like on our website**, **in some cases**, for your convenience, we will **have your bag custom made, by the designer**. This service takes **2 to 4 weeks**. Whether you are looking for wallets, purses, travel bags, or clutches, you can count on us for designer styles at great prices. Call today for more information <u>about us</u>, or visit our <u>links</u> to view some of our affiliates! For your convenience we are available by phone between the hours of 8:00 a.m. to 6:00 p.m.

|  Our Online Selection  |
| :---: |
| <ul><li>Featured Designers<ul><li>Louis Vuitton™</li><li>Prada™, Chloe™</li><li>Marc Jacobs™</li><li>Fendi™, Dior™</li><li>Gucci™, Coach™</li><li>Jimmy Choo™</li><li>Chanel™</li></ul></li><li>Purses & Handbags</li></ul> <ul><li>Wallets</li><li>Luggage & Travel Bags</li><li>Leather & Cloth Bags</li><li>Coming Soon<ul><li>Ladies Designer Shoes</li></ul></li></ul> |

  

Please send us a Contact form with your questions. Our goal is to satisfy our Customers.

main email address
info@handbagoutpost.com

For questions about your order
customerservice@handbagoutpost.com

Subscribe to our mailing list

E-mail: [                    ]  Subscribe



Home | Online Store | About Us | Links | Contact

**Handbag Outpost**
Hayward, CA 94545

Copyright 2005 - 2006 Handbag Outpost Inc.

Phone: (800) 431-1365
Fax: (800) 431-1365

