Exhibit "H"

HandbagOutpost.com—October 27, 2006

# Handbag Emporium Inc.

| Home | Additional Savings | Contact Us | Customer Login | Company Info |

**SEARCH**
chanel  GO
Advanced Search

Your Search Results For Search Criteria: chanel

**SHOPPING**

Your Cart Is

**Products**

**PRODUCTS**
Aditional Savings!
Handbags
Shoulder Bags
Tote Bags

11 ITEMS  [ 1 ] [ **2** ]   Items: |-|   Sort: |-|

**JOIN NEWS**

Enter Email He

**Chanel**

**BRANDS**
--Select--

**PRICE RANGE**
$0 - 100
$100 - 200
$200 - 300
$300 - 400
$400 - 500
$500 - 600
$600 - 700
$700 - 800
$800 - 900
$900 - 1000
$1000 - 1500
$1500 - 2000
$2000 - 5000
$5000 - 10000
$10000 - 50000

**Top Sel**
1.) Coach Sig Patchwork To Colors
2.) Dior Diori Multi-Pocket Colors
3.) Coach Pa Tote
4.) Louis Vui Speedy 30
5.) Jimmy Ch Ring Bucket Colors
6.) Coach Fla Patchwork Sa
7.) Chanel Ha Two Colors
8.) Chanel Ca Tote, Three C
9.) Marc Jacc Stam Bag, Fo
10.) Fendi Le Spybag, Nav



Chanel Cambon Bowling Bag, Four Colors
Your Price $399.00
view



Chanel Cambon Tote, Three Colors
MSRP $969.00
Your Price $399.00
view



Chanel Classic Handbag, Four Colors
Your Price $399.00
view



Chanel Handbag, Leather
MSRP $1,500.00
Your Price $399.00
1
buy

**MORE INFORMATION**
Policy
Our Affiliates
Frequently Asked Questions

**Christian Dior**
**Cool, Casual, Exclusive:**

The newest Dior bag to buy is the latest version of the must-have saddle bag. The Gaucho bag comes in a denim and leather mix, dark red, black, or white leather.



**SALE $675.00**



Chanel Handbag, Two Colors
Your Price $359.00
view



Chanel Leather Tote, Black
Your Price $399.00
view



Chanel Leather Tote, White
Your Price $499.00
1
buy



Chanel Logo Shoulder Bag, Leather
Your Price $499.00
1
buy



Chanel Multipocket Cambon Reporter Bag, 7 Colors
Your Price $499.00
view



Chanel Quilted Handbag, Two Colors
MSRP $1,700.00
Your Price $399.00
1
buy

**11 ITEMS   [ 1 ] [ 2 ]**    Items: [-]   Sort: [-]

**Trouble finding what you are looking for? Try our Advanced Search.**

home  |  company info  |  contact us  |  customer login  |  view cart

# Handbag Emporium Inc.

| Home | Additional Savings | Contact Us | Customer Login | Company Info |

**SEARCH**

chanel  [GO]

Advanced Search

**PRODUCTS**

Aditional Savings!
Handbags
Shoulder Bags
Tote Bags

**BRANDS**

--Select--

**PRICE RANGE**

$0 - 100
$100 - 200
$200 - 300
$300 - 400
$400 - 500
$500 - 600
$600 - 700
$700 - 800
$800 - 900
$900 - 1000
$1000 - 1500
$1500 - 2000
$2000 - 5000
$5000 - 10000
$10000 - 50000

**MORE INFORMATION**

Policy
Our Affiliates
Frequently Asked Questions

**Christian Dior
Cool, Casual, Exclusive:**

The newest Dior bag to buy is the latest version of the must-have saddle bag. The Gaucho bag comes in a denim and leather mix, dark red, black, or white leather.

Your Search Results For Search Criteria: chanel

**Products**

11 ITEMS << [ 2 ]   Items: [--]   Sort: [--]

**Chanel**

Chanel Shoulder Bag, Two Colors
Your Price $499.00
view

11 ITEMS << [ 2 ]   Items: [--]   Sort: [--]

Trouble finding what you are looking for? Try our **Advanced Search**.

**SHOPPING CART**

Your Cart Is Em

**JOIN NEWSLET**

Enter Email Here!

**Top Sellers**
1.) Coach Signatu Patchwork Tote, T Colors
2.) Dior Diorissim Multi-Pocket Hobo Colors
3.) Coach Patchw Tote
4.) Louis Vuitton Speedy 30
5.) Jimmy Choo D Ring Bucket Bag, Colors
6.) Coach Flap Patchwork Satche
7.) Chanel Handb Two Colors
8.) Chanel Cambo Tote, Three Color
9.) Marc Jacobs C Stam Bag, Four C
10.) Fendi Leathe Spybag, Navy Blu



**SALE $675.00**

home | company info | contact us | customer login | view cart