Exhibit "I"

HandbagOutpost.com—April 18, 2007




# HANDBAG OUTPOST INC.

### American Express Promo
### Buy With Your American Express Card And Save 10%

| Home | Handbags | Shoulder Bags | Totes | Summer 2007 | Jewelry |

**MORE INFORMATION**
Policies & Disclosures
Our Affiliates

**SEARCH**
[    ] GO
Advanced Search

**PRODUCTS**
Briefcases
Closeout
Handbags
Jewelry
Luggage
Pouches
Shoulder Bags
Tote Bags
Wallets
Spring/Summer 2007

**BRANDS**
--Select--

**PRICE RANGE**
$0 - 100
$100 - 200
$200 - 300
$300 - 400
$400 - 500
$500 - 600
$600 - 700
$700 - 800
$800 - 900
$900 - 1000
$1000 - 1500
$1500 - 2000
$2000 - 5000
$5000 - 10000
$10000 - 50000

**Products**



**Displaying products 1 - 8 of 16 results**   Items: [- ▼]  Sort: [- ▼]
**Page 1 of 2**                                        1 **2** ▷ ▷|

### Chanel



Chanel Black Leather Small Tote
Your Price $1,599.00
[1]

buy
Add to Wish List



Chanel Cambon Ligne Bowler Bag, 2 Colors
Your Price $799.00
view



Chanel Cambon Ligne Large Tote, 4 Colors
Your Price $999.00
view



Chanel Cambon Ligne Wallet, 8 Colors
Your Price $199.00
view

**SHOPPI**
Your Ca

**JOIN NE**
Enter Ema

Top
1. Dio
   Emb
   Med
   Bag
2. Tiff
3. Chl
   Pad
   Col
4. Chl
   Sho
5. Mar
   Qui
   Two
6. Dio
   Med
   Bag
7. Chr
   Reb
   Sue
8. Chl
   Bow
   Col
9. Coa
   Pat
10. Coa
    Stri
    Tot

4/18/07 [signature]

**April's Featured Handbag**

Fendi Grained Leather Small Bucket Bag



**$699.00**



Chanel Classic 2.55 Quilted Bag

Your Price $1,399.00

[ 1 ]

buy

Add to Wish List



Chanel Denim Tote Bag

MSRP ~~$2,399.00~~

Your Price $1,399.00

[ 1 ]

buy

Add to Wish List



Chanel Classic Handbag, Three Colors

Your Price $599.00

view



Chanel 'Expandable' Quilted Drawstring Tote

Your Price $1,399.00

[ 1 ]

buy

Add to Wish List

Page 1 of 2                                                            1  2  ▷ ▷|



Copyright 2006 - 2007 Handbag Outpost Inc.,. ALL RIGHTS RESERVED.

home | company info | contact us | customer login | view cart



# HANDBAG OUTPOST INC. 

**MORE INFORMATION**
Policies & Disclosures
Our Affiliates

**SEARCH**
GO
Advanced Search

**PRODUCTS**
Briefcases
Closeout
Handbags
Jewelry
Luggage
Pouches
Shoulder Bags
Tote Bags
Wallets
Spring/Summer 2007

**BRANDS**
--Select--

**PRICE RANGE**
$0 - 100
$100 - 200
$200 - 300
$300 - 400
$400 - 500
$500 - 600
$600 - 700
$700 - 800
$800 - 900
$900 - 1000
$1000 - 1500
$1500 - 2000
$2000 - 5000
$5000 - 10000
$10000 - 50000

**Products**

**Displaying products 9 - 16 of 16 results**    Items: --    Sort: --
**Page 2 of 2**                                                    1  2

**Chanel**





Chanel Leather Coco's Cabas Tote, Brown
MSRP $2,299.00
Your Price $1,599.00
1
buy
Add to Wish List



Chanel 'Luxe' Large Tote Bag, Black
Your Price $1,599.00
1
buy
Add to Wish List



Chanel 'Modern Chain' Hobo, Black
Your Price $899.00
1
buy
Add to Wish List



Chanel Multi Pocket Reporter Bag, 8 Colors
MSRP $1,699.00
Your Price $899.00
view



SHOPP
Your (

JOIN N
Enter Er

To
1. D
    Er
    M
    Ba
2. Ti
3. Ch
    Pa
    Co
4. Ch
    Sh
5. M
    Q
    Tv
6. D
    M
    Ba
7. Ch
    Re
    Su
8. Ch
    Bo
    Co
9. Co
    Pa
10. Co
    St
    To

**April's Featured Handbag**

Fendi Grained Leather Small Bucket Bag



**$699.00**



Chanel Quilted Large Shopper, Black
Your Price $1,399.00
[1]
buy
Add to Wish List



Chanel Vinyl Coco's Cabas Tote
MSRP $1,899.00
Your Price $1,399.00
[1]
buy
Add to Wish List



Chanel Small Quilted Satchel
Your Price $799.00
[1]
buy
Add to Wish List



Chanel Woven Bowler Bag
Your Price $1,199.00
[1]
buy
Add to Wish List

Page 2 of 2                                    |◁ ◁ **1**  2



Copyright 2006 - 2007 Handbag Outpost Inc... ALL RIGHTS RESERVED.

home | company info | contact us | customer login | view cart