# Exhibit "J"

# DesignerOutpost.net—July 11, 2006

Page 1 of



Handbag store, designer handbags, purses, wallets

# Metro Handbags

Call 866-736-5509

## Save Up To 80% On Designer Handbags

Designer Handbags • Purses • Wallets

Most Handbags Come with Serial Numbers, Date Stamps and Dust Cover








### Our Designers Include

- Christian Dior™
- Marc Jacobs™
- Balenciaga™
- Chanel™
- Louis Vuitton™
- Prada™
- Chloe™






7/11/20

http://www.designeroutpost.net/



- Fendi™
- Gucci™



- Kooba™
- Coach™



- Juicy Couture™
- Jimmy Choo™

Metro Handbags is the perfect online handbag store to find unique and stunning designer handbags at great prices. Show off your high fashion sense and pay discount prices. With hundreds of styles to choose from. We offer a handbag for every occasion. All handbags come with the original dust cover, most have serial numbers and date stamps. Contact us today for our available merchandise and remember our discount offer.

Phone: 866-736-5509
info@designeroutpost.com

Home | Products | Contact Us | Disclaimer



Metro Handbags





# Metro Handbags

866-736-5509

Website Home   Advanced Search   View Cart   Checkout   Store Home

Service   About Us

## Search Results

Found 21 product(s) for Chanel (1-10 of 21)

Metro Handbags Chanel

Items in your cart
Empty

**Categories**
Balenciaga
Chanel
Chloe
Christian Dior
Coach
Fendi
Gucci
Juicy Couture
Louis Vuitton

All Chanel handbags are made from genuine lambskin leather

Chanel

http://1458624.estore.networksolutionsdesign.com/Categories.bok?category=Chanel

Metro Handbags Chanel



Chanel Cambon Cambon Line Multipocket, black/yellow
Chanel Cambon Line Multipocket
PRICE: $499.00
more details →
Add to Cart →



Chanel Cambon Line Tote Large, black/snakeskin
Chanel Cambon Line Tote Large
PRICE: $399.00
more details →
Add to Cart →



Chanel Cambon Line Tote Large, pink/black
Chanel Cambon Line Tote Large
PRICE: $399.00
more details →
Add to Cart →



Chanel Cambon Line Tote Large, white/black
Chanel Cambon Line Tote Large
PRICE: $399.00
more details →
Add to Cart →



Chanel Cambon Line Tote Large, black/white

http://1458624.estore.networksolutionsdesign.com/Categories.bok?category=Chanel

Chanel Cambon Line Tote Large
PRICE: $399.00
more details
Add to Cart



Chanel Cambon Line bowling bag large, black/white
Chanel Cambon Line bowling bag
PRICE: $399.00
more details
Add to Cart



Chanel Cambon Line bowling bag large, pink/black
Chanel Cambon Line bowling bag large
PRICE: $399.00
more details
Add to Cart



Chanel Cambon Line bowling bag large, white/black
Chanel Cambon Line bowling bag large
PRICE: $399.00
more details
Add to Cart



Chanel Cambon Line bowling bag large, white/snakeskin

Chanel Cambon Line bowling bag
PRICE: $399.00
more details
Add to Cart -->



Chanel Classic Handbag, Pink
Chanel Classic Handbag
PRICE: $399.00
more details
Add to Cart -->

Result Pages: 1 2 3

Are You Ready? Just 167 days 'til Christmas!

Advanced Search | View Cart | Checkout | About Us | Service | Home

ProStores

Commerce enabled by ProStores
Copyright © 2006 Metro Handbags. All Rights Reserved.

Footer.

# Metro Handbags



866-736-5509

Website Home   Advanced Search   View Cart   Checkout   Store Home

Service   About Us

## Search Results

Found 21 product(s) for Chanel (11-20 of 21)



All Chanel handbags are made from genuine lambskin leather

Chanel



Metro Handbags Chanel

Items in your cart
Empty

**Categories**
Balenciaga
Chanel
Chloe
Christian Dior
Coach
Fendi
Gucci
Juicy Couture
Louis Vuitton



Metro Handbags Chanel

Chanel Classic Handbag, Tan
Chanel Classic Handbag
PRICE: $399.00



Chanel Classic Handbag, white
Chanel Classic Handbag
PRICE: $399.00



Chanel Classic handbag, black
Chanel Classic handbag
PRICE: $399.00



Chanel Multipocket Reporter Bag, black/black
Chanel Multipocket Reporter Bag
PRICE: $499.00



http://1458624.estore.networksolutionsdesign.com/Categories.bok?category=Chanel&searchpath=4045dec110c5ec78d83ab66&start=11&total=21    7/11/2006





Chanel Multipocket Reporter Bag, black/white
Chanel Multipocket Reporter Bag
PRICE: $499.00
more details
Add to Cart -->



Chanel Multipocket Reporter Bag, pink/black
Chanel Cambon Line Multipocket Reporter Bag
PRICE: $499.00
more details
Add to Cart -->






Chanel Multipocket Reporter Bag, white/black
Chanel Multipocket Reporter Bag
PRICE: $499.00
more details
Add to Cart -->




Chanel Multipocket Reporter Bag, white/snakeskin
Chanel Multipocket Reporter Bag
PRICE: $499.00
[more details →] [Add to Cart →]




Chanel Multipocket Reporter Bag, white/snakeskin
Chanel Multipocket Reporter Bag
PRICE: $499.00
[more details →] [Add to Cart →]




Chanel Multipocket Reporter Bag, yellow/black
Chanel Cambon Line Multipocket
PRICE: $499.00
[more details →] [Add to Cart →]

*Are You Ready? Just 167 days 'til Christmas!*

ProStores

Advanced Search | View Cart | Checkout | About Us | Service | Home

Commerce enabled by ProStores
Copyright © 2006 Metro Handbags. All Rights Reserved.

Footer.

Result Pages: 1 2 3







# Metro Handbags

866-736-5509

Website Home | Advanced Search | View Cart | Checkout | Store Home

Service | About Us

## Search Results

Found 21 product(s) for Chanel (21-21 of 21)

Metro Handbags Chanel

Items in your cart

Empty

**Categories**
Balenciaga
Chanel
Chloe
Christian Dior
Coach
Fendi
Gucci
Juicy Couture
Louis Vuitton

All Chanel handbags are made from genuine lambskin leather

Chanel

Page 1 of 2

http://1458624.estore.networksolutionsdesign.com/Categories.bok?category=Chanel&searchpath=4045dec110c5ec78d83ab66&start=21&total=21    7/11/2006

Page 2 of 2

Metro Handbags Chanel

http://1458624.estore.networksolutionsdesign.com/Categories.bok?category=Chanel&searchpath=4045dec110c5ec78d83ab66&start=21&total=21    7/11/2006

Chanel Multipocket Reporter Bag, yellow/yellow
Chanel Multipocket Reporter Bag
PRICE: $499.00
[more details →]
[Add to Cart →]

Result Pages: 1 2 3

Are You Ready? Just 167 days 'til Christmas!

Advanced Search | View Cart | Checkout | About Us | Service | Home

ProStores
Commerce enabled by ProStores
Copyright © 2006 Metro Handbags. All Rights Reserved.

Footer.