Exhibit "K"

HandbagsLuxery.com—January 9, 2007



Luxury Handbags

HOME | STORE | ABOUT US | CONTACT US

manufacturer --Select--

category
Handbags
Shoulder Bags
Tote Bags

search by price
$100 - 200
$200 - 300
$300 - 400
$400 - 500
$500 - 600
$600 - 700
$700 - 800

12 ITEMS   [ 1 ] [ 2 ]

**Chanel**

Items: [ - ]   Sort: [ - ]

shopping cart

Your Cart Is Empty

mailing list
[Enter Email Here!]  GO

LIVE HELP OFFLINE



Chanel Fur Shoulder Bag, Three Colors
Your Price $799.00
view



Chanel Classic Handbag Medium, 4 Colors
Your Price $599.00
view

Luxury Handbags, Designer Handbags Year End Closeout Sale

$800 - 900
$900 - 1000
$1000 - 1500
$1500 - 2000
$2000 - 5000
$5000 - 10000
$10000 - 20000

more information
Policy


Chanel 'Luxe' Bowler, Four Colors
Your Price $699.00
view


Chanel Multi Pocket Reporter Bag, 9 Colors
List Price $2,399.00
Your Price $899.00
view


Chanel Quilted Flap Handbag, Four Colors
Your Price $659.00
view

Chanel Handbag, Two Colors
Your Price $699.00
view

Chanel Medium Cambon Tote, Six Colors
Your Price $699.00
view



Chanel Quilted Flap Handbag, Four Colors
Your Price $699.00
view



Chanel Quilted Handbag, Four Colors
Your Price $699.00
view



Chanel Quilted Handbag, Three Colors
Your Price $599.00
view

Items: [ - ]   Sort: [ - ]

12 ITEMS  [ 1 ] [ 2 ]



Luxury Handbags



HOME  STORE  ABOUT US  CONTACT US

# Welcome to Luxury Handbags Inc

Enjoy our large inventory of designer handbags
and save hundreds

Free Shipping

shopping cart

Your Cart Is Empty

mailing list

Enter Email Here!  GO


LIVE HELP OFFLINE


Chanel Fur Shoulder Bag, Three Colors


Bottega Veneta Roma Woven Leather Bag

manufacturer
--Select--

category
Handbags
Shoulder Bags
Tote Bags

search by price
$100 - 200
$200 - 300
$300 - 400
$400 - 500
$500 - 600
$600 - 700
$700 - 800

Luxury Handbags, Designer Handbags Year End Closeout Sale

http://handbagsluxery.com/

Luxury Handbags, Designer Handbags Year End Closeout Sale

$800 - 900
$900 - 1000
$1000 - 1500
$1500 - 2000
$2000 - 5000
$5000 - 10000
$10000 - 20000

more information
Policy



List Price ~~$2,650.00~~
Your Price $1,299.00
[1] buy
add to wish list

Your Price $799.00
view



Chanel Quilted Handbag, Four Colors
Your Price $699.00
view



Chloe Large Edith leather bag, 16 COLORS!
List Price ~~$1,720.00~~
Your Price $899.00
view



Fendi Leather Spy Bag, Navy Blue
List Price ~~$2,790.00~~
Your Price $899.00
[1] buy
add to wish list

Louis Vuitton Pont-Neuf, Three Colors
List Price ~~$1,270.00~~
Your Price $599.00
view

http://handbagsluxery.com/    1/9/2007