Exhibit "L"

Declaration of Stephen M. Gaffigan

1   Krieg, Keller, Sloan, Reilley & Roman LLP
    114 Sansome Street, Suite 400
2   San Francisco, California 94104-3839
    Telephone:  (415) 249-8330
3   Facsimile:  (415) 249-8333

4   Attorneys for PLANTIFF
    CHANEL, INC., a New York Corporation

5

6                  THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   CHANEL, INC., a New York            )    Case No. CV 07-03592-EMC
    corporation,                        )
9                                       )
              Plaintiff,                )
10                                      )
              v.                        )    **DECLARATION OF**
11                                      )    **STEPHEN M. GAFFIGAN IN**
    CASONDRA TSHIMANGA a/k/a            )    **SUPPORT OF CHANEL,**
12  CASONDRA SMITH a/k/a                )    **INC.'S MOTION FOR ENTRY**
    CASONDRA SATCHER a/k/a C.           )    **OF DEFAULT JUDGMENT**
13  MAYFIELD a/k/a ANNE LLOYD et al.,   )    **AGAINST CASONDRA**
                                        )    **TSHIMANGA.**
14                                      )
              Defendants.               )
15                                      )
                                        )
16                                      )    DATE:
                                        )    TIME:
17                                      )    PLACE:

18       I, Stephen M. Gaffigan, declare and state as follows:

19

20       1.      I am an attorney for the Plaintiff Chanel, Inc. ("Chanel").  I am duly

21  authorized and licensed to practice law before all courts in the State of Florida, the

22  Southern and Middle District Courts of Florida, the Eastern District of Michigan,

23  the Eleventh Circuit Court of Appeals, and the Federal Circuit Court of Appeals.  I

24

25  am personally knowledgeable of the matters set forth in this Declaration and, if

26  called upon to do so, I could and would competently testify to the following facts in

- 1 -

**DECLARATION OF STEPHEN M. GAFFIGAN**

support of Chanel's Motion for Entry of Default Judgment against Defendant

Casondra Tshimanga a/k/a Casondra Smith a/k/a Casondra Satcher a/k/a C.

Mayfield a/k/a Anne Lloyd d/b/a HandbagOutpost.com d/b/a DesignerOutpost.net

d/b/a Handbagsluxery.com d/b/a Bay Electronics ("Tshimanga" or "Defendant").

RE:  REQUEST FOR ATTORNEY FEES

2.      I am engaged to coordinate Chanel's nationwide anti-counterfeiting

efforts.  I have been an attorney practicing in Florida for 13 years.  I have extensive

litigation experience.

3.      On behalf of Chanel, I began working on the investigation leading up

to this action in April 2007.

4.      From April 2007, through the present, the total hours I have billed

Chanel are 13.5 hours at a rate of $350.00.  To date, I have been paid fees in the

amount of $4,725.00.

5.      Some hours in this matter were discounted as a professional courtesy.

6.      All attorney time incurred in this matter relates to the gathering of

investigative information, preparation of documents and pleadings, and other

litigation related legal services.  I made every reasonable effort to minimize hours

spent on the case, and the fee requested is equal to or below the amount spent on

similar past cases

**DECLARATION OF STEPHEN M. GAFFIGAN**

7.      My billing rate for intellectual property litigation is $350.00 per hour, which I believe, is equal to or less than the prevailing rate for intellectual property attorneys in the Northern District of California where this action was filed.

**RE:  REQUEST FOR COSTS**

8.      I am one of the attorneys under whose direction these costs were incurred in the investigation and prosecution of this action.

9.      To the best of my knowledge and belief, $350.00 in costs were necessarily incurred by my office in this matter for filing fees.

10.     To the best of my knowledge and belief, $150.00 in costs were necessarily incurred by my office in this matter for service of process for Tshimanga.  A true and correct copy of the process service invoice is attached hereto as Exhibit "1."

