**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL INC., | No. C07-3592 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| CASONDRA TSHIMANGA, et al., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT set for April 23, 2008 at 10:30 a.m. is hereby vacated. The court will notify counsel if a hearing is necessary.

Dated: March 21, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy