1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
2  ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
   San Francisco, California 94104-3839
4  Telephone:   (415) 249-8330
5  Facsimile:   (415) 249-8333

6  Attorneys for Plaintiff, Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASONDRA TSHIMANGA a/k/a CASONDRA SMITH a/k/a CASONDRA SATCHER a/k/a C. MAYFIELD a/k/a ANNE LLOYD d/b/a HANDBAGOUTPOST.COM d/b/a DESIGNEROUTPOST.NET d/b/a HANDBAGSLUXURY.COM d/b/a BAY ELECTRONICS and Does 1-10,<br><br>Defendants. | Case No. C-07-3592-EMC<br><br>**PLAINTIFF CHANEL, INC.'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>**Date Filed:** July 11, 2007<br>**Original Date of CMC:**<br>Jan. 2, 2008, 1:30 pm<br>**[Proposed] Date of CMC:**<br>Mar. 5, 2008, ~~1:30 pm~~ 2:30pm |

WHEREAS, Plaintiff Chanel, Inc. ("Chanel") filed the complaint on July 11, 2007;

WHEREAS, Chanel served Defendant on October 27, 2007;

WHEREAS, twenty (20) days has passed since Plaintiff properly effected service upon Defendant and Defendant has not answered or made any response to the Complaint;

1

CHANEL'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C-07-3592-EMC

1     WHEREAS, based on the lack of response, Chanel is concurrently filing herewith a Request
2 for Entry of Default;
3     WHEREAS, the Case Management Conference is currently scheduled for January 2, 2008 at
4 1:30 p.m.;
5     WHEREAS, Chanel believes it would be appropriate to continue the Case Management
6 Conference to permit entry of default;
7     **THEREFORE**, Chanel hereby requests that the Court continue the Case Management
8 Conference until March 5, 2007 at 1:30 p.m.

Dated: December 19, 2007          KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
KENNETH KELLER
Attorneys for Plaintiff
CHANEL, INC.

**[PR~~OPOS~~ED] ORDER**

IT IS HEREBY ORDERED that the Initial Case Management Conference is continued until March 5, 2008 at ~~1:30 p.m.~~ 2:30 pm. A joint case management conference statement is due 2/27/08. Plaintiff shall serve defendant a copy of this order.

Dated: December 20, 2007

_____
UNITED STATES MAGISTRATE JUDGE
EDWARD CHEN

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

CHANEL'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C-07-3592-EMC