# EXHIBIT A

Krieg, Keller, Sloan, Reilley & Roman LLP
114 Sansome Street, Suite 400
San Francisco, California 94104-3839
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorney for PLANTIFF
CHANEL, INC., a New York Corporation

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASONDRA TSHIMANGA a/k/a CASONDRA SMITH a/k/a CASONDRA SATCHER a/k/a C. MAYFIELD a/k/a ANNE LLOYD et al.,<br><br>Defendants. | Case No. CV 07-03592-EMC<br><br>**SECOND DECLARATION OF ROBERT HOLMES IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR FINAL DEFAULT JUDGMENT**<br><br>DATE:<br>TIME:<br>PLACE: |

I, Robert Holmes, declare and state as follows:

1. I am an officer of IPCyberCrime.com, LLC, formerly, the Holmes Detective Agency, a licensed private investigative firm, located in Plano, Texas.

2. I am over 18 years of age and have personal knowledge of the facts set forth herein.

3. In or about May 2006, IPCyberCrime.com, LLC was retained by counsel for Chanel, Inc. ("Chanel") to investigate the suspected sale of counterfeit

Chanel products by the Defendant Casondra Tshimanga a/k/a Casondra Smith a/k/a Casondra Satcher a/k/a C. Mayfield a/k/a Anne Lloyd d/b/a HandbagOutpost.com d/b/a DesignerOutpost.com d/b/a Handbagsluxery.com d/b/a Bay Electronics ("Tshimanga" or "Defendant").

4.  On or about October 3, 2006, I sent unrelated emails to both sales@handbagoutpost.com & info@designeroutpost.net, and received return receipt evidence that both emails were read on the same computer (IP address 24.6.234.13). I conducted a search which showed that the IP address 24.6.234.13 was for a Comcast Cable Internet account in the Hayward, CA area. True and correct copies of my email tracking records for the October 3, 2006 emails sent to HandbagOutpost.com and DesignerOutpost.net are attached hereto as Composite Exhibit "1."

5.  On the same date, Defendant Tshimanga was listed as the domain registrant of both HandbagOutpost.com and DesignerOutpost.net, with anonymous contact details. True and correct copies of of the WHOIS Records for HandbagOutpost.com and DesignerOutpost.net, dated October 3, 2006, are attached hereto as Composite Exhibit "2."

6.  On or about October 25, 2006, I sent a second email to info@designeroutpost.net, and received return receipt evidence that my email was read on a computer with the IP address 24.7.5.166. IP addresses changes every time a modem reconnects to the Internet. However, my search of the IP address

showed the address was also for a Comcast Cable Internet account in the Hayward, CA area. A true and correct copy of my October 25, 2006 email tracking record is attached hereto as Exhibit "3."

7. By October 30, 2006, the domain registrant of DesignerOutpost.net had changed to "Kelly Watson", with anonymous contact details. A true and correct copy of the WHOIS Record, dated October 30, 2006, for DesignerOutpost.net is attached hereto as Exhibit "4." I conducted a search via Acxiom.com, a public records search engine, but was unable to identify anyone with the name "Kelly Watson" connected to the DesignerOutpost.net domain name or website.

8. October 24, 2007, I again conducted a domain name search of DesignerOutpost.net and determined that Defendant Tshimanga's previously proven corporate name, Handbag Outpost, was now listed as the domain registrant. A true and correct copy of the WHOIS Record, dated October 24, 2007, for DesignerOutpost.net is attached hereto as Exhibit "5."

9. On or about January 9, 2007, I conducted a domain name search of HandbagsLuxery.com and determined that the domain name was created on December 10, 2006. At that time the domain registrant of the website HandbagsLuxery.com was listed as Kelly Watson, with anonymous contact details. A true and correct copy of the WHOIS Record, dated January 9, 2007, for HandsbagsLuxery.com is attached hereto as Exhibit "6." I conducted a search via

- 3 -

Acxiom.com but was unable to identify anyone with the name "Kelly Watson" connected to the HandbagsLuxery.com website.

10. On or about January 5, 2008, I again conducted a domain name search of the website HandsbagsLuxery.com and determined that Defendant Tshimanga's previously proven corporate name, Handbag Outpost, was now listed as the domain registrant for that website as well. A true and correct copy of the WHOIS Record, dated January 5, 2008, for HandsbagsLuxery.com is attached hereto as Exhibit "7."

I declare the foregoing statements to be true and correct under penalty of perjury under the laws of the United States of America.

FURTHER DECLARANT SAYETH NAUGHT.

Dated this __17__ day of April 2008.

