# EXHIBIT B

**Comparison of Chanel's Trademark Registrations
with the Defendant's Infringing Goods**

| Trademark | Registration Number | Citation to Registered Trademark | Citation to examples of Defendant's Infringements |
|---|---|---|---|
| CC MONOGRAM | 1,734,822 | Comp. Ex. C Page 3 | Comp. Ex. C Page 13, 21, 22, 29, 33, 34, 36, 38, 39, 40, 46, 50 |
| CC MONOGRAM | 1,314,511 | Comp. Ex. C Page 4 | Comp. Ex. C Page 13, 21, 22, 29, 33, 34, 36, 38, 39, 40, 46, 50 |
| CC MONOGRAM | 3,025,934 | Comp. Ex. C Page 5 | Comp. Ex. C Page 13, 14, 21, 22, 26, 28, 33, 34, 35, 39, 40, 46 |
| CHANEL | 0,626,035 | Comp. Ex. C Page 6 | Comp. Ex. C Page 21, 22, 27, 29, 45, 46 |
| CHANEL | 1,347,677 | Comp. Ex. C Page 7 | Comp. Ex. C Page 21, 22, 27, 29, 45, 46 |
| CHANEL | 1,733,051 | Comp. Ex. C Page 8 | Comp. Ex. C Page 21, 22, 27, 29, 45, 46 |
| CC MONOGRAM | 3,022,708 | Comp. Ex. C Page 9 | Comp. Ex. C Page 21, 46 |
| CHANEL | 0,906,262 | Comp. Ex. C Page 10 | Comp. Ex. C Page 16 |
| CC MONOGRAM | 1,501,898 | Comp. Ex. C Page 11 | Comp. Ex. C Page 16 |

**1**

Composite Exhibit "D"

Chanel Trademark Registrations

**2**

Int. Cl.: 18

Prior U.S. Cl.: 3

# United States Patent and Trademark Office

Reg. No. 1,734,822

Registered Nov. 24, 1992

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HAND-BAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS CARD CASES, CHANGE PURSES, TOTE BAGS, AND COSMETIC BAGS SOLD EMPTY, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0–0–1954; IN COMMERCE 0–0–1954.

OWNER OF U.S. REG. NOS. 1,293,298, 1,314,511 AND OTHERS.

SER. NO. 74–242,471, FILED 1–31–1992.

KEITH L. HENDERSON, EXAMINING ATTOR-NEY

**3**

Int. Cls.: 16 and 18

Prior U.S. Cls.: 3 and 37

## United States Patent and Trademark Office

Reg. No. 1,314,511
Registered Jan. 15, 1985

## TRADEMARK
### Principal Register



Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: NOTEBOOKS AND STATIONERY-TYPE PORTFOLIOS, in CLASS 16 (U.S. Cl. 37).
First use Sep. 1981; in commerce Sep. 1981.
For: LEATHER GOODS—NAMELY, HAND-BAGS, WALLETS, TRAVEL BAGS, LUGGAGE, CREDIT CARD AND BUSINESS CARD CASES, MAKE-UP BAGS AND VANITY CASES SOLD EMPTY, BRIEFCASE-TYPE PORTFOLIOS; ATTACHE CASES, CHANGE PURSES, SUIT-CASES, TOTE BAGS, GARMENT BAGS AND TRAVELLERS' SHOE BAGS, in CLASS 18 (U.S. Cl. 3).

First use Nov. 24, 1954; in commerce Nov. 24, 1954.

Owner of U.S. Reg. No. 1,075,016.

Ser. No. 356,733, filed Mar. 26, 1982.

FRANCIE R. GOROWITZ, Examining Attorney

**4**

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 3,025,934

Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-1-2004; IN COMMERCE 6-1-2004.

OWNER OF U.S. REG. NOS. 195,359, 1,734,822 AND OTHERS.

THIS MARK IS A THREE-QUARTER VIEW OF THE CHANEL CC MONOGRAM WHICH IS COM-PRISED OF INTERLOCKING C'S.

SER. NO. 76-615,089, FILED 10-8-2004.

KIMBERLY PERRY, EXAMINING ATTORNEY

**5**

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**

Reg. No. 626,035
Registered May 1, 1956

10 Year Renewal

Renewal Term Begins May 1, 1996

## TRADEMARK
## PRINCIPAL REGISTER

### CHANEL

CHANEL, INC. (NEW YORK CORPORA-
TION)
9 WEST 57TH STREET
NEW YORK, NY 10019, BY ASSIGN-
MENT AND ASSIGNMENT FROM
CHANEL, INC. (NEW YORK CORPO-
RATION) NEW YORK, NY

OWNER OF U.S. REG. NOS. 195,360,
513,132 AND OTHERS.
SEC. 2(F).
FOR: WOMEN'S HANDBAGS, IN
CLASS 3 (INT. CL. 18).
FIRST USE 0-0-1938; IN COMMERCE
11–24–1954.

