**EXHIBIT B**

Exhibit "J"

DesignerOutpost.net—July 11, 2006

**30**

Handbag store, designer handbags, purses, wallets



# Metro Handbags

Call 866-736-5509

## Save Up To 80% On Designer Handbags

Designer Handbags • Purses • Wallets

Most Handbags Come with Serial Numbers, Date Stamps and Dust Cover










### Our Designers Include

- Christian Dior™
- Marc Jacobs™
- Balenciaga™

- Chanel™
- Louis Vuitton™

- Prada™
- Chloe™




**31**





- Fendi™
- Gucci™

- Kooba™
- Coach™

- Juicy Couture™
- Jimmy Choo™

**Metro Handbags** is the perfect online handbag store to find unique and stunning designer handbags at great prices. Show off your high fashion sense and pay discount prices. With hundreds of styles to choose from. We offer a handbag for every occasion. All handbags come with the orriginal dust cover, most have serial numbers and date stamps. Contact us today for our available merchandise and remember our discount offer.



**Metro Handbags**

Phone: 866-736-5509
info@designeroutpost.com

Home | Products | Contact Us | Disclaimer

Metro Handbags Chanel



# Metro Handbags

866-736-5509

Website Home  Advanced Search  View Cart  Checkout  Store Home

Service  About Us

## Search Results

Found 21 product(s) for Chanel (1-10 of 21)



All Chanel handbags are made from genuine lambskin leather

Chanel

Items in your cart

Empty

Categories
Balenciaga
Chanel
Chloe
Christian Dior
Coach
Fendi
Gucci
Juicy Couture
Louis Vuitton





**33**

Metro Handbags Chanel



Chanel Cambon Cambon Line Multipocket, black/yellow
Chanel Cambon Line Multipocket
PRICE: $499.00
(more details →)
(Add to Cart →)



Chanel Cambon Line Tote Large, black/snakeskin
Chanel Cambon Line Tote Large
PRICE: $399.00
(more details →)
(Add to Cart →)



Chanel Cambon Line Tote Large, pink/black
Chanel Cambon Line Tote Large
PRICE: $399.00
(more details →)
(Add to Cart →)



Chanel Cambon Line Tote Large, white/black
Chanel Cambon Line Tote Large
PRICE: $399.00
(more details →)
(Add to Cart →)

Chanel Cambon Line Tote Large, black/white

Metro Handbags Chanel



Chanel Cambon Line Tote Large
PRICE: $399.00
[more details →]  [Add to Cart →]



Chanel Cambon Line bowling bag large, black/white
Chanel Cambon Line bowling bag
PRICE: $399.00
[more details →]  [Add to Cart →]



Chanel Cambon Line bowling bag large, pink/black
Chanel Cambon Line bowling bag large
PRICE: $399.00
[more details →]  [Add to Cart →]



Chanel Cambon Line bowling bag large, white/black
Chanel Cambon Line bowling bag large
PRICE: $399.00
[more details →]  [Add to Cart →]

Chanel Cambon Line bowling bag large, white/snakeskin

Metro Handbags Chanel

Chanel Cambon Line bowling bag
PRICE: $399.00
( more details → )
( Add to Cart → )



Chanel Classic Handbag, Pink
Chanel Classic Handbag
PRICE: $399.00
( more details → )
( Add to Cart → )



Result Pages: 1 2 3

*Are You Ready? Just 167 days 'til Christmas!*

Advanced Search  | View Cart  | Checkout  | About Us  | Service  | Home



ProStores

Commerce enabled by ProStores

Copyright © 2006 Metro Handbags. All Rights Reserved.

Footer.



