# EXHIBIT C

1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   MICHAEL D. LISI ( SBN 196974) mlisi@kksrr.com
2  ANJALI KURANI (SBN 227075) akurani@kksrr.com
3  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, Suite 400
4  San Francisco, CA  94104-3839
   Telephone:    (415) 249-8330
5  Facsimile:    (415) 249-8333

6  Attorneys for Plaintiff, CHANEL, INC.

7

8
                    THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   CHANEL, INC., a New York corporation,        )  Case No. C-07-3592-EMC
12                                               )
              Plaintiff,                         )
13                                               )  **SECOND DECLARATION OF**
          v.                                     )  **ANDRIENNE HAHN SISBARRO IN**
14                                               )  **SUPPORT OF PLAINTIFF'S**
   CASONDRA TSHIMANGA a/k/a CASONDRA             )  **SUPPLEMENTAL BRIEF IN**
15 SMITH a/k/a CASONDRA SATCHER a/k/a C.         )  **SUPPORT OF  MOTION FOR**
   MAYFIELD a/k/a ANNE LLOYD d/b/a               )  **FINAL DEFAULT JUDGMENT**
16 HANDBAGOUTPOST.COM d/b/a                      )
17 DESIGNEROUTPOST.NET d/b/a                     )
   HANDBAGSLUXERY.COM d/b/a BAY                  )
18 ELECTRONICS and Does 1-10,                    )
                                                 )
19                                               )
              Defendants.                        )
20                                               )

21

22        I, Andrienne Hahn Sisbarro, declare and state as follows:

23        1.    I am employed by Chanel, Inc. ("Chanel") as Director, Legal Administration.  I have

24 been so employed since 1988.  Chanel is a corporation duly organized under the laws of the State of

25 New York with its principal place of business in the United States located at Nine West 57th Street,

26 New York, New York, 10019.

27        2.    I am over 18 years of age and have personal knowledge of the facts set forth herein

28
                                        1

   _____
              SECOND DECLARATION OF ANDRIENNE HAHN SISBARRO
                       Case No.:  C-07-3592-EMC

1    and, if called upon to do so, I could and could competently testify to the following facts in support

2    of Plaintiff's Supplemental Brief in Support of its Motion for Entgry of Default Judgment against

3    Defendant Casondra Tshimanga a/k/a Casondra Smith a/k/a Casondra Satcher a/k/a C. Mayfield

4    a/k/a Anne Lloyd d/b/a HangbagOutpost.com d/b/a DesignerOutpost.net d/b/a Handbagluxery.com

5    d/b/a Bay Electronics ("Tshimanga" or "Defendant").

6        3.       In my capacity as Chanel's Director, Legal Administration, I am responsible, in part,

7    for Chanel's trademark and anti-counterfeiting efforts in the United States.  As a result, I am fully

8    familiar with most aspects of the manufacture, sale, marketing, and distribution of genuine Chanel

9    products.

10       4.       Since the 1920's Chanel has been engaged in the promotion, distribution, and sale in

11   interstate commerce of high quality products under the Chanel trademarks.

12       5.       Chanel's practice is to introduce new collections of goods six times a year, which

13   equates to approximately every eight weeks.

14       I declare under penalty of perjury under the laws of the United States of America that the

15   foregoing is true and correct.

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

2

_____

SECOND DECLARATION OF ANDRIENNE HAHN SISBARRO
Case No.:  C-07-3592-EMC

FURTHER DECLARANT SAYETH NAUGHT.

Dated this __16ᵗʰ__ day of April, 2008.

ADRIENNE HAHN SISBARRO

**Second Declaration of Adrienne Hahn Sisbarro**