# EXHIBIT "5'



# Designeroutpost.net on 2007-10-24 - Domain History

« Previous                                                          Next »

**Domain:** designeroutpost.net - Domain History
**Cache Date:** 2007-10-24
**Registrar:** NETWORK SOLUTIONS, LLC.
**Registrant Search:** Click on an email address we found in this whois record to see which other domains the registrant is associated with: ebook555@comcast.net

```
Registrant:
Handbag Outpost
    39270 Paseo Padre Parkway
    Suite 325
    Fremont, CA 94536
    US

    Domain Name: DESIGNEROUTPOST.NET

    Administrative Contact, Technical Contact:
        Handbag Outpost           ebook555@comcast.net
        39270 Paseo Padre Parkway
        Suite 325
        Fremont, CA 94536
        US
        1-800-431-1365

    Record expires on 01-Jun-2016.
    Record created on 01-Jun-2006.
    Database last updated on 24-Oct-2007 15:53:54 EDT.

    Domain servers in listed order:

    NS45.WORLDNIC.COM              205.178.190.23
    NS46.WORLDNIC.COM              205.178.189.23
```

# EXHIBIT "6'

| | |
|---|---|
| **Domain:** | **handbagsluxery.com** - Domain History |
| **Cache Date:** | 2007-01-09 |
| **Registrar:** | **NETWORK SOLUTIONS, LLC.** |
| **Registrant Search:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: mb2sb2n9738@networksolutionsprivateregistration.com |

```
Registrant:
Watson, Kelly
    ATTN: HANDBAGSLUXERY.COM
    c/o Network Solutions
    P.O. Box 447
    Herndon, VA.  20172-0447

    Domain Name: HANDBAGSLUXERY.COM

    Administrative Contact, Technical Contact:
        Watson, Kelly                    mb2sb2n9738@networksolutionsprivateregistration.com
        ATTN: HANDBAGSLUXERY.COM
        c/o Network Solutions
        P.O. Box 447
        Herndon, VA 20172-0447
        570-708-8780

    Record expires on 10-Dec-2007.
    Record created on 10-Dec-2006.
    Database last updated on 9-Jan-2007 12:17:30 EST.

    Domain servers in listed order:

    NS97.WORLDNIC.COM                205.178.190.49
    NS98.WORLDNIC.COM                205.178.189.49
```

# EXHIBIT "7'

**Domain:** handbagsluxery.com - Domain History
**Cache Date:** 2008-01-05
**Registrar:** NETWORK SOLUTIONS, LLC.
**Registrant Search:** Click on an email address we found in this whois record to see which other domains the registrant is associated with: c26mu8vc4fc@networksolutionsprivateregistration.com

```
Registrant:
Handbag Outpost
    ATTN: HANDBAGSLUXERY.COM
    c/o Network Solutions
    P.O. Box 447
    Herndon, VA.   20172-0447

Domain Name: HANDBAGSLUXERY.COM

Administrative Contact, Technical Contact:
    Handbag Outpost                    c26mu8vc4fc@networksolutionsprivateregistration.com
    ATTN: HANDBAGSLUXERY.COM
    c/o Network Solutions
    P.O. Box 447
    Herndon, VA 20172-0447
    570-708-8780

Record expires on 10-Dec-2008.
Record created on 10-Dec-2006.
Database last updated on 5-Jan-2008 19:22:04 EST.

Domain servers in listed order:

NS97.WORLDNIC.COM              205.178.190.49
NS98.WORLDNIC.COM              205.178.189.49
```