KENNETH E. KELLER (SBN 71450) kkeller@kkdrr.com
MICHAEL D. LISI (SBN 196974) mlidi@kksrr.com
ANJALI KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff, CHANEL, INC.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CASONDRA TSHIMANGA a/k/a CASONDRA SMITH a/k/a CASONDRA SATCHER a/k/a C. MAYFIELD a/k/a ANNE LLOYD d/b/a HANDBAGOUTPOST.COM d/b/a DESIGNEROUTPOST.NET d/b/a HANDBAGSLUXURY.COM d/b/a BAY ELECTRONICS and Does 1-10,<br><br>    Defendants. | Case No. C-07-3592-EMC<br><br>**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO PROVIDE SUBSTANTIVE RESPONSE TO COURT'S SECOND ORDER FOR SUPPLMENTAL BRIEF DATED APRIL 28, 2008** |

Pursuant to Civil Local Rule 6-2, Plaintiff Chanel, Inc. ("Chanel"), by and through its undersigned counsel, hereby moves this Court for an Order granting it an enlargement of time within which to provide a substantive response to the Court's Second Order for Supplemental Brief, dated April 28, 2008, and as grounds therefore states as follows:

    1.    On April 3, 2008, the Court issued an Order requiring Chanel to submit supplemental information regarding Casondra Tshimanga, the websites, HandbagOutpost.com,

DesignerOutpost.net and HandbagsLuxery.com, and Kelly Watson in support of its Motion for Final Default Judgment in this matter. On April 17, 2008, Chanel filed its Supplemental Brief.

2. On April 28, 2008, this Court entered its Second Order for Supplemental Brief requesting additional information regarding the ownership of the websites HandbagsOutpost.com, DesignerOutpost.net and HandbagsLuxery.com, and requiring Chanel to provide such supplemental information on or before May 12, 2008.

3. As outlined in Chanel's Motion for Administrative Relief Pursuant to Local Rule 7-11(a) for Leave to Take Discovery Prior to Rule 26(f) Conference, being filed simultaneously herewith, in order to provide the Court with the additional information requested in its Order, dated April 28, 2008, it will be necessary for Chanel to subpoena records from Network Solutions, LLC regarding ownership and registration of the websites HandbagOutpost.com, DesignerOutpost.net and HandbagsLuxery.com. The ownership and registration information is currently concealed through Network Soulutions' Private Domain registration service.

4. Should the Court grant Plaintiff's Motion to conduct early discovery, in order to serve Network Solutions with a subpoena duces tecum and allow Network Solutions sufficient time to compile the requested documents, Chanel requests an enlargement of time of ten days from the date of production by Network Solutions of the requested records within which to file its Second Supplemental Brief in response to the Court's Order, dated April 28, 2008.

5. Because the defendant has not appeared in this action, Chanel has not been able to obtain a stipulation as to this motion.

WHEREFORE, Plaintiff respectfully requests the Court grant Plaintiff's Motion for Enlargement of Time to Provide a Substantive Response to the Court's Second Order Requesting Supplemental Brief, dated April 28, 2008, and allow Chanel ten days from the date of Network Solutions' production of the documents requested in Chanel's Subpoena within which to file its Second Supplemental Brief. Granting the requested relief will allow the Plaintiff to fully satisfy the Court's request for additional information and evidence regarding the ownership of the three websites at issue in this matter.

///

| | | |
|---|---|---|
| 1 | Dated:  May 12, 2008 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP |

By: _____/s/_____
Kenneth Keller
Attorneys for Plaintiff CHANEL, INC.