1  KENNETH E. KELLER (SBN 71450) kkeller@kkdrr.com
2  MICHAEL D. LISI (SBN 196974) mlidi@kksrr.com
   ANJALI KURANI (SBN 227075) akurani@kksrr.com
3  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, Suite 400
4  San Francisco, California 94104-3839
   Telephone:     (415) 249-8330
5  Facsimile:     (415) 249-8333

6  Attorneys for Plaintiff, CHANEL, INC.

7

8              THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | CHANEL, INC., a New York corporation, ) Case No. C-07-**3592**-EMC
                                          )
12 |         Plaintiff,                   )
                                          )
13 |    v.                                ) **ORDER GRANTING PLAINTIFF'S**
                                          ) **MOTION FOR ENLARGEMENT OF**
14 | CASONDRA TSHIMANGA a/k/a CASONDRA    ) **TIME TO RESPOND TO COURT'S**
     SMITH a/k/a CASONDRA SATCHER a/k/a C.) **SECOND ORDER FOR**
15 | MAYFIELD a/k/a ANNE LLOYD d/b/a      ) **SUPPLMENTAL BRIEF DATED**
     HANDBAGOUTPOST.COM d/b/a             ) **APRIL 28, 2008**
16 | DESIGNEROUTPOST.NET d/b/a            )
     HANDBAGSLUXURY.COM d/b/a BAY         )
17 | ELECTRONICS and Does 1-10,           )
                                          )
18 |                                      )
                                          )
19 |         Defendants.                  )
                                          )
20

21      THIS CAUSE having come before the Court upon Plaintiff's Motion for Enlargement of

22 Time to Respond to Court's Second Order for Supplemental Brief, dated April, 28, 2008, and the

23 Court having reviewed the Motion and being otherwise duly advised in the premises, does HEREBY

24 ORDER AND ADJUDGE as follows:

25      1.   The Plaintiff's Motion for Enlargement of Time To Provide A Substantive Response

26 to Court's Second Order for Supplemental Brief, dated April 28, 2008, is hereby granted.

27      2.   The Plaintiff shall have through and including ten (10) days from the date Network

28

Solutions, LLC produces documents in response to the Subpoena Duces Tecum authorized by this Court in connection with Plaintiff's Motion For Leave to Take Discovery Prior to Rule 26(f) Conference, within which to file Plaintiff's substantive Response to this Court's Second Order for Supplemental Brief, dated April 28, 2008.

IT IS SO ORDERED.

Dated: May _____., 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

87016