1  KENNETH E. KELLER (SBN 71450) kkeller@kkdrr.com
2  MICHAEL D. LISI (SBN 196974) mlidi@kksrr.com
   ANJALI KURANI (SBN 227075) akurani@kksrr.com
3  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, Suite 400
4  San Francisco, California 94104-3839
   Telephone:    (415) 249-8330
5  Facsimile:    (415) 249-8333

6  Attorneys for Plaintiff, CHANEL, INC.

7

8                    THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CHANEL, INC., a New York corporation,          )    Case No. C-07-**3592**-EMC
                                                   )
12                          Plaintiff,             )
                                                   )
13         v.                                      )    **ORDER GRANTING PLAINTIFF'S**
                                                   )    **MOTION FOR ADMINISTRATIVE**
14  CASONDRA TSHIMANGA a/k/a CASONDRA              )    **RELIEF PURSUANT TO LOCAL**
    SMITH a/k/a CASONDRA SATCHER a/k/a C.          )    **RULE 7-11(a) FOR LEAVE TO TAKE**
15  MAYFIELD a/k/a ANNE LLOYD d/b/a                )    **DISCOVERY PRIOR TO RULE 26(f)**
    HANDBAGOUTPOST.COM d/b/a                       )    **CONFERENCE**
16  DESIGNEROUTPOST.NET d/b/a                      )
    HANDBAGSLUXURY.COM d/b/a BAY                   )
17  ELECTRONICS and Does 1-10,                     )
                                                   )
18                                                 )
                                                   )
19                          Defendants.            )
                                                   )
20

21         The Court has considered Plaintiff Chanel, Inc.'s ("Chanel") Motion for Administrative

22  Relief Pursuant to Local Rule 7-11(a) for Leave to Take Discovery Prior to Rule 26(f) Conference.

23  For good cause shown, the Court hereby orders as follows:

24         Chanel's Administrative Relief is GRANTED.  Chanel may serve a subpoena in the form

25  attached to its Motion.

26         IT IS SO ORDERED.

27  Dated:  May _____, 2008                       _____

28                                                 EDWARD M. CHEN
                                                   United States Magistrate Judge