# EXHIBIT A

# United States District Court

**EASTERN DISTRICT OF VIRGINIA**
**SUBPOENA DUCES TECUM IN A CIVIL CASE**

CHANEL, INC.

       Plaintiff,                          Case No.  C-07-3592-EMC
vs.                                        N. Dist. of California

CASONDRA TSHIMANGA, et al.

       Defendants.

**TO:** Network Solutions, LLC
13681 Sunrise Valley Drive
Herndon, Virginia 20171

**[ ] YOU ARE COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| Place of testimony | Courtroom: |
|---|---|
|  | Date and Time: |

**[X] YOU ARE COMMANDED** to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| Place of deposition: M.A.R. Reporting Group<br>200 Little Falls Street, #410<br>Falls Church, Virginia 22046     T: 703-534-1225 | Date and Time: |
|---|---|

**[X] YOU ARE COMMANDED** to produce and permit for inspection and copying of the documents or objects outlined on the attached Schedule AA@ at the place, date and time specified below:

| Place: M.A.R. Reporting Group<br>200 Little Falls Street, #410<br>Falls Church, Virginia 22046     T: 703-534-1225 | Date and Time: |
|---|---|

Any organization not to a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officer, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6)

| Issuing Officer  Signature and Title (Indicate if Attorney for Plaintiff or Defendant)<br><br>ATTORNEY FOR PLAINTIFF | Date: |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER:
Kenneth Keller, Esq.                     Telephone:  (415) 249-8330
Krieg, Keller, Sloan, et al.
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839

**SCHEDULE A**

1. Any and all documents, for the period January 1, 2001 relating to the following individuals and/or entities under any or all of the following names:

    A. Casondra Tshimanga
    B. Casondra Smith
    C. Kelly Watson
    D. Casondra Satcher
    E. C. Mayfield
    F. Anne Lloyd
    G. Handbagoutpost.com
    H. DesignerOutpost.net
    I. HandbagsLuxery.com
    J. Bay Electronics

2. Any and all documents, for the period January 1, 2001 to present, related to the registration, establishment, renewal, creation, maintenance, and/or hosting, of any and/or all of the domain names identified in Request No. 1 above, including associated Email addresses.

3. Any and all documents concerning payments received, including, but not limited to, copies of checks, credit card information, electronic funds transfers and/or invoices issued to or received from the individuals and/or entities identified in Request No. 1 above, and/or any other unnamed individuals or business entities involved with the establishment, registration, renewal, or maintenance of the domain names identified in Request No. 1 above.

4. Any and all documents concerning any and all complaints received from any third parties in connection with any and/or all of the domain names identified in Request No. 1 above and/or any domain names operated by any and/or all of the individual(s) identified in Requests No. 1 above.

5. Any and all documents, including, but not limited to, correspondence, Emails, faxes, notes and/or agreements in connection with the domain names and individuals identified in Request No. 1 above.