1  KENNETH E. KELLER (SBN 71450) kkeller@kkdrr.com
   MICHAEL D. LISI (SBN 196974) mlidi@kksrr.com
2  ANJALI KURANI (SBN 227075) akurani@kksrr.com
3  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, Suite 400
4  San Francisco, California 94104-3839
   Telephone:   (415) 249-8330
5  Facsimile:   (415) 249-8333

6  Attorneys for Plaintiff, CHANEL, INC.

7

8                   THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | CHANEL, INC., a New York corporation,    )   Case No. C-07-**3592**-EMC
                                              )
12 |         Plaintiff,                       )
                                              )
13 |    v.                                    )   **ORDER GRANTING PLAINTIFF'S**
                                              )   **MOTION FOR ADMINISTRATIVE**
14 | CASONDRA TSHIMANGA a/k/a CASONDRA        )   **RELIEF PURSUANT TO LOCAL**
     SMITH a/k/a CASONDRA SATCHER a/k/a C.    )   **RULE 7-11(a) FOR LEAVE TO TAKE**
15 | MAYFIELD a/k/a ANNE LLOYD d/b/a          )   **DISCOVERY PRIOR TO RULE 26(f)**
                                              )   **CONFERENCE**
16 | HANDBAGOUTPOST.COM d/b/a                 )
     DESIGNEROUTPOST.NET d/b/a                )
17 | HANDBAGSLUXURY.COM d/b/a BAY             )
     ELECTRONICS and Does 1-10,               )
18                                            )
                                              )
19 |         Defendants.                      )
                                              )
20

21     The Court has considered Plaintiff Chanel, Inc.'s ("Chanel") Motion for Administrative

22 Relief Pursuant to Local Rule 7-11(a) for Leave to Take Discovery Prior to Rule 26(f) Conference.

23 For good cause shown, the Court hereby orders as follows:

24     Chanel's Administrative Relief is GRANTED. Chanel may serve a subpoena in the form

25 attached to its Motion [PROVIDED THAT CATEGORY NO. 4 (COMPLAINTS) IS NOT INCLUDED].

26     IT IS SO ORDERED.

27 Dated: May 19, 2008                            _____
                                                  EDWARD M. CHEN
28                                                United States Magistrate Judge

---

ORDER GRANTING ADMINISTRATIVE RELIEF
Case No. C-07-3592-EMC                                                                    1