

May 21, 2008

VIA E-FILING

Hon. Magistrate Judge Edward M. Chen
United States District Court
　Northern District of California
450 Golden Gate Ave.
Courtroom C, 15th Floor
San Francisco, CA 94102

　　　　Re:　Chanel, Inc. v. Tshimanga, et al.
　　　　　　Case No: C-07-3592

Dear Magistrate Judge Chen:

　　This matter is scheduled for Case Management Conference on Wednesday, May 28, 2008 at 1:30 p.m. The Court yesterday granted Chanel's request for supplemental discovery and additional time to respond to the Court's request for additional briefing. Because that discovery has not been completed, and, because of the issues that may be resolved through the supplemental briefing, plaintiff request a postponement of the Case Management Conference until after the additional discovery and supplemental briefing has taken place. It is our understanding that the Court is available on July 11, 2008 at 1:30 p.m. for a Case Management Conference. Plaintiff respectfully requests that the Court move the Case Management Conference currently scheduled for May 28, 2008 to July 11, 2008 at 1:30 p.m.

　　Thank you for your consideration of this request.

　　　　　　　　　　Very truly yours,

　　　　　　　　　　[signature]

　　　　　　　　　　Michael D. Lisi
　　　　　　　　　　Attorney for Plaintiff, Chanel, Inc.

IT IS SO ORDERED that the Case Management Conference is reset from 5/28/08 to 7/16/08 at 1:30 p.m. A Joint Case Management Conference Statement shall be filed by 7/9/08.

Eedward M. Chen
U S Magistrate Judge

IT IS SO ORDERED AS MODIFIED
[signature: Edward M. Chen]

114 Sansome Street　　　　　　　　　　4-3828 • 415.249.8330 • F 415.249.8333 • www.kksrr.com