**Login History - Microsoft Internet Explorer provided by Network Solutions**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2007-10-30 13:14:52 | true | 40619186 | Storefront | 71.198.230.30 | Manual Login | Primary |
| 2007-10-30 13:09:13 | true | 40619186 | Storefront | 122.166.50.4 | Control Panel Login | Primary |
| 2007-10-30 13:04:42 | true | 40619186 | Storefront | 122.166.50.4 | Control Panel Login | Primary |
| 2007-10-30 13:00:55 | true | 40085940 | Storefront | 122.166.50.4 | CSR Login | Primary |
| 2007-10-30 12:05:41 | true | 40619186 | Storefront | 71.198.230.20 | Manual Login | Primary | WIN-HD.29158472722 |
| 2007-10-30 12:02:03 | true | 40619186 | Storefront | 71.198.230.20 | Manual Login | Primary | WIN-HD.29158472722 |
| 2007-10-30 11:28:51 | true | 40619186 | Storefront | 71.198.230.20 | Control Panel Login | Primary | WIN-HD.29158472722 |
| 2007-10-30 11:26:24 | true | 40619186 | Storefront | 71.198.230.20 | Manual Login | Primary | WIN-HD.29158472722 |
| 2007-10-30 00:15:00 | true | 40619186 | Storefront | 71.198.230.20 | Control Panel Login | Primary |
| 2007-10-30 00:13:35 | true | 40619186 | Storefront | 71.198.230.20 | Manual Login | Primary |
| 2007-10-29 23:24:07 | true | 40619186 | Storefront | 71.198.230.20 | Control Panel Login | Primary |
| 2007-10-29 23:03:02 | true | 40619186 | Storefront | 71.198.230.20 | Control Panel Login | Primary | WIN-HD.29158472722 |
| 2007-10-29 22:50:07 | true | 40619186 | Storefront | 71.198.230.20 | Control Panel Login | Primary | WIN-HD.29158472722 |
| 2007-10-29 19:51:05 | true | 40619186 | Storefront | 71.198.230.20 | Control Panel Login | Primary | WIN-HD.29158472722 |
| 2007-10-29 13:49:40 | true | 40619186 | Storefront | 71.198.230.20 | Control Panel Login | Primary | WIN-HD.29158472722 |
| 2007-10-29 13:15:23 | true | 40619186 | Storefront | 71.198.230.20 | Control Panel Login | Primary |
| 2007-10-29 13:14:54 | true | 40619184 | Storefront | 71.198.230.30 | Manual Login | Primary | WIN-HD.29158472722 |
| 2007-10-29 13:09:54 | true | 40619186 | Storefront | 71.198.230.30 | Manual Login | Primary | WIN-HD.29158472722 |
| 2007-10-29 13:09:33 | true | 40619186 | Storefront | 71.198.230.30 | Manual Login | Primary | WIN-HD.29158472722 |
| 2007-10-29 13:08:32 | true | 39440347 | Storefront | 122.166.50.4 | Control Panel Login | Primary |
| 2007-10-29 13:07:55 | true | 40619186 | Storefront | 71.198.230.30 | CSR Login | Primary |
| 2007-10-29 13:07:07 | true | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary |
| 2007-10-29 12:16:57 | true | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary |
| 2007-10-29 12:16:06 | true | 40554697 | Storefront | 122.166.50.4 | CSR Login | Primary |
| 2007-10-29 12:10:12 | true | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary |
| 2007-10-29 12:04:47 | true | 40619186 | Storefront | 71.198.230.30 | Manual Login | Primary | WIN-HD.29158472722 |
| 2007-10-29 11:43:16 | true | 40619186 | Storefront | 71.198.230.30 | Manual Login | Primary |
| 2007-10-25 15:14:44 | true | 40619186 | Storefront | 24.7.17.230 | Manual Login | Primary |
| 2007-10-19 16:57:49 | true | 40619186 | Storefront | 24.7.17.230 | Manual Login | Primary |
| 2007-10-10 20:17:28 | true | 40619186 | Storefront | 24.7.17.230 | CSR Login | Primary |
| 2007-10-10 20:22:42 | true | 40619186 | Storefront | 122.166.50.4 | Manual Login | Primary |
| 2007-10-10 10:22:15 | true | 40724043 | Storefront | 122.166.50.4 | Control Panel Login | Primary | WIN-HD.22397.4942 |
| 2007-10-07 19:01:31 | true | 40724043 | Storefront | 122.166.50.4 | CSR Login | Primary |
| 2007-10-07 18:59:19 | true | 40619186 | Storefront | 24.7.17.230 | Control Panel Login | Primary |
| 2007-10-07 18:59:19 | true | 39430046 | Storefront | 122.166.50.4 | CSR Login | Primary | WIN-HD.232709639 |
| 2007-10-01 13:14:01 | true | 40619186 | Storefront | 24.7.2.70 | Manual Login | Primary |
| 2007-09-28 11:00:42 | true | 40619186 | Storefront | 24.7.2.70 | Manual Login | Primary |
| 2007-09-26 11:19:26 | true | 40619186 | Storefront | 71.198.231.89 | Manual Login | Primary |
| 2007-09-19 11:37:39 | true | 42000609 | Storefront | 205.178.191.132 | CSR Login | Primary |
| 2007-09-13 10:24:02 | true | 40619186 | Storefront | 24.7.19.149 | Manual Login | Primary |
| 2007-09-13 09:58:15 | true | 40419184 | Storefront | 24.7.19.227 | Manual Login | Primary |
| 2007-09-13 00:01:13 | true | 40619185 | Storefront | 24.7.19.227 | Manual Login | Primary |
| 2007-09-12 10:41:44 | true | 40619186 | Storefront | 122.166.50.4 | Manual Login | Primary |
| 2007-09-07 11:58:36 | true | 40619186 | Storefront | 24.7.1.57 | Manual Login | Primary |

