# EXHIBIT A

## CSR-Tools - Microsoft Internet Explorer provided by Network Solutions

File  Edit  View  Favorites  Tools  Help

Back | Address: http://csrtools.prod.netsol.com/marrPage.jsp

Links: AP Tools | ARIN | AUP Violators | CSR Web | CSR-Tools Login | Customize Links | FedEx | Fraud Tool | Provision Key - Virtual Path Look-up Page | A-R Tools | RTPS/FDMS | Mongo | Whois | Ovg | Siebel Call Center

### CSR-Tools

Search by: Domain Name

### Account Details

Search For: Account Detail

Domain Name: HANDBAGOUTPOST.COM    Search

#### Account Information

Private Registration: Active
Account #: 30408648    Retail
Account Name:
Account channel: Storefront
Account Status: Bad Payment
Auction Optout: N
Transfer Block: N

View/Edit Credit Card Information

#### Account Holder:
User ID: 41215925
Person Org ID: 41215925
Organization Name: Handbag Outpost
Handle: 41215925O
Address:
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514
Panama City,
PA
View Address history
Phone: 1-800-431-1365
Fax:
Email: ebook555@comcast.net

#### Primary User:
User ID: FUNNTYRRP09
Person Org ID: 40619186
Name: Biazze, Justine
Handle: 40619186P
Address:
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514
Panama City,
PA
View Address history
Phone: 800-431-1365
Fax:
Email: abagandmore@aol.com

Replace Primary User

#### Account Related User(s)

| User ID | Name | Person Org ID | Handle | Relationship | | | | e-mail | VIP |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Holder | Primary | Admin | Tech | | |
| 41215925 | Handbag Outpost | 41215925 | 41215925O | ✓ | | | | ebook555@comcast.net | |
| FUNNTYRRP09 | Biazze, Justine | 40619186 | 40619186P | | ✓ | | | abagandmore@aol.com | |

Update

RESEARCH    ORDER PROVISION

Transfer Domains into this Account    Transfer

#### Billing Information

Search Type: Invoices
Start Date:    End Date:
Reset    Submit

Most recent invoice: 119806806

Done    Trusted sites

CH-001



CH-002

## User Change History for PersonOrgID: 40619186

### User Change History

Only changes since December 10, 2003 are shown

| Field | Old Value | Change Date | New Value | By | Using |
|---|---|---|---|---|---|
| Password | ****** | 2008-04-16 | ****** | 1001 | Storefront |
| Org Name | Strauss | 2008-03-17 | New Tower Global | 40619186 | Storefront |
| Last Name | Dianne | 2008-03-17 | Bliazze | 40619186 | Storefront |
| First Name | info@handbagoutpost.com | 2008-03-17 | Justine | 40619186 | Storefront |
| E-mail Address | HANDB66225 | 2008-03-13 | abagandmore@aol.com | 40619186 | Storefront |
| User ID | ***** | 2007-12-08 | FUNNYRRP09 | 40619186 | Storefront |
| Password | Watson | 2007-12-08 | ****** | 40619186 | Storefront |
| Last Name | Kelly | 2007-12-08 | Strauss | 40619186 | Storefront |
| First Name | ebook555@comcast.net | 2007-12-08 | Dianne | 40619186 | Storefront |
| E-mail Address | Tshimanga | 2007-12-06 | info@handbagoutpost.com | KATRINA008 | Storefront |
| Last Name | Casondra | 2006-10-30 | Watson | 40619186 | Storefront |
| First Name | Outpost Inc. | 2006-10-30 | Kelly | 40619186 | Storefront |
| Last Name | Handbag | 2006-10-25 | Tshimanga | 40619186 | Storefront |
| First Name | Tshimanga | 2006-10-25 | Casondra | 40619186 | Storefront |
| Last Name | Casondra | 2006-10-24 | Outpost Inc. | 40619186 | Storefront |
| First Name | Outpost Inc | 2006-10-24 | Handbag | 40619186 | Storefront |
| Last Name | Handbag | 2006-10-23 | Tshimanga | 40619186 | Storefront |
| First Name | Tshimanga | 2006-10-23 | Casondra | 40619186 | Storefront |
| Last Name | Casondra | 2006-10-18 | Outpost Inc | WILLIAM032 | Storefront |
| First Name | Handbag | 2006-10-18 | Handbag | WILLIAM032 | Storefront |
| Password | ****** | 2006-05-31 | ****** | 1001 | Storefront |