11.     Total costs incurred by Chanel, Inc., in the prosecution of this action are $500.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER DECLARANT SAYETH NAUGHT.

Dated this 16th day of January 2008.

_Stephen M. Gaffigan_
Stephen M. Gaffigan

- 3 -

**DECLARATION OF STEPHEN M. GAFFIGAN**

Exhibit "1"



**LEGAL SERVICES**
www.abclegal.com

633 Yesler Way
Seattle, WA 98104
(206) 682-1675 or (206) 623-8771
BELLEVUE    (425) 455-0102    OLYMPIA    (360) 754-6595
EVERETT     (425) 258-4591    TACOMA     (253) 383-1791
WEBSITE www.abclegal.com

**STATEMENT**                                          1

FEDERAL I.D.# 91-1153514

11/30/2007

**REMITTANCE MEMO**

GAFFIGAN, STEPHEN M    (

| YOUR ACCT. NO. | STMT. DATE |
|---|---|
| 70-0104118 | 11/30/07 |

YOUR ACCT. NO.    70-0104118

GAFFIGAN, STEPHEN M    (PFI)
312 SE 17TH ST, 2ND FLOOR
FORT LAUDERDALE,  FL   33316

**PLEASE REMIT TO:**

**ABC-LEGAL SERVICES INC.**

633 Yesler Way
Seattle, Washington 98104

*Reprint invoices and proof of services from www.abclegal.com*

| DATE | INVOICE | | | | |
|---|---|---|---|---|---|
| 11/08/07 | 4826728-IN | | | | |
| 11/06/07 | 4882752-IN | | | 125.00 | 4826728-IN | 125.00 |
| 11/27/07 | 4893304-IN | | | 125.00 | 4882752-IN | 125.00 |
| 11/06/07 | 4899394-IN | | | 150.00 | 4893304-IN | 150.00 |
| 11/08/07 | 4969222-IN | | | 150.00 | 4899394-IN | 150.00 |
| 11/16/07 | 4969226-IN | | | 75.00 | 4969222-IN | 75.00 |
| 11/16/07 | 4969227-IN | | | 75.00 | 4969226-IN | 75.00 |
| 11/21/07 | 4973598-IN | | | 75.00 | 4969227-IN | 75.00 |
| 11/06/07 | 4993590-IN | : TSHIMANGA, CASO | 150.00 | 100.00 | 4973598-IN | 100.00 |
| 11/07/07 | 4993591-IN | | | 150.00 | 4993590-IN | 150.00 |
| 11/21/07 | 4993725-IN | | | 175.00 | 4993591-IN | 175.00 |
| 11/28/07 | 4993726-IN | | | 75.00 | 4993725-IN | 75.00 |
| 11/28/07 | 4993728-IN | | | 75.00 | 4993726-IN | 75.00 |
| 11/21/07 | 4993859-IN | | | 75.00 | 4993728-IN | 75.00 |
| 11/21/07 | 4993860-IN | | | 175.00 | 4993859-IN | 175.00 |
| 11/21/07 | 4993861-IN | | | 75.00 | 4993860-IN | 75.00 |
| 11/21/07 | 4993862-IN | | | 75.00 | 4993861-IN | 75.00 |
| 11/28/07 | 5030010-IN | | | 75.00 | 4993862-IN | 75.00 |
| | | | | 142.25 | 5030010-IN | 142.25 |

| 1,967.25 | 0.00 | 0.00 | 0.00 | **BALANCE DUE** ▶ 1,967.25 | **AMOUNT OF PAYMENT** ▶ 1,967.25 |
|---|---|---|---|---|---|

| **IENT** | **OVER 30 DAYS** | **OVER 60 DAYS** | **OVER 90 DAYS** | **TERMS:  NET 30 DAYS** |
|---|---|---|---|---|
| | | STATUS OF ACCOUNT | | |

Your Finance Charge is computed by a single
periodic rate of 1½% per month (minimum charge
$.50) which is an ANNUAL PERCENTAGE OF 18%