_____
ROBERT HOLMES

# EXHIBIT "1'

# Re dNotify

**Refresh Display   Close Window**   **Read Notification**

**ReadNotify email tracking history**

To: sales@handbagoutpost.com
From: Totalviplady@aol.com
Subject: handbagoutpost
Sent on 3-Oct-06 at 17:28:02pm 'US/Pacific' time
1st Open 3-Oct-06 at 18:42:22pm -7:00

(86%) Hayward, California, United States

## Tracking Details

**Opened**
  Opened 3-Oct-06 at 18:42:22pm (UTC -7:00)   -   1hour14mins20secs after sending
  Location Hayward, California, United States (86% likelihood)
Opened on c-24-6-234-13.hsd1.ca.comcast.net (24.6.234.13:22480)
  Language of recipient's PC: en-us (English/United States), en;q=0.5 (English)
  Browser used by recipient: Moz/5.0 (Win; U; Windows NT 5.1; en-US; rv:1.8.0.7) Gecko/20060909 Firefox/1.5.0.7
  Accepts Files browser can open: i/png,*/*;q=0.5
  Referrer http://mail.handbagoutpost.com/cgi-bin/inbox.exe?id=00fb35a12d984992b88a90

**Re-Opened**
  Opened 3-Oct-06 at 21:27:29pm (UTC -7:00)   -   3hours59mins27secs after sending
  Location Hayward, California, United States (86% likelihood)
Opened on c-24-6-234-13.hsd1.ca.comcast.net (24.6.234.13:25735)
  Language of recipient's PC: en-us (English/United States), en;q=0.5 (English)
  Browser used by recipient: Moz/5.0 (Win; U; Windows NT 5.1; en-US; rv:1.8.0.7) Gecko/20060909 Firefox/1.5.0.7
  Accepts Files browser can open: i/png,*/*;q=0.5
  Referrer http://mail.handbagoutpost.com/cgi-bin/inbox.exe?id=00c1c689e93c8d42802b66

**Summary** - as at 14-Apr-08 at 09:38:31am (UTC -7:00) - 558days16hours10mins29secs after sending
Total Opened 2 times by 1 reader

notification

Read-Notification for " info@designeroutpost.net - Order question?? "   http://www.readnotify.com/readnotify/show.asp/9231844f44ffe26f6...

# Re dNotify

Refresh Display   Close Window

**Read Notification**

**ReadNotify email tracking history**

To: info@designeroutpost.net
From: midastouch757@earthlink.net
Subject: info@designeroutpost.net - Order question??
Sent on: 2-Oct-06 at 15:23:33pm 'US/Pacific' time
1st Open: 3-Oct-06 at 17:12:10pm -7:00

(86%) Hayward, California, United States

## Tracking Details

**Opened**

Opened 3-Oct-06 at 17:12:10pm (UTC -7:00)  -  1day1hour48mins37secs after sending
Location Hayward, California, United States (86% likelihood)
Opened on c-24-6-234-13.hsd1.ca.comcast.net (24.6.234.13:20516)
Language of recipient's PC: en-us (English/United States), en;q=0.5 (English)
Browser used by recipient: Moz/5.0 (Win; U; Windows NT 5.1; en-US; rv:1.8.0.7) Gecko/20060909 Firefox/1.5.0.7
Accepts Files browser can open: i/png,*/*;q=0.5
Referrer http://mail.designeroutpost.net/cgi-bin/inbox.exe?id=003e9f6aa1c3e4fcb10a1,http://mail.designeroutpost.net/cgi-bin/compose.exe?id=003e9f6aa1c3e4fcb10,http://mail.designeroutpost.net/loading.htm,http://mail.designeroutpost.net/cgi-bin/viewmail.exe?id=003e9f6aa1c3e4fcb1
Last log No more activity after 3-Oct-06 at 17:12:59pm (UTC -7:00)  -  Log data indicates email was read for at least 49secs (approx.)

**Summary** - as at 14-Apr-08 at 09:39:05am (UTC -7:00)  -  559days18hours15mins32secs after sending
Total Opened 1 time by 1 reader

notification

# EXHIBIT "2"

**Domain:** handbagoutpost.com - Domain History
**Cache Date:** 2006-10-02
**Registrar:** NETWORK SOLUTIONS, LLC.
**Registrant Search:** Click on an email address we found in this whois record to see which other domains the registrant is associated with: ap5su6b58zn@networksolutionsprivateregistration.com

```
Registrant:
Tshimanga, Casondra
    ATTN: HANDBAGOUTPOST.COM
    c/o Network Solutions
    P.O. Box 447
    Herndon, VA.  20172-0447


    Domain Name: HANDBAGOUTPOST.COM


    Administrative Contact, Technical Contact:
        Tshimanga, Casondra                   ap5su6b58zn@networksolutionsprivateregistration.com
        ATTN: HANDBAGOUTPOST.COM
        c/o Network Solutions
        P.O. Box 447
        Herndon, VA 20172-0447
        570-708-8780


    Record expires on 10-Apr-2007.
    Record created on 10-Apr-2006.
    Database last updated on 2-Oct-2006 18:18:58 EDT.

    Domain servers in listed order:

    NS27.WORLDNIC.COM              205.178.190.14
    NS28.WORLDNIC.COM              205.178.189.14
```