SER. NO. 71–678,436, FILED 12–16–1954.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Aug. 27, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**6**

Int. Cls.: **16 and 18**

Prior U.S. Cls.: **3 and 37**

**Reg. No. 1,347,677**

# United States Patent and Trademark Office
Registered July 9, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 W. 57TH ST.
NEW YORK, NY 10019

FOR: NOTEBOOKS AND STATIONERY TYPE PORTFOLIOS, IN CLASS 16 (U.S. CL. 37).

FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

FOR: LEATHER GOODS—NAMELY, HANDBAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS AND CREDIT CARD CASES, BRIEF CASE TYPE PORTFOLIOS, ATTACHE CASES, CHANGE PURSES, SUITCASES, TOTE BAGS, MAKE-UP BAGS AND VANITY CASES SOLD EMPTY, GARMENT BAGS FOR TRAVEL AND TRAVELLERS' SHOE BAGS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1938; IN COMMERCE 11-24-1954.

OWNER OF U.S. REG. NO. 626,035.

SER. NO. 356,734, FILED 3-26-1982.

ROBERT PEVERADA, EXAMINING ATTORNEY

**7**

Int. Cl.: 18

Prior U.S. Cl.: 3

Reg. No. 1,733,051

# United States Patent and Trademark Office

Registered Nov. 17, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HAND-BAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS AND CREDIT CARD CASES, CHANGE PURSES, TOTE BAGS, COSMETIC BAGS SOLD EMPTY, AND GARMENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0–0–1954; IN COMMERCE 0–0–1954.

OWNER OF U.S. REG. NOS. 626,035, 1,347,677 AND OTHERS.

SER. NO. 74–242,426, FILED 1–31–1992.

KEITH L. HENDERSON, EXAMINING ATTORNEY

**8**

Int. Cls.: 6, 9, 18, 25 and 28

Prior U.S. Cls.: 1, 2, 3, 12, 13, 14, 21, 22, 23, 25, 26, 36, 38, 39, 41 and 50

Reg. No. 3,022,708

# United States Patent and Trademark Office

Registered Dec. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: KEY CHAINS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

FOR: SKI GOGGLES, SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-1-2004; IN COMMERCE 7-1-2004.

FOR: LUGGAGE, HANDBAGS, TOTES, BACK-PACKS, TRAVEL BAGS, ALL-PURPOSE CARRY-ING BAGS, UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

FOR: BOOTS, COATS, JACKETS, GLOVES, HATS, PANTS, SANDALS, SCARVES, SHIRTS, SHOES, SKI BOOTS, SUN VISORS, SUSPENDERS, SWEAT-BANDS, SWIMWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

FOR: BAGS SPECIALLY ADOPTED FOR SPORTS EQUIPMENT, BASKETBALLS, KITES, SKIS, SKI POLLS, TENNIS RACKETS, TENNIS BALLS, TEN-NIS RACKET COVERS, GOLF CLUBS, GOLF BAGS, SNOW BOARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

OWNER OF U.S. REG. NOS. 195,359, 1,734,822 AND OTHERS.

THE MARK IS COMPROMISED OF INTERLOCK-ING C'S SURROUNDED BY A SQUARE

SER. NO. 76-615,088, FILED 10-8-2004.

KIMBERLY PERRY, EXAMINING ATTORNEY

**9**

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

**10 Year Renewal**

Reg. No. 906,262
Registered Jan. 19, 1971
Renewal Approved Oct. 18, 1990

## TRADEMARK
## PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORA-
TION)
9 W. 57TH ST.
NEW YORK, NY 10019

OWNER OF U.S. REG. NO. 619,522.

FOR: COATS, SUITS, BLOUSES, AND
SCARVES, IN CLASS 39 (INT. CL. 25).
FIRST USE 0–0–1914; IN COMMERCE
0–0–1925.