Metro Handbags Chanel



# Metro Handbags

866-736-5509

Website Home  Advanced Search  View Cart  Checkout  Store Home

Service  About Us




Items in your cart

Empty

**Categories**
Balenciaga
Chanel
Chloe
Christian Dior
Coach
Fendi
Gucci
Juicy Couture
Louis Vuitton

## Search Results

Found 21 product(s) for Chanel (11-20 of 21)



All Chanel handbags are made from genuine lambskin leather

Chanel





Metro Handbags Chanel



Chanel Classic Handbag, Tan
Chanel Classic Handbag
PRICE: $399.00
[more details →]
[Add to Cart →]



Chanel Classic Handbag, white
Chanel Classic Handbag
PRICE: $399.00
[more details →]
[Add to Cart →]



Chanel Classic handbag, black
Chanel Classic handbag
PRICE: $399.00
[more details →]
[Add to Cart →]



Chanel Multipocket Reporter Bag, black/black
Chanel Multipocket Reporter Bag
PRICE: $499.00
[more details →]

7/11/2006

Metro Handbags Chanel





**Chanel Multipocket Reporter Bag, black/white**
Chanel Multipocket Reporter Bag
PRICE: $499.00
[ more details → ]
[ Add to Cart → ]





**Chanel Multipocket Reporter Bag, pink/black**
Chanel Cambon Line Multipocket Reporter Bag
PRICE: $499.00
[ more details → ]
[ Add to Cart → ]



**Chanel Multipocket Reporter Bag, white/black**
Chanel Multipocket Reporter Bag
PRICE: $499.00
[ more details → ]
[ Add to Cart → ]





Chanel Multipocket Reporter Bag, white/snakeskin
Chanel Multipocket Reporter Bag
PRICE: $499.00

[more details →]
[Add to Cart →]



Chanel Multipocket Reporter Bag, white/snakeskin
Chanel Multipocket Reporter Bag
PRICE: $499.00

[more details →]
[Add to Cart →]



Chanel Multipocket Reporter Bag, yellow/black
Chanel Cambon Line Multipocket
PRICE: $499.00

[more details →]
[Add to Cart →]

Metro Handbags Chanel

Result Pages: 1 2 3

*Are You Ready? Just 167 days 'til Christmas!*

Advanced Search | View Cart | Checkout | About Us | Service | Home

**ProStores**

Commerce enabled by ProStores
*Copyright © 2006 Metro Handbags. All Rights Reserved.*

Footer.

**41**

Page 1 of 2

Metro Handbags Chanel



866-736-5509

# Metro Handbags

Website Home   Advanced Search   View Cart   Checkout   Store Home

Service   About Us

## Search Results

Found **21** product(s) for Chanel (21-21 of 21)



All Chanel handbags are made from genuine lambskin leather

Chanel

Items in your cart

Empty

Categories
Balenciaga
Chanel
Chloe
Christian Dior
Coach
Fendi
Gucci
Juicy Couture
Louis Vuitton





**42**

Metro Handbags Chanel

Chanel Multipocket Reporter Bag, yellow/yellow
Chanel Multipocket Reporter Bag
PRICE: $499.00
more details →
Add to Cart →

Result Pages: 1 2 3

*Are You Ready? Just 167 days 'til Christmas!*

Advanced Search | View Cart | Checkout | About Us | Service | Home

ProStores

Commerce enabled by ProStores
*Copyright © 2006 Metro Handbags. All Rights Reserved.*

Footer.

Exhibit "K"

HandbagsLuxery.com—January 9, 2007

**44**

Luxury Handbags, Designer Handbags Year End Closeout Sale



## Luxury Handbags

HOME    STORE    ABOUT US    CONTACT US

**Items:** [ ▾ ]    **Sort:** [ ▾ ]    🛒 shopping cart

**Your Cart Is Empty**

**12 ITEMS** [ 1 ] [ 2 ]

manufacturer
[ –Select– ▾ ]

### Chanel

category
Handbags
Shoulder Bags
Tote Bags

search by price
$100 - 200
$200 - 300
$300 - 400
$400 - 500
$500 - 600
$600 - 700
$700 - 800