**Login History - Microsoft Internet Explorer provided by Network Solutions**

| Date/Time | | ID | Site | IP Address | Login Type | Primary | Host |
|---|---|---|---|---|---|---|---|
| 2007-09-07 11:40:04 | true | 41599271 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-09-07 11:33:49 | true | 41511314 | Storefront | 210.5.121.190 | CSR Login | Primary | |
| 2007-09-07 11:29:24 | true | 40619306 | Storefront | 24.7.1.57 | Manual Login | Primary | |
| 2007-09-03 11:40:32 | true | 40619306 | Storefront | 24.7.1.57 | Manual Login | Primary | |
| 2007-08-27 01:13:15 | true | 40619186 | Storefront | 24.7.17.196 | Manual Login | Primary | |
| 2007-08-24 19:03:25 | true | 40619186 | Storefront | 24.7.5.208 | Manual Login | Primary | WIN-HO-237032905 |
| 2007-08-22 23:51:15 | true | 40619106 | Storefront | 24.7.19.149 | Control Panel Login | Primary | |
| 2007-08-22 22:51:15 | true | 40619106 | Storefront | 24.7.19.149 | Control Panel Login | Primary | WIN-HO-237032905 |
| 2007-08-22 19:23:12 | true | 40619106 | Storefront | 24.7.19.149 | Control Panel Login | Primary | WIN-HO-237032905 |
| 2007-08-22 19:20:30 | true | 41024098 | Storefront | 12.41.116.4 | CSR Login | Primary | |
| 2007-08-22 19:23:12 | true | 41024088 | Storefront | 12.41.116.4 | CSR Login | Primary | |
| 2007-08-22 20:16:47 | true | 40619186 | Storefront | 24.7.5.208 | CSR Login | Primary | |
| 2007-08-17 22:51:40 | true | 40619186 | Storefront | 24.7.5.94 | Manual Login | Primary | |
| 2007-08-17 11:30:59 | true | 40774941 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2007-08-10 19:40:20 | true | 40619186 | Storefront | 67.188.91.13 | Manual Login | Primary | |
| 2007-08-10 18:31:46 | true | 39585260 | Storefront | 12.166.50.4 | Control Panel Login | Primary | |
| 2007-08-10 18:30:56 | true | 40619186 | Storefront | 12.166.50.4 | CSR Login | Primary | WIN-HO-223974942 |
| 2007-08-10 18:08:34 | true | 40554697 | Storefront | 12.166.50.4 | Control Panel Login | Primary | |
| 2007-08-10 18:07:04 | true | 40554697 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-08-10 12:32:14 | true | 40619186 | Storefront | 67.188.91.13 | Manual Login | Primary | |
| 2007-08-03 02:42:37 | true | 40619186 | Storefront | 24.7.1.24 | Manual Login | Primary | |
| 2007-08-03 01:44:09 | true | 40619186 | Storefront | 24.7.1.24 | Manual Login | Primary | |
| 2007-08-03 01:22:04 | true | 40619186 | Storefront | 24.7.1.24 | Manual Login | Primary | |
| 2007-07-28 15:21:58 | true | 40857817 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2007-07-28 15:16:04 | true | 40619186 | Storefront | 24.7.1.24 | Manual Login | Primary | |
| 2007-07-28 15:10:27 | true | 40984480 | Storefront | 210.5.121.190 | CSR Login | Primary | |
| 2007-07-28 14:11:18 | true | 40619186 | Storefront | 24.7.1.24 | Manual Login | Primary | |
| 2007-07-27 13:59:18 | true | 41599230 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-07-27 13:48:38 | true | 41599230 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-07-27 13:42:15 | true | 40619186 | Storefront | 24.7.1.24 | Manual Login | Primary | |
| 2007-07-27 13:30:17 | true | 40619186 | Storefront | 24.7.1.24 | Manual Login | Primary | |
| 2007-07-27 00:56:46 | true | 40619306 | Storefront | 24.7.1.24 | Control Panel Login | Primary | WIN-HO-223974942 |
| 2007-07-27 00:54:59 | true | 40619306 | Storefront | 24.7.1.24 | Control Panel Login | Primary | WIN-HO-223974942 |
| 2007-07-27 00:54:47 | true | 40619306 | Storefront | 24.7.1.24 | Control Panel Login | Primary | WIN-HO-223974942 |
| 2007-07-27 00:50:33 | true | 40619306 | Storefront | 24.7.1.24 | Control Panel Login | Primary | WIN-HO-223974942 |
| 2007-07-27 00:49:07 | true | 40619186 | Storefront | 24.7.1.24 | Control Panel Login | Primary | WIN-HO-223974942 |
| 2007-07-27 00:47:52 | true | 40619186 | Storefront | 24.7.1.24 | Control Panel Login | Primary | WIN-HO-223974942 |
| 2007-07-27 00:47:08 | true | 40619186 | Storefront | 24.7.1.24 | Manual Login | Primary | WIN-HO-223974942 |
| 2007-07-19 11:37:08 | true | 40619186 | Storefront | 67.188.91.13 | Manual Login | Primary | |
| 2007-07-13 11:11:06 | true | 40619186 | Storefront | 67.188.91.13 | Manual Login | Primary | |
| 2007-07-18 23:39:14 | true | 40619186 | Storefront | 12.41.116.4 | Control Panel Login | Primary | |