Close

CH-003

Login History - Microsoft Internet Explorer provided by Network Solutions

Login History for account # 30408648

| Date ▼ | Success | Person-Org ID | Originator | Client | IP Address | Method | Relationship | Relationship End Date | Product |
|---|---|---|---|---|---|---|---|---|---|
| 2008-06-03 12:10:38 | true | 40619186 | 40619186 | Storefront | 69.109.169.82 | Manual Login | Primary | | |
| 2008-05-31 14:24:36 | true | 40619186 | 40619186 | Storefront | 69.109.180.189 | Manual Login | Primary | | |
| 2008-05-30 17:17:25 | true | 40619186 | 40619186 | Storefront | 69.109.172.198 | Manual Login | Primary | | |
| 2008-05-30 17:03:01 | true | 40619186 | 40619186 | Storefront | 69.109.172.198 | Manual Login | Primary | | |
| 2008-05-30 17:02:19 | false | 40619186 | 40619186 | Storefront | 69.109.172.198 | Manual Login | Primary | | |
| 2008-05-30 00:44:52 | true | 40619186 | 40619186 | Storefront | 69.109.185.20 | Manual Login | Primary | | |
| 2008-05-29 11:06:38 | true | 40619186 | 40619186 | Storefront | 69.109.185.20 | Manual Login | Primary | | |
| 2008-05-28 18:35:11 | true | 40619186 | 40619186 | Storefront | 69.109.167.235 | Manual Login | Primary | | |
| 2008-05-24 00:41:31 | true | 40619186 | 40619186 | Storefront | 69.109.117.76 | Manual Login | Primary | | |
| 2008-05-23 20:43:57 | true | 40619186 | 40619186 | Storefront | 69.109.117.76 | Manual Login | Primary | | |
| 2008-05-23 18:50:52 | true | 40619186 | 40619186 | Storefront | 69.109.117.76 | Manual Login | Primary | | |
| 2008-05-23 13:34:08 | true | 40619186 | 40619186 | Storefront | 69.109.173.141 | Manual Login | Primary | | |
| 2008-05-20 17:25:36 | true | 40619186 | 40619186 | Storefront | 69.109.185.214 | Manual Login | Primary | | |
| 2008-05-19 12:02:06 | true | 40619186 | 40619186 | Storefront | 69.109.122.180 | Manual Login | Primary | | |
| 2008-05-17 11:48:43 | true | 40619186 | 40619186 | Storefront | 69.109.182.198 | Manual Login | Primary | | |
| 2008-05-16 22:04:02 | true | 40619186 | 40619186 | Storefront | 69.109.182.198 | Manual Login | Primary | | |
| 2008-05-16 21:05:22 | true | 40619186 | 40619186 | Storefront | 69.109.182.198 | Manual Login | Primary | | |
| 2008-05-14 12:49:16 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-05-08 23:00:47 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-05-07 12:24:13 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-05-07 11:10:56 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-05-06 21:26:54 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-05-04 22:43:25 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-05-04 22:21:35 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-05-04 22:20:45 | false | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-05-04 18:48:18 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-05-03 16:43:04 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-05-01 23:12:28 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-05-01 17:23:15 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-04-30 17:49:27 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-04-30 12:48:19 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-04-30 12:31:53 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-04-30 11:56:59 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-04-30 11:52:28 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-04-27 13:48:34 | false | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-04-27 13:45:25 | false | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-04-21 18:52:12 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |
| 2008-04-18 17:15:12 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | | |

CH-004

Login History - Microsoft Internet Explorer provided by Network Solutions

| Date/Time | Success | User ID | Source | IP Address | Login Type | Account | Session ID |
|---|---|---|---|---|---|---|---|
| 2008-04-18 17:12:28 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Control Panel Login | Primary | WN.HP.223974942 |
| 2008-04-18 17:12:00 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Control Panel Login | Primary | WN.HP.223974942 |
| 2008-04-18 17:10:13 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | |
| 2008-04-16 17:28:37 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | |
| 2008-04-16 17:26:16 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Control Panel Login | Primary | WN.HP.223974942 |
| 2008-04-16 17:25:59 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Control Panel Login | Primary | WN.HP.223974942 |
| 2008-04-16 17:24:46 | true | 40619186 | 40619186 | Storefront | 24.130.200.118 | Manual Login | Primary | |
| 2008-04-09 12:22:49 | true | 40619186 | 40619186 | Storefront | 67.161.0.64 | Manual Login | Primary | |
| 2008-04-06 02:37:46 | true | 40619186 | 40619186 | Storefront | 98.210.144.155 | Control Panel Login | Primary | WN.HP.251584722 |
| 2008-04-06 02:37:02 | true | 40619186 | 40619186 | Storefront | 98.210.144.155 | Manual Login | Primary | |
| 2008-04-05 20:00:52 | true | 40619186 | 40619186 | Storefront | 98.210.144.155 | Control Panel Login | Primary | WN.HP.232709639 |
| 2008-04-05 19:59:12 | true | 40619186 | 40619186 | Storefront | 98.210.144.155 | Manual Login | Primary | |
| 2008-04-02 21:29:44 | true | 40619186 | 42298104 | Storefront | 67.169.184.144 | CSR Login | Primary | |
| 2008-04-02 21:20:06 | true | 40619186 | 40619186 | Storefront | 210.5.121.190 | Manual Login | Primary | |
| 2008-04-02 20:54:09 | true | 40619186 | 42591142 | Storefront | 210.5.121.190 | CSR Login | Primary | |
| 2008-04-02 20:36:51 | true | 40619186 | 40619186 | Storefront | 67.169.184.144 | Manual Login | Primary | |
| 2008-04-02 20:35:51 | true | 40619186 | 40619186 | Storefront | 67.169.184.144 | Control Panel Login | Primary | |
| 2008-03-18 21:43:26 | true | 40619186 | 40619186 | Storefront | 24.130.200.141 | Control Panel Login | Primary | |
| 2008-03-18 21:42:44 | true | 40619186 | 40619186 | Storefront | 24.130.200.141 | Manual Login | Primary | |
| 2008-03-18 21:42:21 | true | 40619186 | 40619186 | Storefront | 24.130.200.141 | Control Panel Login | Primary | |
| 2008-03-18 21:20:09 | true | 40619186 | 40619186 | Storefront | 24.130.200.141 | Manual Login | Primary | |
| 2008-03-18 21:19:46 | true | 40619186 | 40619186 | Storefront | 24.130.200.141 | Control Panel Login | Primary | |
| 2008-03-18 21:19:24 | true | 40619186 | 40619186 | Storefront | 24.130.200.141 | Manual Login | Primary | |
| 2008-03-18 10:01:31 | true | 40619186 | 40619186 | Storefront | 69.109.121.187 | Manual Login | Primary | |
| 2008-03-18 02:04:43 | true | 40619186 | 40619186 | Storefront | 24.130.200.141 | Manual Login | Primary | |
| 2008-03-17 12:15:13 | true | 40619186 | 40619186 | Storefront | 24.130.200.141 | Manual Login | Primary | |
| 2008-03-17 11:59:27 | true | 40619186 | 40619186 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2008-03-17 11:51:53 | true | 40619186 | 39457954 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2008-03-17 11:43:19 | true | 40619186 | 40619186 | Storefront | 24.130.200.141 | Manual Login | Primary | |
| 2008-03-16 03:10:37 | true | 40619186 | 40619186 | Storefront | 71.198.25.150 | Manual Login | Primary | |
| 2008-03-15 16:32:25 | true | 40619186 | 40619186 | Storefront | 71.198.25.150 | Manual Login | Primary | |
| 2008-03-15 14:05:49 | true | 40619186 | 40619186 | Storefront | 71.198.25.150 | Manual Login | Primary | |
| 2008-03-15 12:59:05 | true | 40619186 | 41377737 | Storefront | 210.5.121.190 | CSR Login | Primary | |
| 2008-03-15 12:47:27 | true | 40619186 | 40619186 | Storefront | 71.198.25.150 | Manual Login | Primary | |
| 2008-03-15 12:15:18 | true | 40619186 | 40619186 | Storefront | 71.198.25.150 | Manual Login | Primary | |
| 2008-03-15 12:00:25 | true | 40619186 | 40619186 | Storefront | 71.198.25.150 | Manual Login | Primary | |
| 2008-03-14 02:15:55 | true | 40619186 | 40619186 | Storefront | 24.7.12.38 | Manual Login | Primary | |
| 2008-03-13 20:18:41 | true | 40619186 | 40619186 | Storefront | 24.7.12.38 | Manual Login | Primary | |
| 2008-03-13 19:55:56 | true | 40619186 | 40619186 | Storefront | 24.7.12.38 | Manual Login | Primary | |
| 2008-03-13 19:16:50 | true | 40619186 | 40619186 | Storefront | 24.7.12.38 | Manual Login | Primary | |
| 2008-03-13 19:11:58 | true | 40619186 | 40619186 | Storefront | 24.7.12.38 | Manual Login | Primary | |
| 2008-03-13 19:08:37 | true | 40619186 | 40619186 | Storefront | 24.7.12.38 | Manual Login | Primary | |
| 2008-03-13 17:42:53 | true | 40619106 | 40996951 | Storefront | 12.166.50.4 | CSR Login | Primary | |