**Domain:** designeroutpost.net - Domain History
**Cache Date:** 2006-10-02
**Registrar:** NETWORK SOLUTIONS, LLC.
**Registrant Search:** Click on an email address we found in this whois record to see which other domains the registrant is associated with: ap5su6b58zn@networksolutionsprivateregistration.com

```
Registrant:
Tshimanga, Casondra
    ATTN: DESIGNEROUTPOST.NET
    c/o Network Solutions
    P.O. Box 447
    Herndon, VA.  20172-0447

    Domain Name: DESIGNEROUTPOST.NET

    Administrative Contact, Technical Contact:
        Tshimanga, Casondra
        ATTN: DESIGNEROUTPOST.NET                    ap5su6b58zn@networksolutionsprivateregistration.com
        c/o Network Solutions
        P.O. Box 447
        Herndon, VA 20172-0447
        570-708-8780

    Record expires on 01-Jun-2016.
    Record created on 01-Jun-2006.
    Database last updated on 2-Oct-2006 17:18:27 EDT.

    Domain servers in listed order:

    NS45.WORLDNIC.COM              205.178.190.23
    NS46.WORLDNIC.COM              205.178.189.23
```

# EXHIBIT "3'

# Re dNotify

Refresh Display   Close Window

**Read Notification**

ReadNotify email tracking history

To info@designeroutpost.net
From itsmepotogold@yahoo.co.uk
Subject Domain Interest
Sent on 25-Oct-06 at 10:08:15am 'US/Pacific' time
1st Open 25-Oct-06 at 13:08:44pm  -7:00

(86%) Hayward, California, United States

### Tracking Details

**Opened** at apparent address of: info@handbagoutpost.com
  Opened 25-Oct-06 at 13:08:44pm (UTC -7:00)  -  3hours29secs after sending
  Location Hayward, California, United States (86% likelihood)
  Opened on c-24-7-5-166.hsd1.ca.comcast.net (24.7.5.166:8749)
  Language of recipient's PC: en-us (English/United States), en;q=0.5 (English)
  Browser used by recipient: Moz/5.0 (Win; U; Windows NT 5.1; en-US; rv:1.8.0.7) Gecko/20060909 Firefox/1.5.0.7
  Accepts Files browser can open: i/png,*/*;q=0.5
  Referrer http://mail.designeroutpost.net/cgi-bin/inbox.exe?i,http://mail.designeroutpost.net/cgi-bin/inbox.exe?id=005bce7e36abf951325677b0

**Re-Opened** at apparent address of: info@designeroutpost.net, or info@handbagoutpost.com
  Opened 25-Oct-06 at 14:37:20pm (UTC -7:00)  -  4hours29mins5secs after sending
  Location Hayward, California, United States (86% likelihood)
  Opened on c-24-7-5-166.hsd1.ca.comcast.net (24.7.5.166:9202)
  Language of recipient's PC: en-us (English/United States), en;q=0.5 (English)
  Browser used by recipient: Moz/5.0 (Win; U; Windows NT 5.1; en-US; rv:1.8.0.7) Gecko/20060909 Firefox/1.5.0.7
  Accepts Files browser can open: i/png,*/*;q=0.5
  Referrer http://mail.designerout,http://mail.designeroutpost.net/cgi-bin/inbox.exe?id=005bce7e36abf951325677,http://mail.designeroutpost.net/cgi-bin/inbox.exe?id=005bce7e36abf951325677b0,http://mail.designeroutpost.net/loading.htm,http://mail.designeroutpost.net/cgi-bin/compose.
  exe?id=005bce7e36abf951325677
  Last log No more activity after 25-Oct-06 at 14:38:08pm (UTC -7:00)  -  Log data indicates email was read for at least 48secs (approx.)

**Summary**  -  as at 14-Apr-08 at 09:37:54am (UTC -7:00)  -  536days23hours29mins39secs after sending
Total Opened 2 times by 1 reader

notification

# EXHIBIT "4'

| | |
|---|---|
| **Domain:** | <u>designeroutpost.net</u> - <u>Domain History</u> |
| **Cache Date:** | 2006-10-30 |
| **Registrar:** | **NETWORK SOLUTIONS, LLC.** |
| **Registrant Search:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: <u>xm7zq2nq2ag@networksolutionsprivateregistration.com</u> |

```
Registrant:
Watson, Kelly
    ATTN: DESIGNEROUTPOST.NET
    c/o Network Solutions
    P.O. Box 447
    Herndon, VA.   20172-0447


Domain Name: DESIGNEROUTPOST.NET

Administrative Contact, Technical Contact:
    Watson, Kelly                       xm7zq2nq2ag@networksolutionsprivateregistration.com
    ATTN: DESIGNEROUTPOST.NET
    c/o Network Solutions
    P.O. Box 447
    Herndon, VA 20172-0447
    570-708-8780

Record expires on 01-Jun-2016.
Record created on 01-Jun-2006.
Database last updated on 30-Oct-2006 23:52:14 EST.

Domain servers in listed order:

NS45.WORLDNIC.COM                  205.178.190.23
NS46.WORLDNIC.COM                  205.178.189.23
```