SER. NO. 72–339,493, FILED 5–28–1969.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Nov. 27, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

10

Int. Cls.: 6, 14, 16, 25 and 26

Prior U.S. Cls.: 13, 28, 37, 39 and 40

Reg. No. 1,501,898

**United States Patent and Trademark Office**    Registered Aug. 30, 1988

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: KEYCHAINS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 9–0–1981; IN COMMERCE 9–0–1981.
FOR: COSTUME JEWELRY, IN CLASS 14 (U.S. CL. 28).
FIRST USE 9–0–1981; IN COMMERCE 9–0–1981.
FOR: GIFT WRAPPING PAPER , IN CLASS 16 (U.S. CL. 37).
FIRST USE 8–0–1986; IN COMMERCE 8–0–1986.

FOR: BLOUSES, SHOES, BELTS, SCARVES, JACKETS, MEN'S TIES, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9–0–1981; IN COMMERCE 9–0–1981.
FOR: BROOCHES, BUTTONS FOR CLOTHING, IN CLASS 26 (U.S. CL. 40).
FIRST USE 9–0–1981; IN COMMERCE 9–0–1981.
OWNER OF U.S. REG. NOS. 195,359, 1,347,094 AND OTHERS.

SER. NO. 644,065, FILED 2–9–1987.

JANE MCCABE, EXAMINING ATTORNEY

**11**

Exhibit "G"

HandbagOutpost.com—May 3, 2006




# Handbag Outpost

Call Us at (800) 431-1365

| Website Home | Advanced Search | View Cart | Checkout | Store Home |
| --- | --- | --- | --- | --- |

Service    Policies    Lost your password?

<    [          ]
<    Items in your cart

Empty

## Search Results

Found **10** product(s) for **Chanel** (1-10 of 10)

**Categories:**
Chanel
Chloe
Coach
Dior
Fendi
Gucci
Jimmy Choo
Louis Vuitton
Marc Jacobs
Prada
Scarves
Top Selling Bags
Wallets



Chanal handbags and accessories

**Chanel**



**Chanel Cambon Bowling Pouchette**
Chanel Ligne Cambon Pouchette
PRICE: $339.00  ( Add to Cart --> )

**Chanel Cambon Line Bowling Bag**
Classic quilted style, which has been made famous by Chanel.
More colors...
PRICE: $349.00  ( Add to Cart --> )

**Chanel Cambon Line Large Tote**

**13**



Lambskin, gorgeous Chanel tote bag. More Colors..
PRICE: ~~$399.00~~ $349.00   (Add to Cart -->)



**Chanel Cambon Line Long Wallet**
This is the Wallet that goes with this year¦s hottest bag. More colors...
PRICE: $109.00   (Add to Cart -->)



**Chanel Cambon Line Multipocket**
The Multipocket Cambon bag. More colors...
PRICE: ~~$469.00~~ $399.00   (Add to Cart -->)



**Chanel Cambon Square Handbag**
Chanel Cambon Square handbag in soft black calfskin. More colors...
PRICE: $369.00   (Add to Cart -->)



**Chanel Classic Handbag**
The always popular Chanel has come up with a new design. Small and chic. More colors..
PRICE: $269.00   (Add to Cart -->)



**Chanel Flap Naples Purse Round**
Chanel Naples Purse in calfskin. More colors...
PRICE: $299.00   (Add to Cart -->)



**Chanel Mademoiselle Tote**
Stunning
PRICE: $319.00   (Add to Cart -->)

**Chanel Thin Tote**
Chanel thin tote in calfskin. More colors..
PRICE: $429.00   (Add to Cart -->)

**14**



*Are You Ready? Just 236 days 'til Christmas!*

**Advanced Search | View Cart | Checkout | Service | Policies | Home**



**Commerce enabled by ProStores**
*Copyright © 2006 Handbag Outpost. All Rights Reserved.*





**15**




# Handbag Outpost

Call Us at (800) 431-1365

| Website Home | Advanced Search | View Cart | Checkout | Store Home |
|---|---|---|---|---|

Service   Policies   Lost your password?

<     [                    ]
<   Items in your cart

Empty

## Search Results

Found **6** product(s) for **Scarves** (1-6 of 6)

**Categories:**
Chanel
Chloe
Coach
Dior
Fendi
Gucci
Jimmy Choo
Louis Vuitton
Marc Jacobs
Prada
Scarves
Top Selling Bags
Wallets