Chanel Classic Handbag Medium, 4 Colors
Your Price $599.00
view

Chanel Fur Shoulder Bag, Three Colors
Your Price $799.00
view

mailing list
[Enter Email Here!]  [GO]

LIVE HELP OFFLINE

**45**

1/9/2007

Luxury Handbags, Designer Handbags Year End Closeout Sale

$800 - 900
$900 - 1000
$1000 - 1500
$1500 - 2000
$2000 - 5000
$5000 - 10000
$10000 - 20000

more information

Policy



Chanel 'Luxe' Bowler, Four Colors

Your Price $699.00

view



Chanel Multi Pocket Reporter Bag, 9 Colors

List Price $1,299.00
Your Price $899.00

view



Chanel Quilted Flap Handbag, Four Colors

Your Price $659.00

view

Chanel Handbag, Two Colors

Your Price $699.00

view

Chanel Medium Cambon Tote, Six Colors

Your Price $699.00

view




Chanel Quilted Flap Handbag, Four Colors

Your Price $699.00

view

http://handbagsluxury.com/index.asp?PageAction=MFGSEARCH&ManfID=55&Page=1

**46**

Luxury Handbags, Designer Handbags Year End Closeout Sale

Page 3 of 3



Chanel Quilted Handbag, Four Colors

Your Price $699.00

view





Chanel Quilted Handbag, Three Colors

Your Price $599.00

view

**12 ITEMS  [ 1 ] [ 2 ]**

Items: [  ]  Sort: [  ]

Luxury Handbags, Designer Handbags Year End Closeout Sale

## Luxury Handbags

HOME | STORE | ABOUT US | CONTACT US

**manufacturer**
-Select-

**category**
Handbags
Shoulder Bags
Tote Bags

**search by price**
$100 - 200
$200 - 300
$300 - 400
$400 - 500
$500 - 600
$600 - 700
$700 - 800

**12 ITEMS << [ 2 ]**

Items: [ ] Sort: [ ]

**Chanel**

shopping cart

**Your Cart Is Empty**

mailing list
[Enter Email Here!] GO

LIVE HELP OFFLINE



Chanel Quilted Shopper, Five Colors
Your Price $599.00
view

Chanel Quilted Tote, Four Colors
Your Price $599.00
view

Luxury Handbags, Designer Handbags Year End Closeout Sale

1/9/2007



Luxury Handbags

HOME    STORE    ABOUT US    CONTACT US

# Welcome to Luxury Handbags Inc

Enjoy our large inventory of designer handbags

and save hundreds

## Free Shipping

Chanel Fur Shoulder Bag, Three Colors

Bottega Veneta Roma Woven Leather Bag

**shopping cart**

**Your Cart Is Empty**

**mailing list**

Enter Email Here!  GO

LIVE HELP OFFLINE

**manufacturer**

-Select-

**category**

Handbags
Shoulder Bags
Tote Bags

**search by price**

$100 - 200
$200 - 300
$300 - 400
$400 - 500
$500 - 600
$600 - 700
$700 - 800

**49**

1/9/2007

# Luxury Handbags, Designer Handbags Year End Closeout Sale

$800 - 900
$900 - 1000
$1000 - 1500
$1500 - 2000
$2000 - 5000
$5000 - 10000
$10000 - 20000

**more information**

Policy

List Price $2,650.00
Your Price $1,299.00

| 1 |

buy

add to wish list



Chanel Quilted Handbag, Four Colors
Your Price $699.00
view



Fendi Leather Spy Bag, Navy Blue
List Price $2,799.00
Your Price $899.00

| 1 |

buy

add to wish list



Your Price $799.00
view

Chloe Large Edith leather bag, 16 COLORS!
List Price $1,729.00
Your Price $899.00
view



Louis Vuitton Pont-Neuf, Three Colors
List Price $1,270.00
Your Price $599.00
view