CH-011

Login History - Microsoft Internet Explorer provided by Network Solutions

| Date/Time | Status | ID | | Site | IP Address | Login Type | Type | Host |
|---|---|---|---|---|---|---|---|---|
| 2007-07-18 23:38:59 | true | 40613186 | 40857837 | Stonefront | 12.41.116.4 | Siebel Login | Primary | |
| 2007-07-16 13:17:44:53 | true | 40613186 | 417912277 | Stonefront | 12.41.116.4 | Manual Login | Primary | |
| 2007-07-15 12:12:05 | true | 40613186 | | Stonefront | 24.7.10.20 | Manual Login | Primary | |
| 2007-07-14 15:12:33 | true | 40613186 | | Stonefront | 24.7.10.20 | Control Panel Login | Primary | WIN.HD.23237296639 |
| 2007-07-14 15:12:11 | true | 40613186 | | Stonefront | 24.7.10.20 | Manual Login | Primary | |
| 2007-07-14 03:38:16 | true | 40613186 | | Stonefront | 24.7.10.20 | Manual Login | Primary | |
| 2007-07-12 14:37:16 | true | 40613186 | | Stonefront | 12.166.50.4 | Manual Login | Primary | |
| 2007-07-12 14:20:93 | true | 40613186 | 394587277 | Stonefront | 12.166.50.4 | Control Panel Login | Primary | WIN.HD.22397.4942 |
| 2007-07-12 14:20:03 | true | 40613186 | 394587277 | Stonefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-07-11 01:23 | true | 40613186 | | Stonefront | 24.7.2.229 | Manual Login | Primary | |
| 2007-07-07 12:29:41 | true | 40613186 | | Stonefront | 24.7.2.229 | Control Panel Login | Primary | WIN.HD.23237296639 |
| 2007-07-07 12:30:12 | true | 40613186 | | Stonefront | 24.7.2.229 | Manual Login | Primary | |
| 2007-07-04 03:35:06 | true | 40613186 | | Stonefront | 24.7.2.229 | Manual Login | Primary | |
| 2007-07-04 03:12:57 | true | 40613186 | | Stonefront | 214.12.206.11 | Manual Login | Primary | |
| 2007-07-04 01:39:33 | true | 40613186 | | Stonefront | 74.53.36.156 | Manual Login | Primary | |
| 2007-07-03 00:27:04 | true | 40613186 | | Stonefront | 24.7.2.229 | Manual Login | Primary | |
| 2007-07-03 00:26:50 | true | 40613186 | | Stonefront | 24.7.2.229 | Control Panel Login | Primary | WIN.HD.22327096639 |
| 2007-07-03 00:26:27 | true | 40613186 | | Stonefront | 24.7.2.229 | Control Panel Login | Primary | WIN.HD.22327096639 |
| 2007-07-01 21:05:50 | true | 40613186 | | Stonefront | 24.7.2.229 | Manual Login | Primary | |
| 2007-07-01 15:33:25 | true | 40613186 | | Stonefront | 69.42.219.47 | Manual Login | Primary | |
| 2007-07-01 15:32:57 | true | 40613186 | | Stonefront | 69.42.219.47 | Control Panel Login | Primary | WIN.HD.23237032905 |
| 2007-07-01 15:18:33 | true | 40613186 | | Stonefront | 210.5.121.190 | Manual Login | Primary | |
| 2007-07-01 15:14:58 | true | 40615026 | | Stonefront | 24.7.2.229 | CSR Login | Primary | |
| 2007-06-30 17:42:31 | true | 40613186 | | Stonefront | 24.7.2.229 | Manual Login | Primary | |
| 2007-06-30 17:41:33 | true | 40613186 | | Stonefront | 24.7.2.229 | Control Panel Login | Primary | WIN.HD.23237032905 |
| 2007-06-30 16:47:56 | true | 40613186 | | Stonefront | 24.7.2.229 | Manual Login | Primary | |
| 2007-06-30 16:47:20 | true | 40613186 | | Stonefront | 24.7.2.229 | Control Panel Login | Primary | WIN.HD.23237032905 |
| 2007-06-30 16:33:55 | true | 40613186 | | Stonefront | 24.7.2.229 | Control Panel Login | Primary | WIN.HD.23237032905 |
| 2007-06-30 16:30:05 | true | 40613186 | | Stonefront | 24.7.2.229 | Manual Login | Primary | |
| 2007-06-30 14:37:03 | true | 40615186 | | Stonefront | 24.7.2.229 | Manual Login | Primary | |
| 2007-06-30 14:35:54 | true | 40615186 | | Stonefront | 24.7.2.229 | Control Panel Login | Primary | WIN.HD.23237032905 |
| 2007-06-29 23:39:40 | true | 40615186 | | Stonefront | 24.7.2.229 | Manual Login | Primary | |
| 2007-06-28 23:26:43 | true | 40615186 | | Stonefront | 24.7.2.229 | Control Panel Login | Primary | WIN.HD.23237032905 |
| 2007-06-28 23:26:11 | true | 40615186 | | Stonefront | 24.7.2.229 | Control Panel Login | Primary | |
| 2007-06-28 23:25:47 | true | 40615186 | | Stonefront | 24.7.2.229 | Manual Login | Primary | |
| 2007-06-28 22:34:42 | true | 40977827 | | Stonefront | 12.41.116.4 | Siebel Login | Primary | |
| 2007-06-28 22:12:01 | true | 40615186 | | Stonefront | 24.7.2.229 | Manual Login | Primary | |
| 2007-06-26 16:04:09 | true | 40615186 | | Stonefront | 24.7.2.229 | Manual Login | Primary | |
| 2007-06-19 17:47:43 | true | 40615186 | | Stonefront | 74.198.229.176 | Control Panel Login | Primary | WIN.HD.23237032905 |
| 2007-06-19 17:32:07 | true | 40615186 | | Stonefront | 74.198.229.176 | Control Panel Login | Primary | WIN.HD.23237032905 |
| 2007-06-19 17:31:10 | true | 40613186 | | Stonefront | 74.198.229.176 | Manual Login | Primary | |
| 2007-06-19 11:52:51 | true | 40954697 | | Stonefront | 12.166.50.4 | Manual Login | Primary | |
| 2007-06-19 11:52:20 | true | 40954697 | 40954697 | Stonefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-06-19 11:31:22 | true | 40613186 | 39585260 | Stonefront | 12.166.50.4 | Control Panel Login | Primary | WIN.HD.22397.4942 |