Login History - Microsoft Internet Explorer provided by Network Solutions

| Date/Time | Status | ID1 | ID2 | Type | IP Address | Login Method | Level | Notes |
|---|---|---|---|---|---|---|---|---|
| 2008-03-13 17:42:05 | true | 40619186 | 40996951 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2008-03-13 17:28:02 | true | 40619186 | 40619186 | Storefront | 24.7.12.38 | Manual Login | Primary | |
| 2008-03-13 16:52:58 | true | 40619186 | 40619186 | Storefront | 24.7.12.38 | Manual Login | Primary | |
| 2008-03-13 15:49:46 | true | 40619186 | 40619186 | Storefront | 24.7.12.38 | Manual Login | Primary | |
| 2008-03-13 13:58:34 | true | 40619186 | 40619186 | Storefront | 24.7.12.38 | Manual Login | Primary | |
| 2008-03-13 13:07:30 | true | 40619186 | 40619186 | Storefront | 24.7.12.38 | Manual Login | Primary | |
| 2008-03-12 22:13:20 | true | 40619186 | 40381272 | Storefront | 210.5.121.190 | CSR Login | Primary | |
| 2008-03-12 22:09:18 | true | 40619186 | 40619186 | Storefront | 24.7.12.38 | Manual Login | Primary | |
| 2008-03-12 21:20:40 | true | 40619186 | 40619186 | Storefront | 24.7.12.38 | Manual Login | Primary | |
| 2008-03-12 19:30:03 | true | 40619186 | 40619186 | Storefront | 71.198.25.6 | Manual Login | Primary | |
| 2008-03-12 18:24:30 | true | 40619186 | 41192451 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2008-03-12 17:30:41 | true | 40619186 | 40619186 | Storefront | 71.198.25.6 | Manual Login | Primary | |
| 2008-03-12 14:29:39 | true | 40619186 | 42280854 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2008-03-12 14:12:06 | true | 40619186 | 40619186 | Storefront | 71.198.25.6 | Manual Login | Primary | |
| 2008-03-10 15:38:33 | true | 40619186 | 40619186 | Storefront | 24.7.13.151 | Manual Login | Primary | |
| 2008-03-10 13:42:21 | true | 40619186 | 40619186 | Storefront | 24.7.13.151 | Manual Login | Primary | |
| 2008-03-08 09:26:28 | true | 40619186 | 40619186 | Storefront | 76.102.164.119 | Control Panel Login | Primary | WN.HP.223974942 |
| 2008-03-08 09:25:45 | true | 40619186 | 40619186 | Storefront | 76.102.164.119 | Manual Login | Primary | |
| 2008-03-07 22:58:52 | true | 40619186 | 40619186 | Storefront | 76.102.164.119 | Manual Login | Primary | |
| 2008-03-07 22:56:56 | true | 40619186 | 40619186 | Storefront | 76.102.164.119 | Manual Login | Primary | |
| 2008-03-07 13:13:39 | true | 40619186 | 40619186 | Storefront | 76.102.164.119 | Manual Login | Primary | |