Designer scarves

**Scarves**



**Chanel Scarf 100% Silk**
Silk Scarf
**PRICE:** $12.99   ( Add to Cart --> )



**Chanel Silk Scarf**
Chanel Silk Scarf
**PRICE:** $12.99   ( Add to Cart --> )

**Fendi 100% Silk Scarf**
Fendi Scarf
**PRICE:** $12.99   ( Add to Cart --> )

**16**





**Fendi Silk Scarf**
Fendi Silk Scarf
PRICE: $12.99    Add to Cart --->



**Gucci Scarf**
Gucci Scarf
PRICE: $12.99    Add to Cart --->



**Gucci Scarf 100% Silk**
Silk Scarf
PRICE: $12.99    Add to Cart --->

*Are You Ready? Just 236 days 'til Christmas!*

**Advanced Search | View Cart | Checkout | Service | Policies | Home**



ProStores

**Commerce enabled by ProStores**
*Copyright © 2006 Handbag Outpost. All Rights Reserved.*





**17**

Boutique, discount designer handbags, wallets. Hayward, CA





# Handbag Outpost

Call Us at (800) 431-1365



Home

Online Store

About Us

Links

Contact

**Louis Vuitton™ - Prada™ - Marc Jacobs™ - Coach™ - Chloe™ - Dior™ - Fenc**
**Designer Handbags • Wallets • Purses • Travel Bags •**
**Clutches**

Buy two or more handbags and save 15% off all

Call in your order and mention this offer

### See Our Top Selling Handbags



**Handbags Outpost** sells authentic designer handbags and other accessories at some of the lowest prices in the Industry. Our handbags, wallets, travel, and business bags are of high-quality from all the top designers, Our online store offers exceptional designer handbags with a variety of styles and colors to meet your needs. If you are **unable to find what you like on our website, in some cases**, for your convenience, we will **have your bag custom made, by the designer**. This service takes **2 to 4 weeks**. Whether you are looking for wallets, purses, travel bags, or clutches, you can count on us for designer styles at great prices. Call today for more information about us, or visit our links to view some of our affiliates! For your convenience we are available by phone between the hours of 8:00 a.m. to 6:00 p.m.

| Our Online Selection | |
|---|---|
| • Featured Designers<br>  o Louis Vuitton™<br>  o Prada™, Chloe™<br>  o Marc Jacobs™<br>  o Fendi™, Dior™<br>  o Gucci™, Coach™<br>  o Jimmy Choo™<br>  o Chanel™<br>• Purses & Handbags | • Wallets<br>• Luggage & Travel Bags<br>• Leather & Cloth Bags<br>• Coming Soon<br>  o Ladies Designer Shoes |

**18**

  

**Please send us a** Contact **form with your questions.  Our goal is to satisfy our Customers.**

**main email address**
info@handbagoutpost.com

**For questions about your order**
customerservice@handbagoutpost.com

Subscribe to our mailing list

E-mail: [                    ]  Subscribe

VISA  MasterCard  DISCOVER

Home | Online Store | About Us | Links | Contact

**Handbag Outpost**
Hayward, CA 94545

Copyright 2005 - 2006 Handbag Outpost Inc.

Phone: (800) 431-1365
Fax: (800) 431-1365

 

**19**

Exhibit "H"

HandbagOutpost.com—October 27, 2006

# Handbag Emporium Inc.

| Home | Additional Savings | Contact Us | Customer Login | Company Info |

## SEARCH

chanel    GO

Advanced Search

## PRODUCTS

Aditional Savings!
Handbags
Shoulder Bags
Tote Bags

## BRANDS

--Select--

## PRICE RANGE

$0 - 100
$100 - 200
$200 - 300
$300 - 400
$400 - 500
$500 - 600
$600 - 700
$700 - 800
$800 - 900
$900 - 1000
$1000 - 1500
$1500 - 2000
$2000 - 5000
$5000 - 10000
$10000 - 50000

## MORE INFORMATION

Policy
Our Affiliates
Frequently Asked Questions

**Christian Dior**
**Cool, Casual, Exclusive:**

The newest Dior bag to buy is
the latest version of the must-
have saddle bag. The Gaucho
bag comes in a denim and
leather mix, dark red, black, or
white leather.