CH-012

Login History - Microsoft Internet Explorer provided by Network Solutions

| Timestamp | Status | ID | Service | IP | Login Type | Level | Host |
|---|---|---|---|---|---|---|---|
| 2007-06-19 11:31:08 | true | 46419186 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-06-19 11:00:50 | true | 39985260 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-06-12 18:07:36 | true | 46419186 | Storefront | 24.7.8.246 | Manual Login | Primary | |
| 2007-06-12 18:25:50 | true | 46419186 | Storefront | 24.7.8.246 | Manual Login | Primary | |
| 2007-06-08 21:36:51 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-06-08 21:35:47 | true | 46419186 | Storefront | 24.7.4.149 | Control Panel Login | Primary | WIN-HD-223974942 |
| 2007-06-08 21:29:52 | true | 46419186 | Storefront | 24.7.4.149 | Manual Login | Primary | |
| 2007-06-08 14:47:51 | true | 46419186 | Storefront | 24.7.4.149 | Manual Login | Primary | WIN-HD-223974942 |
| 2007-05-30 11:29:21 | true | 46419186 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-05-30 11:12:23 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-29 18:16:15 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-24 18:18:22 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-24 00:01:39 | true | 46419186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | |
| 2007-05-24 00:00:02 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-23 16:50:56 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | WIN-HD-239812785 |
| 2007-05-23 13:21:57 | true | 46419186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | |
| 2007-05-23 13:21:40 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-23 19:37:24 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-22 19:34:52 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-22 08:06:01 | true | 46419186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | |
| 2007-05-22 00:05:12 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-21 23:07:20 | true | 46419186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HD-239812785 |
| 2007-05-21 23:06:50 | true | 46419186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HD-239812785 |
| 2007-05-21 23:04:02 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | WIN-HD-239812785 |
| 2007-05-21 21:41:06 | true | 46419186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | |
| 2007-05-21 21:40:42 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | WIN-HD-239812785 |
| 2007-05-21 21:36:02 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-21 21:39:35 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | WIN-HD-239812785 |
| 2007-05-21 12:58:40 | true | 46419186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | |
| 2007-05-21 12:58:07 | true | 46419186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HD-239812785 |
| 2007-05-21 12:48:03 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-21 12:48:01 | true | 46419186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | |
| 2007-05-21 11:21:58 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-21 11:21:34 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-21 01:42:43 | true | 46419186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HD-239812785 |
| 2007-05-21 01:41:03 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-21 01:21:17 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-21 01:20:59 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-20 21:41:47 | true | 46419186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HD-239812785 |
| 2007-05-20 22:00:16 | true | 46419186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HD-239812785 |
| 2007-05-20 21:59:52 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-20 21:59:50 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | WIN-HD-239812785 |
| 2007-05-20 19:53:25 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-20 18:51:17 | true | 46419186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HD-239812785 |
| 2007-05-20 18:27:08 | true | 46419186 | Storefront | 24.7.3.160 | Manual Login | Primary | WIN-HD-239812785 |