| 2008-03-07 11:59:37 | true | 40619186 | 40619186 | Storefront | 76.102.164.119 | Manual Login | Primary | |
| 2008-03-07 11:13:12 | true | 40619186 | 40619186 | Storefront | 76.102.164.119 | Manual Login | Primary | |
| 2008-03-07 03:23:12 | true | 40619186 | 40619186 | Storefront | 76.102.164.119 | Manual Login | Primary | |
| 2008-03-06 17:39:19 | true | 40619186 | 40619186 | Storefront | 71.198.8.178 | Manual Login | Primary | |
| 2008-03-06 16:44:45 | true | 40619186 | 40619186 | Storefront | 71.198.8.178 | Manual Login | Primary | |
| 2008-03-06 16:34:14 | true | 40619186 | 40619186 | Storefront | 71.198.8.178 | Manual Login | Primary | |
| 2008-03-06 16:31:13 | true | 40619186 | 40619186 | Storefront | 71.198.8.178 | Manual Login | Primary | |
| 2008-03-06 16:27:34 | true | 40619186 | 40619186 | Storefront | 71.198.8.178 | Manual Login | Primary | |
| 2008-03-06 16:15:59 | true | 40619186 | 40619186 | Storefront | 71.198.8.178 | Manual Login | Primary | |
| 2008-03-06 13:08:30 | true | 40619186 | 40619186 | Storefront | 71.198.8.178 | Automatic Login | Primary | |
| 2008-03-06 12:09:48 | true | 40619186 | 40619186 | Storefront | 71.198.8.178 | Manual Login | Primary | |
| 2008-03-06 12:01:37 | true | 40619186 | 40619186 | Storefront | 71.198.8.178 | Manual Login | Primary | |
| 2008-03-05 22:35:33 | true | 40619186 | 40619186 | Storefront | 71.198.8.178 | Manual Login | Primary | |
| 2008-02-29 16:36:12 | true | 40619186 | 40619186 | Storefront | 24.130.158.61 | Manual Login | Primary | |
| 2008-02-29 14:07:55 | true | 40619186 | 40619186 | Storefront | 24.130.158.61 | Manual Login | Primary | |
| 2008-02-29 14:04:02 | true | 40619186 | 40619186 | Storefront | 71.198.21.31 | Manual Login | Primary | |
| 2008-02-27 13:06:24 | true | 40619186 | 40619186 | Storefront | 71.198.21.31 | Manual Login | Primary | |
| 2008-02-25 22:45:04 | true | 40619186 | 40619186 | Storefront | 12.41.116.4 | Manual Login | Primary | |
| 2008-02-22 17:19:33 | true | 40619186 | 41029495 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WN.HP.251584722 |
| 2008-02-22 17:19:12 | true | 40619186 | 41029495 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2008-02-22 17:17:42 | true | 40619186 | 41103495 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2008-02-20 13:08:04 | true | 40619186 | 40619186 | Storefront | 24.7.10.241 | Manual Login | Primary | |
| 2008-02-19 16:25:35 | true | 40619186 | 42001740 | Storefront | 12.41.116.4 | Siebel Login | Primary | |