**Your Search Results For Search Criteria: chanel**

**Products**

**11 ITEMS  [ 1 ] [ 2 ]**    Items: --    Sort: --

### Chanel



Chanel Cambon Bowling Bag, Four
Colors
Your Price $399.00
view



Chanel Cambon Tote, Three Colors
MSRP $969.00
Your Price $399.00
view



Chanel Classic Handbag, Four Colors
Your Price $399.00
view




Chanel Handbag, Leather
MSRP $1,500.00
Your Price $399.00
1
buy

### SHOPPING

Your Cart Is

### JOIN NEWS

Enter Email He

**Top Sel**
1.) Coach Sig
Patchwork To
Colors
2.) Dior Diori
Multi-Pocket
Colors
3.) Coach Pa
Tote
4.) Louis Vui
Speedy 30
5.) Jimmy Ch
Ring Bucket
Colors
6.) Coach Fla
Patchwork Sa
7.) Chanel H
Two Colors
8.) Chanel Ca
Tote, Three (
9.) Marc Jaco
Stam Bag, Fo
10.) Fendi Le
Spybag, Nav

**21**



**SALE $675.00**



Chanel Handbag, Two Colors
Your Price $359.00

view



Chanel Leather Tote, Black
Your Price $399.00

view



Chanel Leather Tote, White
Your Price $499.00

1

buy



Chanel Logo Shoulder Bag, Leather
Your Price $499.00

1

buy



Chanel Multipocket Cambon Reporter
Bag, 7 Colors
Your Price $499.00

view



Chanel Quilted Handbag, Two Colors
MSRP $1,700.00
Your Price $399.00

1

buy

**11 ITEMS   [ 1 ] [ 2 ]     Items:** [ - ▼ ]  **Sort:** [ - ▼ ]

**Trouble finding what you are looking for? Try our
Advanced Search.**

home  |  company info  |  contact us  |  customer login  |  view cart

**22**

# Handbag Emporium Inc.

| Home | Additional Savings | Contact Us | Customer Login | Company Info |

## SEARCH

chanel   **GO**

Advanced Search

## PRODUCTS

Aditional Savings!
Handbags
Shoulder Bags
Tote Bags

## BRANDS

--Select--

## PRICE RANGE

$0 - 100
$100 - 200
$200 - 300
$300 - 400
$400 - 500
$500 - 600
$600 - 700
$700 - 800
$800 - 900
$900 - 1000
$1000 - 1500
$1500 - 2000
$2000 - 5000
$5000 - 10000
$10000 - 50000

## MORE INFORMATION

Policy
Our Affiliates
Frequently Asked Questions

### Christian Dior
### Cool, Casual, Exclusive:

**The newest Dior bag to buy is the latest version of the must-have saddle bag. The Gaucho bag comes in a denim and leather mix, dark red, black, or white leather.**

**Your Search Results For Search Criteria: chanel**

**Products**

**11 ITEMS  << [ 2 ]   Items:** [-▼]  **Sort:** [--▼]

**Chanel**



Chanel Shoulder Bag, Two Colors

Your Price $499.00

view

**11 ITEMS  << [ 2 ]   Items:** [-▼]  **Sort:** [--▼]

**Trouble finding what you are looking for? Try our Advanced Search.**

## SHOPPING CAR

Your Cart Is Em

## JOIN NEWSLET

Enter Email Here!

**Top Sellers**
1.) Coach Signatu
Patchwork Tote, T
Colors
2.) Dior Diorissim
Multi-Pocket Hobo
Colors
3.) Coach Patchw
Tote
4.) Louis Vuitton
Speedy 30
5.) Jimmy Choo D
Ring Bucket Bag,
Colors
6.) Coach Flap
Patchwork Satche
7.) Chanel Handb
Two Colors
8.) Chanel Cambo
Tote, Three Color
9.) Marc Jacobs C
Stam Bag, Four C
10.) Fendi Leathe
Spybag, Navy Blu

**23**

Case 3:07-cv-03592-SC    Document 25-3    Filed 04/17/2008    Page 25 of 30



**SALE $675.00**

home   |   company info   |   contact us   |   customer login   |   view cart

**24**

Exhibit "I"

HandbagOutpost.com—April 18, 2007



# HANDBAG OUTPOST INC.



### American Express Promo

## Buy With Your American Express Card And Save 10%

| Home | Handbags | Shoulder Bags | Totes | Summer 2007 | Jewelry |

**MORE INFORMATION**

Policies & Disclosures
Our Affiliates

**SEARCH**

[          ] GO
Advanced Search

**PRODUCTS**

Briefcases
Closeout
Handbags
Jewelry
Luggage
Pouches
Shoulder Bags
Tote Bags
Wallets
Spring/Summer 2007

**BRANDS**

--Select--

**PRICE RANGE**

$0 - 100
$100 - 200
$200 - 300
$300 - 400
$400 - 500
$500 - 600
$600 - 700
$700 - 800
$800 - 900
$900 - 1000
$1000 - 1500
$1500 - 2000
$2000 - 5000
$5000 - 10000
$10000 - 50000