CH-013

**Login History - Microsoft Internet Explorer provided by NetSuite Solutions**

| Date/Time | Status | ID | Source | IP | Login Type | Role | Machine |
|---|---|---|---|---|---|---|---|
| 2007-05-20 18:24:06 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | WIN-HP 229812785 |
| 2007-05-20 18:20:16 | true | 40619186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | |
| 2007-05-20 18:19:36 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-20 17:09:22 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-20 16:11:42 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-20 16:10:14 | true | 40619186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | |
| 2007-05-20 16:09:40 | true | 40619186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HP 229812785 |
| 2007-05-20 16:08:00 | true | 40619186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HP 229812785 |
| 2007-05-20 16:07:07 | true | 40619186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HP 229812785 |
| 2007-05-20 16:06:59 | true | 40619186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HP 229812785 |
| 2007-05-20 16:06:07 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | WIN-HP 229812785 |
| 2007-05-20 14:59:02 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-20 14:58:56 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-20 14:52:45 | true | 40619186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HP 229812785 |
| 2007-05-20 14:51:17 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-20 14:14:13 | true | 40619186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HP 229812785 |
| 2007-05-20 14:09:57 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-20 14:03:48 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-20 13:37:17 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-08 20:03:30 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-09 19:56:47 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-08 19:46:01 | false | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-08 19:20:39 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-07 17:19:53 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-05-07 17:16:36 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-04-29 21:54:16 | true | 40619186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HP 227032905 |
| 2007-04-29 21:54:03 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-04-29 16:56:14 | true | 40619186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HP 227032905 |
| 2007-04-29 16:55:47 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-04-28 23:09:23 | true | 40619186 | Storefront | 24.7.3.160 | Control Panel Login | Primary | WIN-HP 227032905 |
| 2007-04-28 22:55:06 | true | 40619186 | Storefront | 24.7.3.160 | Manual Login | Primary | |
| 2007-04-25 10:57:06 | true | 40619186 | Storefront | 24.7.16.173 | Manual Login | Primary | |
| 2007-04-23 11:09:05 | true | 40619186 | Storefront | 24.7.16.173 | Automatic Login | Primary | |
| 2007-04-23 11:07:19 | true | 40619186 | Storefront | 24.7.16.173 | Manual Login | Primary | |
| 2007-04-23 00:50:06 | true | 40619186 | Storefront | 24.7.16.173 | Manual Login | Primary | |
| 2007-04-11 16:51:01 | true | 41113078 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-04-09 19:40:35 | true | 40619186 | Storefront | 24.7.16.173 | Manual Login | Primary | |
| 2007-04-06 18:14:43 | true | 40619186 | Storefront | 24.7.5.100 | Manual Login | Primary | |
| 2007-04-05 15:54:02 | true | 40619186 | Storefront | 24.7.5.100 | Manual Login | Primary | |
| 2007-04-03 15:21:10 | true | 40619186 | Storefront | 24.7.5.100 | Manual Login | Primary | |
| 2007-04-03 15:16:40 | true | 40619186 | Storefront | 24.7.5.100 | Manual Login | Primary | |
| 2007-04-03 15:03:07 | true | 40619186 | Storefront | 12.166.50.4 | Manual Login | Primary | |
| 2007-04-03 15:02:55 | true | 39467214 | Storefront | 12.166.50.4 | Control Panel Login | Primary | WIN-HP 222574942 |
| 2007-03-26 18:32:23 | true | 40619186 | Storefront | 24.7.5.100 | CSR Login | Primary | |

**Login History - Microsoft Internet Explorer provided by Network Solutions**

| Timestamp | | ID | Type | IP | Login | Level | Code |
|---|---|---|---|---|---|---|---|
| 2007-03-26 14:53:20 | true | 40619186 | Storefront | 24.7.5.100 | Manual Login | Primary | |
| 2007-03-26 11:20:19 | true | 40619186 | Storefront | 24.7.5.100 | Manual Login | Primary | |
| 2007-03-22 13:15:28 | true | 40619186 | Storefront | 71.198.231.138 | Manual Login | Primary | |
| 2007-03-21 13:00:20 | true | 40619186 | Storefront | 71.198.231.138 | Manual Login | Primary | |
| 2007-03-19 18:37:35 | true | 40619186 | Storefront | 12.166.50.4 | Control Panel Login | Primary | WH.HP.223974942 |
| 2007-03-19 18:35:06 | true | 40619186 | Storefront | 12.166.50.4 | Control Panel Login | Primary | WH.HP.223974942 |
| 2007-03-18 18:34:52 | true | 39461129 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-03-18 18:28:09 | true | 39461129 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-03-13 18:27:51 | true | 40996053 | Storefront | 12.166.50.4 | Control Panel Login | Primary | WH.HP.223974942 |
| 2007-03-13 11:46:02 | true | 40996053 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-03-11 11:43:00 | true | 39456027 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-02-24 12:03:45 | true | 40619186 | Storefront | 71.198.231.176 | Control Panel Login | Primary | WH.HP.223974942 |
| 2007-02-24 12:01:59 | true | 40619186 | Storefront | 71.198.231.176 | Manual Login | Primary | |
| 2007-02-24 12:02:18 | true | 40619186 | Storefront | 71.198.231.176 | Manual Login | Primary | |
| 2007-02-24 11:57:42 | true | 40619186 | Storefront | 71.198.231.176 | Manual Login | Primary | |
| 2007-02-24 09:12:04 | true | 40619186 | Storefront | 71.198.231.176 | Manual Login | Primary | |
| 2007-02-24 18:44:04 | true | 40619186 | Storefront | 24.7.3.24 | Manual Login | Primary | |
| 2007-02-14 18:42:37 | true | 40619186 | Storefront | 24.7.3.24 | Manual Login | Primary | |
| 2007-02-14 18:21:57 | true | 40619186 | Storefront | 24.7.3.24 | Manual Login | Primary | |
| 2007-02-13 21:57:39 | true | 40619186 | Storefront | 24.7.3.24 | Manual Login | Primary | |
| 2007-02-12 19:13:57 | true | 40619186 | Storefront | 69.181.130.27 | Manual Login | Primary | |
| 2007-02-09 18:25:45 | true | 40619186 | Storefront | 69.181.130.27 | Manual Login | Primary | |
| 2007-02-01 11:14:41 | true | 40619186 | Storefront | 69.181.130.27 | Manual Login | Primary | |
| 2007-02-07 17:52:04 | true | 40619186 | Storefront | 69.181.130.27 | Manual Login | Primary | |
| 2007-02-05 22:19:05 | true | 40619186 | Storefront | 24.7.1.247 | Manual Login | Primary | |
| 2007-02-02 22:04:19 | true | 40619186 | Storefront | 24.7.1.247 | Manual Login | Primary | |
| 2007-01-27 10:48:49 | true | 40619186 | Storefront | 24.7.1.247 | Manual Login | Primary | |
| 2007-01-24 14:27:44 | true | 40619186 | Storefront | 24.7.1.247 | Manual Login | Primary | |
| 2007-01-24 01:56:29 | true | 40619186 | Storefront | 24.7.1.247 | Manual Login | Primary | |
| 2007-01-22 17:03:49 | true | 40619186 | Storefront | 24.7.1.247 | Manual Login | Primary | |
| 2007-01-21 16:56:43 | true | 40619186 | Storefront | 24.7.1.247 | Control Panel Login | Primary | |
| 2007-01-21 18:59:26 | true | 40857017 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WH.HP.223974942 |
| 2007-01-21 18:50:00 | true | 40857017 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2007-01-21 18:50:15 | true | 40857017 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WH.HP.224362227 |
| 2007-01-21 18:49:55 | true | 40857017 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WH.HP.224362227 |
| 2007-01-21 18:45:25 | true | 40857017 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WH.HP.224362227 |
| 2007-01-12 18:50:34 | true | 40619186 | Storefront | 71.198.220.103 | Manual Login | Primary | |
| 2007-01-02 22:56:00 | true | 40619186 | Storefront | 24.7.1.247 | Manual Login | Primary | |
| 2007-01-01 12:54:42 | true | 40619186 | Storefront | 24.7.1.247 | Manual Login | Primary | |
| 2006-12-29 19:49:21 | true | 40619186 | Storefront | 71.198.220.103 | Manual Login | Primary | |
| 2006-12-28 17:30:34 | true | 40619186 | Storefront | 71.198.220.103 | Manual Login | Primary | |
| 2006-12-26 22:13:05 | true | 40619186 | Storefront | 71.198.220.103 | Manual Login | Primary | |
| 2006-12-26 22:11:07 | true | 40619186 | Storefront | 71.198.220.103 | Manual Login | Primary | |