Login History - Microsoft Internet Explorer provided by Network Solutions

| Date | Status | ID1 | ID2 | Type | IP | Method | Level | Host |
|---|---|---|---|---|---|---|---|---|
| 2008-02-18 14:32:05 | true | 40619186 | 40619186 | Storefront | 75.125.166.61 | Manual Login | Primary | |
| 2008-02-18 14:20:28 | true | 40619186 | 40619186 | Storefront | 75.125.166.61 | Manual Login | Primary | |
| 2008-02-18 13:58:20 | true | 40619186 | 40619186 | Storefront | 24.7.10.241 | Manual Login | Primary | |
| 2008-02-18 13:32:25 | true | 40619186 | 39460347 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2008-02-18 12:32:02 | true | 40619186 | 40619186 | Storefront | 24.7.10.241 | Manual Login | Primary | |
| 2008-02-18 12:07:26 | true | 40619186 | 40619186 | Storefront | 24.7.10.241 | Manual Login | Primary | |
| 2008-02-18 11:49:19 | true | 40619186 | 40619186 | Storefront | 24.7.10.241 | Manual Login | Primary | |
| 2008-02-16 19:56:10 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Control Panel Login | Primary | |
| 2008-02-16 19:55:45 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Manual Login | Primary | |
| 2008-02-15 19:02:48 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Control Panel Login | Primary | WN.HP.232709639 |
| 2008-02-15 19:00:33 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Manual Login | Primary | |
| 2008-02-15 09:29:34 | true | 40619186 | 41759910 | Storefront | 24.7.10.229 | Siebel Login | Primary | |
| 2008-02-14 19:15:46 | true | 40619186 | 42001748 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WN.HP.223974942 |
| 2008-02-14 14:44:58 | true | 40619186 | 42001748 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2008-02-14 14:43:27 | true | 40619186 | 40821884 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2008-02-14 14:05:57 | true | 40619186 | 41218230 | Storefront | 12.41.116.4 | CSR Login | Primary | |
| 2008-02-14 12:43:17 | true | 40619186 | 41218230 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WN.HP.232709639 |
| 2008-02-13 20:00:16 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Manual Login | Primary | |
| 2008-02-13 19:59:52 | true | 40619186 | 41218230 | Storefront | 12.41.116.4 | Control Panel Login | Primary | |
| 2008-02-13 12:27:31 | true | 40619186 | 41218230 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WN.HP.251584722 |
| 2008-02-13 12:25:59 | true | 40619186 | 41218230 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WN.HP.232709639 |
| 2008-02-13 12:23:55 | true | 40619186 | 41218230 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WN.HP.251584722 |
| 2008-02-13 12:23:31 | true | 40619186 | 41139226 | Storefront | 12.41.116.4 | CSR Login | Primary | |
| 2008-02-13 12:22:47 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Siebel Login | Primary | |
| 2008-02-13 10:10:55 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Control Panel Login | Primary | WN.HP.232709639 |
| 2008-02-13 10:08:34 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Manual Login | Primary | |
| 2008-02-13 10:04:19 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Manual Login | Primary | |
| 2008-02-12 19:43:09 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Manual Login | Primary | |
| 2008-02-12 19:40:52 | true | 40619186 | 42376740 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2008-02-12 14:50:38 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Manual Login | Primary | |
| 2008-02-10 10:37:41 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Manual Login | Primary | |
| 2008-02-07 09:24:17 | true | 40619186 | 40857817 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2008-02-06 19:54:19 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Control Panel Login | Primary | |
| 2008-02-04 02:03:56 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Manual Login | Primary | WN.HP.223974942 |
| 2008-02-02 10:04:56 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Manual Login | Primary | |
| 2008-02-02 10:03:07 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Manual Login | Primary | WN.HP.251584722 |
| 2008-02-01 09:10:10 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Manual Login | Primary | |
| 2008-02-01 09:09:29 | true | 40619186 | 40619186 | Storefront | 24.7.10.229 | Automatic Login | Primary | |
| 2008-01-15 17:23:48 | true | 40619186 | 40619186 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2008-01-15 16:21:37 | true | 40619186 | 39460941 | Storefront | 24.7.10.229 | Manual Login | Primary | WN.HP.223974942 |
| 2008-01-03 01:22:33 | true | 40619186 | 42034316 | Storefront | 12.41.116.4 | Manual Login | Primary | |
| 2008-01-03 01:20:02 | true | 40619186 | 42034316 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WN.HP.223974942 |
| 2008-01-03 01:19:36 | true | 40619186 | 42034316 | Storefront | 12.41.116.4 | Siebel Login | Primary | |