## Products

**Displaying products 1 - 8 of 16 results**    Items: [ - ]    Sort: [ - ]

**Page 1 of 2**

1   **2**   ▷   ▷|

## Chanel



**Chanel Black Leather Small Tote**
Your Price $1,599.00
[ 1 ]
buy
Add to Wish List



**Chanel Cambon Ligne Bowler Bag, 2 Colors**
Your Price $799.00
view

**Chanel Cambon Ligne Large Tote, 4 Colors**
Your Price $999.00
view





**Chanel Cambon Ligne Wallet, 8 Colors**
Your Price $199.00
view



**SHOPPI**

Your Ca

**JOIN NE**

Enter Ema

**Top**

1. Dio
   Emt
   Mec
   Bag
2. Tiff
3. Chl
   Pad
   Colo
4. Chl
   Sho
5. Mar
   Qui
   Twc
6. Dio
   Mec
   Bag
7. Chr
   Reb
   Sue
8. Chl
   Bov
   Colo
9. Coa
   Pat
10. Coa
    Stri
    Tot

**26**

**April's Featured Handbag**

Fendi Grained Leather Small Bucket Bag



**$699.00**



Chanel Classic 2.55 Quilted Bag

Your Price $1,399.00

1

buy

Add to Wish List



Chanel Classic Handbag, Three Colors

Your Price $599.00

view



Chanel Denim Tote Bag

MSRP $2,399.00

Your Price $1,399.00

1

buy

Add to Wish List



Chanel 'Expandable' Quilted Drawstring Tote

Your Price $1,399.00

1

buy

Add to Wish List

**Page 1 of 2**

1  2  ▷ ▷|



Copyright 2006 - 2007 Handbag Outpost Inc... ALL RIGHTS RESERVED.

home  |  company info  |  contact us  |  customer login  |  view cart

**27**



# H A N D B A G   O U T P O S T   I N C .



**MORE INFORMATION**

Policies & Disclosures
Our Affiliates

## Products

**Displaying products 9 - 16 of 16 results**    Items: [--] [▼]    Sort: [--] [▼]    Your C

**Page 2 of 2**

Ⓚ ◁ **1** 2

**SHOPP**

Your C

**JOIN N**

[Enter Er

**SEARCH**

[          ] GO

Advanced Search

### Chanel

**PRODUCTS**

Briefcases
Closeout
Handbags
Jewelry
Luggage
Pouches
Shoulder Bags
Tote Bags
Wallets
Spring/Summer 2007

**BRANDS**

[--Select--] [▼]

**PRICE RANGE**

$0 - 100
$100 - 200
$200 - 300
$300 - 400
$400 - 500
$500 - 600
$600 - 700
$700 - 800
$800 - 900
$900 - 1000
$1000 - 1500
$1500 - 2000
$2000 - 5000
$5000 - 10000
$10000 - 50000



Chanel Leather Coco's Cabas Tote, Brown
MSRP $2,299.00
Your Price $1,599.00
[1]
buy
Add to Wish List



Chanel 'Luxe' Large Tote Bag, Black
Your Price $1,599.00
[1]
buy
Add to Wish List



Chanel 'Modern Chain' Hobo, Black
Your Price $899.00
[1]
buy
Add to Wish List



Chanel Multi Pocket Reporter Bag, 8 Colors
MSRP $1,699.00
Your Price $899.00
view



To

1. D
   Er
   M
   Ba
2. Ti
3. Cl
   Pa
   Co
4. Cl
   Sh
5. M
   Q
   Tv
6. D
   M
   Ba
7. Cl
   Re
   Su
8. Cl
   Bc
   Co
9. Co
   Pa
10. Co
    St
    To

**28**

**April's Featured Handbag**

Fendi Grained Leather Small Bucket Bag



**$699.00**



Chanel Quilted Large Shopper, Black
Your Price $1,399.00

[ 1 ]
buy
Add to Wish List



Chanel Small Quilted Satchel
Your Price $799.00

[ 1 ]
buy
Add to Wish List



Chanel Vinyl Coco's Cabas Tote
MSRP $1,899.00
Your Price $1,399.00

[ 1 ]
buy
Add to Wish List



Chanel Woven Bowler Bag
Your Price $1,199.00

[ 1 ]
buy
Add to Wish List

**Page 2 of 2**

⬅ ◀ **1**  2



Copyright 2006 - 2007 Handbag Outpost Inc... ALL RIGHTS RESERVED.

home  |  company info  |  contact us  |  customer login  |  view cart

**29**