**Login History - Microsoft Internet Explorer provided by Network Solutions**

| Date/Time | | ID | Storefront | IP | Login Type | | |
|---|---|---|---|---|---|---|---|
| 2006-12-26 22:07:45 | true | 40619186 | Storefront | 71.196.228.103 | Manual Login | Primary | |
| 2006-12-20 02:46:54 | true | 40619186 | Storefront | 76.25.51.123 | Manual Login | Primary | |
| 2006-12-18 11:41:43 | true | 40619186 | Storefront | 24.7.11.251 | Manual Login | Primary | |
| 2006-12-16 18:24:27 | true | 40619186 | Storefront | 24.7.11.251 | Manual Login | Primary | |
| 2006-12-13 09:27:09 | true | 40619186 | Storefront | 24.7.11.251 | Manual Login | Primary | |
| 2006-12-11 21:46:13 | true | 40619186 | Storefront | 24.7.11.251 | Manual Login | Primary | |
| 2006-12-11 09:33:38 | true | 40782233 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2006-12-10 23:38:40 | true | 40619186 | Storefront | 24.7.11.251 | Manual Login | Primary | |
| 2006-12-10 06:08:27 | true | 40619186 | Storefront | 24.7.11.251 | Manual Login | Primary | |
| 2006-12-10 05:50:51 | true | 40619186 | Storefront | 24.7.11.251 | Manual Login | Primary | |
| 2006-12-08 19:07:50 | true | 40619186 | Storefront | 24.7.11.251 | Manual Login | Primary | |
| 2006-12-08 00:25:35 | true | 40619186 | Storefront | 24.7.11.251 | Manual Login | Primary | |
| 2006-12-08 00:24:39 | true | 40619186 | Storefront | 24.7.11.251 | Manual Login | Primary | |
| 2006-12-07 09:50:33 | true | 40897058 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2006-12-05 21:48:45 | true | 40619186 | Storefront | 24.7.11.251 | Manual Login | Primary | |
| 2006-11-28 21:49:50 | true | 40619186 | Storefront | 24.7.8.244 | Manual Login | Primary | |
| 2006-11-28 21:38:58 | true | 40619186 | Storefront | 24.7.8.244 | Manual Login | Primary | |
| 2006-11-28 12:59:21 | true | 40619186 | Storefront | 24.7.8.244 | Manual Login | Primary | |
| 2006-11-26 10:55:04 | true | 40619186 | Storefront | 24.7.4.36 | Manual Login | Primary | |
| 2006-11-26 10:52:39 | true | 40619186 | Storefront | 24.7.4.36 | Manual Login | Primary | |
| 2006-11-24 09:57:55 | true | 40619186 | Storefront | 24.7.4.36 | Manual Login | Primary | |
| 2006-11-24 09:54:31 | true | 40619186 | Storefront | 24.7.4.36 | Manual Login | Primary | |
| 2006-11-23 17:55:57 | true | 40619186 | Storefront | 24.7.4.36 | Manual Login | Primary | |
| 2006-11-22 06:04:22 | true | 40619186 | Storefront | 123.66.50.4 | Manual Login | Primary | |
| 2006-11-21 15:00:40 | true | 40980084 | Storefront | 24.7.6.63 | CSR Login | Primary | |
| 2006-11-21 15:01:28 | true | 40980084 | Storefront | 123.66.50.4 | CSR Login | Primary | |
| 2006-11-20 11:50:59 | true | 40980084 | Storefront | 123.66.50.4 | CSR Login | Primary | |
| 2006-11-20 11:48:59 | true | 40980084 | Storefront | 123.66.50.4 | CSR Login | Primary | |
| 2006-11-20 11:45:41 | true | 40980084 | Storefront | 123.66.50.4 | CSR Login | Primary | |
| 2006-11-20 11:21:41 | true | 40619186 | Storefront | 24.7.6.63 | Manual Login | Primary | |
| 2006-11-20 02:12:41 | true | 40619186 | Storefront | 24.7.6.63 | Manual Login | Primary | |
| 2006-11-19 20:13:02 | true | 40619186 | Storefront | 24.7.6.63 | Manual Login | Primary | |
| 2006-11-19 18:05:05 | true | 40619186 | Storefront | 24.7.6.63 | Manual Login | Primary | |
| 2006-11-14 13:42:06 | true | 40023509 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WIN.HP.223974942 |
| 2006-11-14 13:37:40 | true | 40023589 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WIN.HP.223974942 |
| 2006-11-14 13:37:24 | true | 40027609 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2006-11-14 13:33:15 | true | 40619186 | Storefront | 24.7.22.119 | Manual Login | Primary | |
| 2006-11-14 11:49:37 | true | 40027609 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WIN.HP.223974942 |
| 2006-11-14 11:48:19 | true | 40023509 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2006-11-14 09:19:11 | true | 40619186 | Storefront | 24.7.22.119 | Manual Login | Primary | |
| 2006-11-13 16:29:22 | true | 40619100 | Storefront | 24.7.22.119 | Manual Login | Primary | |
| 2006-11-13 18:26:49 | true | 40619186 | Storefront | 24.7.22.119 | Manual Login | Primary | |
| 2006-11-12 18:22:49 | true | 40619186 | Storefront | 24.7.22.119 | Manual Login | Primary | |
| 2006-11-09 10:14:59 | true | 40619186 | Storefront | 71.198.228.55 | Manual Login | Primary | |