CH-007

Login History - Microsoft Internet Explorer provided by Network Solutions

| Date/Time | Status | ID | Type | IP | Login | Primary/Secondary | Notes |
|---|---|---|---|---|---|---|---|
| 2007-12-30 20:39:13 | true | 40619186 | Storefront | 24.7.6.47 | Manual Login | Primary | |
| 2007-12-27 14:53:35 | true | 40619186 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-12-27 14:53:05 | true | 40085965 | Storefront | 24.7.6.47 | Manual Login | Primary | |
| 2007-12-27 11:28:13 | true | 40619186 | Storefront | 24.7.6.47 | Manual Login | Primary | |
| 2007-12-26 11:08:13 | true | 40619186 | Storefront | 67.188.91.243 | Manual Login | Primary | |
| 2007-12-26 09:18:54 | true | 40619186 | Storefront | 12.41.116.4 | CSR Login | Primary | |
| 2007-12-19 08:58:14 | true | 40619186 | Storefront | 12.41.116.4 | CSR Login | Primary | |
| 2007-12-17 15:46:46 | true | 42230747 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WN.HP.223974942 |
| 2007-12-17 15:45:45 | true | 40721053 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-12-17 15:45:40 | true | 40721053 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-12-17 15:43:02 | true | 40619186 | Storefront | 67.188.91.243 | Manual Login | Primary | |
| 2007-12-17 09:15:40 | true | 42230747 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2007-12-14 19:18:44 | true | 40619186 | Storefront | 67.188.91.243 | Manual Login | Primary | |
| 2007-12-12 12:30:10 | true | 40619186 | Storefront | 67.188.91.243 | Manual Login | Primary | |
| 2007-12-12 09:15:22 | true | 42230747 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2007-12-10 10:53:49 | true | 39460344 | Storefront | 12.166.50.4 | Control Panel Login | Primary | WN.HP.223974942 |
| 2007-12-10 10:51:38 | true | 39460344 | Storefront | 12.166.50.4 | Control Panel Login | Primary | |
| 2007-12-10 10:51:16 | true | 39460344 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-12-08 03:40:46 | true | 40619186 | Storefront | 67.188.91.243 | Manual Login | Primary | |
| 2007-12-08 03:31:01 | true | 40857817 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2007-12-08 03:27:37 | true | 40857817 | Storefront | 67.188.91.243 | Manual Login | Primary | |
| 2007-12-08 03:07:36 | true | 40619186 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2007-12-08 03:07:09 | true | 40857817 | Storefront | 12.41.116.4 | Manual Login | Primary | |
| 2007-12-08 02:55:31 | true | 40619186 | Storefront | 67.188.91.243 | Manual Login | Primary | |
| 2007-12-06 11:22:49 | true | 42230747 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2007-12-02 00:14:28 | true | 40619186 | Storefront | 24.7.4.95 | Manual Login | Primary | |
| 2007-12-01 22:59:00 | true | 40619186 | Storefront | 210.5.121.190 | CSR Login | Primary | |
| 2007-12-01 14:06:41 | true | 41551301 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-29 13:59:54 | true | 40619186 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-29 13:10:45 | true | 40619186 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-29 12:42:34 | true | 40619186 | Storefront | 12.166.50.4 | Manual Login | Primary | |
| 2007-11-29 12:08:06 | true | 39469062 | Storefront | 71.198.230.39 | CSR Login | Primary | |
| 2007-11-29 12:06:40 | true | 41192445 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-11-29 11:53:58 | true | 40619186 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-28 15:31:30 | true | 42115844 | Storefront | 64.40.182.162 | Siebel Login | Primary | |
| 2007-11-28 13:38:42 | true | 42047850 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-28 13:37:00 | true | 40619186 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-11-28 13:33:25 | true | 40619186 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-28 10:44:58 | true | 42047850 | Storefront | 64.40.182.162 | CSR Login | Primary | |
| 2007-11-28 10:44:58 | true | 42015844 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-21 19:13:33 | true | 40619186 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-21 15:48:47 | true | 40619166 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-21 12:19:28 | true | 40619186 | Storefront | 12.41.116.4 | Siebel Login | Primary | |