CH-016

**Login History - Microsoft Internet Explorer provided by Network Solutions**

| | | | | | |
|---|---|---|---|---|---|
| 2006-11-12 16:29:22 | true | 40619186 | Storefront 24.7.22.119 | Manual Login | Primary |
| 2006-11-12 18:26:45 | true | 40619186 | Storefront 24.7.22.119 | Manual Login | Primary |
| 2006-11-12 18:22:49 | true | 40619186 | Storefront 24.7.22.119 | Manual Login | Primary |
| 2006-11-09 10:14:08 | true | 40619186 | Storefront 71.198.228.55 | Manual Login | Primary |
| 2006-10-31 10:10:59 | true | 40619186 | Storefront 71.198.228.180 | Manual Login | Primary |
| 2006-10-30 23:04:41 | true | 40419186 | Storefront 71.198.228.180 | Manual Login | Primary |
| 2006-10-30 23:48:37 | false | 40619186 | Storefront 71.198.228.180 | Manual Login | Primary |
| 2006-10-30 23:42:27 | true | 40619186 | Storefront 71.198.228.100 | Manual Login | Primary |
| 2006-10-30 15:25:45 | true | 40619186 | Storefront 71.198.228.100 | Manual Login | Primary |
| 2006-10-30 15:22:27 | true | 40619186 | Storefront 71.198.228.100 | Manual Login | Primary |
| 2006-10-30 11:47:24 | true | 40619186 | Storefront 71.198.228.100 | Manual Login | Primary |
| 2006-10-30 11:41:11 | true | 40619186 | Storefront 12.41.116.4 | Manual Login | Primary |
| 2006-10-30 11:09:02 | true | 40782243 | Storefront 12.41.116.4 | Control Panel Login | Primary | WN.HP.232974942 |
| 2006-10-30 11:07:38 | true | 40782243 | Storefront 12.41.116.4 | Siebel Login | Primary |
| 2006-10-30 10:52:25 | true | 40619186 | Storefront 12.41.116.4 | Siebel Login | Primary |
| 2006-10-30 10:02:40 | true | 40767442 | Storefront 12.41.116.4 | Siebel Login | Primary |
| 2006-10-21 17:26:41 | true | 40767442 | Storefront 24.7.5.166 | Manual Login | Primary |
| 2006-10-21 17:26:41 | true | 40619186 | Storefront 24.7.5.166 | Manual Login | Primary |
| 2006-10-28 17:07:04 | true | 40619186 | Storefront 24.7.5.166 | Manual Login | Primary |
| 2006-10-28 14:08:21 | true | 40672662 | Storefront 210.5.121.190 | CSR Login | Primary |
| 2006-10-28 13:51:56 | true | 40619186 | Storefront 24.7.5.166 | Manual Login | Primary |
| 2006-10-27 23:45:41 | true | 40619186 | Storefront 24.7.5.166 | Manual Login | Primary |
| 2006-10-27 22:41:58 | true | 40619186 | Storefront 24.7.5.166 | Manual Login | Primary |
| 2006-10-27 12:11:02 | true | 40619186 | Storefront 24.7.5.166 | Manual Login | Primary |
| 2006-10-27 09:19:22 | true | 40619186 | Storefront 24.7.5.166 | Manual Login | Primary |
| 2006-10-27 09:16:05 | true | 40629705 | Storefront 24.7.5.166 | Manual Login | Primary |
| 2006-10-26 23:57:42 | true | 40619186 | Storefront 24.7.5.166 | Manual Login | Primary |
| 2006-10-26 22:35:05 | true | 40619186 | Storefront 24.7.5.166 | Manual Login | Primary |
| 2006-10-26 20:04:50 | true | 40619186 | Storefront 24.7.5.166 | Control Panel Login | Primary | WN.HP.232709639 |
| 2006-10-26 19:55:14 | true | 40619186 | Storefront 24.7.5.166 | Control Panel Login | Primary | WN.HP.232709639 |
| 2006-10-26 19:54:14 | true | 40619186 | Storefront 24.7.5.166 | Control Panel Login | Primary | WN.HP.232709639 |
| 2006-10-26 19:53:04 | true | 40619186 | Storefront 24.7.5.166 | Siebel Login | Primary |
| 2006-10-26 19:53:04 | true | 40782233 | Storefront 12.41.116.4 | Siebel Login | Primary |
| 2006-10-26 19:52:02 | true | 40782233 | Storefront 24.7.5.166 | Control Panel Login | Primary | WN.HP.232709639 |
| 2006-10-26 19:52:02 | true | 40619186 | Storefront 24.7.5.166 | Manual Login | Primary |
| 2006-10-26 12:26:11 | true | 40619186 | Storefront 24.7.5.166 | Siebel Login | Primary |
| 2006-10-26 11:27:54 | true | 40782042 | Storefront 12.41.116.4 | Siebel Login | Primary |
| 2006-10-26 11:14:15 | true | 40619186 | Storefront 24.7.5.166 | Manual Login | Primary |
| 2006-10-24 16:05:04 | true | 40767442 | Storefront 12.41.116.4 | Siebel Login | Primary |
| 2006-10-25 17:24:58 | true | 40782033 | Storefront 12.41.116.4 | Siebel Login | Primary |
| 2006-10-25 17:00:12 | true | 40619186 | Storefront 12.41.116.4 | Siebel Login | Primary |
| 2006-10-25 19:59:24 | true | 40782032 | Storefront 12.41.116.4 | CSR Login | Primary |
| 2006-10-25 17:25:31 | true | 40619186 | Storefront 24.7.5.166 | Manual Login | Primary |
| 2006-10-25 16:47:25 | true | 40619186 | Storefront 24.7.5.166 | Manual Login | Primary |
| 2006-10-25 16:38:28 | true | 40996442 | Storefront 24.7.5.166 | CSR Login | Primary |