Login History - Microsoft Internet Explorer provided by Network Solutions

| Date/Time | Success | ID1 | ID2 | Type | IP | Login Method | Role | Session |
|---|---|---|---|---|---|---|---|---|
| 2007-11-20 10:52:31 | true | 40619186 | 42153294 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2007-11-19 12:01:15 | true | 40619186 | 40619186 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-19 11:35:20 | true | 40619186 | 40619186 | Storefront | 71.198.230.39 | Control Panel Login | Primary | |
| 2007-11-19 11:34:24 | true | 40619186 | 40619186 | Storefront | 71.198.230.39 | Manual Login | Primary | WN.HP.223974942 |
| 2007-11-19 11:34:23 | true | 40619186 | 42108535 | Storefront | 12.166.50.4 | Control Panel Login | Primary | |
| 2007-11-19 11:33:47 | true | 40619186 | 42108535 | Storefront | 12.166.50.4 | CSR Login | Primary | |
| 2007-11-17 18:36:41 | true | 40619186 | 40619186 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-17 18:24:47 | true | 40619186 | 40619186 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-17 17:57:18 | true | 40619186 | 40619186 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-17 09:36:55 | true | 40619186 | 40619186 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-17 09:02:38 | true | 40619186 | 40619186 | Storefront | 71.198.230.39 | Manual Login | Primary | WN.HP.223974942 |
| 2007-11-16 17:10:14 | true | 40619186 | 42234707 | Storefront | 12.41.116.4 | CSR Login | Primary | |
| 2007-11-15 17:57:44 | true | 40619186 | 40619186 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-15 16:16:08 | true | 40619186 | 40619186 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-15 14:01:19 | true | 40619186 | 42230747 | Storefront | 12.41.116.4 | CSR Login | Primary | |
| 2007-11-15 12:55:56 | true | 40619186 | 42230747 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2007-11-14 19:14:58 | true | 40619186 | 40619186 | Storefront | 71.198.230.39 | Manual Login | Primary | |
| 2007-11-14 18:01:45 | true | 40619186 | 42230747 | Storefront | 12.41.116.4 | CSR Login | Primary | |
| 2007-11-14 13:29:19 | true | 40619186 | 40950689 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2007-11-14 10:12:27 | true | 40619186 | 40552858 | Storefront | 12.166.50.4 | Control Panel Login | Primary | |
| 2007-11-07 11:05:30 | true | 40619186 | 41436439 | Storefront | 12.166.50.4 | Control Panel Login | Primary | WN.HP.223974942 |
| 2007-11-07 11:05:12 | true | 40619186 | 41436439 | Storefront | 71.198.230.30 | Control Panel Login | Primary | |
| 2007-10-31 01:03:04 | true | 40619186 | 40857817 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WN.HP.251584722 |
| 2007-10-31 01:02:05 | true | 40619186 | 40857817 | Storefront | 12.41.116.4 | Control Panel Login | Primary | WN.HP.251584722 |
| 2007-10-31 01:01:55 | true | 40619186 | 40619186 | Storefront | 12.41.116.4 | Siebel Login | Primary | |
| 2007-10-31 01:01:25 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary | WN.HP.251584722 |
| 2007-10-31 00:56:42 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Manual Login | Primary | |
| 2007-10-31 00:55:53 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary | WN.HP.251584722 |
| 2007-10-31 00:44:37 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary | |
| 2007-10-31 00:44:04 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Manual Login | Primary | WN.HP.251584722 |
| 2007-10-30 13:51:21 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary | |
| 2007-10-30 13:50:44 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Manual Login | Primary | WN.HP.251584722 |
| 2007-10-30 13:46:58 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary | WN.HP.251584722 |
| 2007-10-30 13:45:28 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary | WN.HP.251584722 |
| 2007-10-30 13:44:42 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary | WN.HP.251584722 |
| 2007-10-30 13:40:35 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary | WN.HP.251584722 |
| 2007-10-30 13:39:42 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary | WN.HP.251584722 |
| 2007-10-30 13:39:04 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary | WN.HP.251584722 |
| 2007-10-30 13:38:46 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary | WN.HP.251584722 |
| 2007-10-30 13:38:22 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Manual Login | Primary | WN.HP.251584722 |
| 2007-10-30 13:37:56 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary | WN.HP.251584722 |
| 2007-10-30 13:15:22 | true | 40619186 | 40619186 | Storefront | 71.198.230.30 | Control Panel Login | Primary | WN.HP.251584722 |

CH-009