(showing items 1 - 600 of 600, page 1 of 60)

First  Previous  1  2  3  4  5  6  7  8  9  Next  Last  All

Close

CH-017



CSR-Tools - Microsoft Internet Explorer provided by Network Solutions

File   Edit   View   Favorites   Tools   Help

Address: http://csrtools.prod.netsol.com/mainPage.jsp

## CSR-Tools

| Search by | Search for | Domain Name |
|---|---|---|
| Domain Name | Account Detail | HANDBAGOUTPOST.COM   Search |

### List of Products - Status View

Switch to Financial View    Hide Deleted Products

(Showing Items 1 - 55 of 55, page 1 of 1)

First   Previous   1   Next   Last   All

### Domain

| Name | Status | Locked | Updated By | Expiration Date | Special | Order History | Alliance |
|---|---|---|---|---|---|---|---|
| CARFOUTPOST.COM | DELETED | Domain Protect - Y | 40880415 | 09-12-2007 | | | |
| DESIGNEROUTPOST.NET | ACTIVE | Domain Protect - Y | 40619186 | 06-01-2016 | | | |
| ELECTRICOUTPOST.COM | ACTIVE | Domain Protect - Y | 40619186 | 05-24-2009 | | | |
| ELUXURYWATCH.COM | ACTIVE | Domain Protect - Y | 40619186 | 10-29-2008 | | | |
| HANDBAGIMPORIUM.NET | DELETED | Domain Protect - Y | 40619075 | 10-04-2007 | | | |
| HANDBAGOUTPOST.COM | DELETED | Domain Protect - Y | 40619075 | 04-10-2009 | | | |
| HANDBAGSLUXERY.COM | ACTIVE | Domain Protect - Y | 40619186 | 12-10-2008 | | | |
| MET-A-PORTER.COM | DELETED | Domain Protect - Y | 40619186 | 02-12-2008 | | | |
| NATURALBOOKS.NET | DELETED | Domain Protect - Y | 40724070 | 10-22-2007 | | | |
| NIKEOUTPOST.COM | ACTIVE | Domain Protect - Y | 40619186 | 05-12-2007 | | | |
| RAFFAELLOTEIS.COM | DELETED | Domain Protect - Y | 40619186 | 02-12-2010 | | | |
| RICH2010.COM | ACTIVE | Domain Protect - Y | 40619186 | 04-28-2009 | | | |

### DNS

| Name | Status | Locked | Updated By | Expiration Date | Special | Order History | Alliance |
|---|---|---|---|---|---|---|---|
| CARFOUTPOST.COM | DELETED | | 40880415 | | | | |
| DESIGNEROUTPOST.NET | ACTIVE | | 40145024 | | | | |
| ELECTRICOUTPOST.COM | ACTIVE | | 40619186 | | | | |
| ELUXURYWATCH.COM | ACTIVE | | 40619186 | | | | |
| HANDBAGIMPORIUM.NET | DELETED | | 43189075 | | | | |