

CSR-Tools - Microsoft Internet Explorer provided by Network Solutions

File Edit View Favorites Tools Help

Address http://csrtools.prod.netsol.com/mainPage.jsp

Links AR Tools | ARIN | AUP Violators | CSR Web | CSR-Tools Login | Customize Links | FedEx | Fraud Tool | Provision Key - Virtual Path Lookup Page | RBL Report | Siebel Call Center

**CSR-Tools**

Storefront Links | Create Account | Partner Acct Mgmt | Registry Actions | AR Tools | RTPS/FDMS | Merge | Whois | Dig | LOGOUT

Search by: Domain Name | Search For: Account Detail | Domain Name: HANDBAGOUTPOST.COM | Search

| Name | Status | Locked | Updated By | Expiration Date | Special | Order History | Alliance |
|---|---|---|---|---|---|---|---|
| HANDBAGOUTPOST.COM | DELETED | | 41511301 | | | H | |
| HANDBAGSLUXERY.COM | ACTIVE | | 40619186 | | | H | |
| MET-A-PORTER.COM | DELETED | | 40619186 | | | H | |
| NATURALBOOKS.NET | DELETED | | 40724870 | | | H | |
| NIKEOUTPOST.COM | ACTIVE | | 39753723 | | | H | |
| RAFFAELLOTEIS.COM | DELETED | | 40619186 | | | H | |
| RICH2010.COM | ACTIVE | | 40619186 | | | H | |

Private Registration

| Name | Status | Locked | Updated By | Expiration Date | Special | Order History | Alliance |
|---|---|---|---|---|---|---|---|
| CARSOUTPOST.COM | DELETED | | 40619186 | 08-24-2007 | | H | |
| ELECTRICOUTPOST.COM | INACTIVE | | 40619186 | 05-24-2008 | | H | |
| ELUXURYWATCH.COM | ACTIVE | | 40619186 | 10-25-2008 | | H | |
| HANDBAGEMPORIUM.NET | DELETED | | 40189075 | 10-04-2007 | | H | |
| HANDBAGOUTPOST.COM | DELETED | | 40619186 | 04-10-2009 | | H | |
| HANDBAGSLUXERY.COM | ACTIVE | | 40619186 | 12-10-2008 | | H | |
| MET-A-PORTER.COM | DELETED | | 40619186 | 02-12-2008 | | H | |
| NATURALBOOKS.NET | DELETED | | 40724870 | 10-22-2007 | | H | |
| NIKEOUTPOST.COM | ACTIVE | | 40874544 | 09-06-2008 | | H | |
| RAFFAELLOTEIS.COM | DELETED | | 40619186 | 02-12-2010 | | H | |
| RICH2010.COM | ACTIVE | | 40619186 | 04-28-2009 | | H | |

Web Forwarding

| Name | Status | Locked | Updated By | Expiration Date | Special | Order History | Alliance |
|---|---|---|---|---|---|---|---|
| HANDBAGEMPORIUM.NET | DELETED | | 40189075 | 10-04-2007 | | H | |
| MET-A-PORTER.COM | DELETED | | 40619186 | 02-12-2008 | | H | |

Trusted sites



CSR-Tools - Microsoft Internet Explorer provided by Network Solutions

File Edit View Favorites Tools Help

Address http://csrtools.prod.netsol.com/mainPage.jsp

Links AR Tools ARIN AUP Violators CSR Web CSR-Tools Login Customize Links FedEx Fraud Tool Provision Key - Virtual Path Lookup Page RBL Report Siebel Call Center

CSR-Tools

Storefront Links | Create Account | Partner Acct Mgmt | Registry Actions | AR Tools | RTPS/FDMS | Merge | Whois | Dig | LOGOUT

Search by: Domain Name | Search For: Account Detail | Domain Name: HANDBAGOUTPOST.COM | Search

| Name | Status | Locked | Updated By | Expiration Date | Special | Order History | Alliance |
|---|---|---|---|---|---|---|---|
| MET-A-PORTER.COM | DELETED | | 40619186 | 02-12-2008 | | H | |
| RAFFAELLOTEIS.COM | DELETED | | 40619186 | 02-12-2008 | | H | |

Hosting

| Name | Status | Locked | Updated By | Expiration Date | Special | Order History | Alliance |
|---|---|---|---|---|---|---|---|
| 01933E8.NETSOLHOST.COM Standard Hosting Package - Windows | ACTIVE | | 40619186 | 04-28-2009 | | H | |

E-Commerce Package

| Name | Status | Locked | Updated By | Expiration Date | Special | Order History | Alliance |
|---|---|---|---|---|---|---|---|
| E-Commerce Monster Books Utility | DELETED | | 40619186 | | | H | |
| E-Commerce Monster Dataport | DELETED | | 40619186 | 03-24-2008 | | H | |

Online Marketing

| Name | Status | Locked | Updated By | Expiration Date | Special | Order History | Alliance |
|---|---|---|---|---|---|---|---|
| Online Marketing National - HANDBAGOUTPOST.COM | DELETED | | 40483232 | | | H | |
| http://HANDBAGOUTPOST.COM/ PerformanceClicks - Maximized Custom | DELETED | | 40552858 | 12-12-2007 | | H | |
| http://NIKEOUTPOST.COM/ PerformanceClicks - Guaranteed Basic | DELETED | | 826 | 10-19-2007 | | H | |
| http://handbagoutpost.com/ PerformanceClicks - Guaranteed Plus | DELETED | | 826 | 10-12-2007 | | H | |

E-Commerce Package

| Name | Status | Locked | Updated By | Expiration Date | Special | Order History | Alliance |
|---|---|---|---|---|---|---|---|
| 00E318B.NETSOLSTORES.COM Pro E-Commerce (Version 4.x) | DELETED | | 40880415 | 04-12-2008 | | H | |
| 015C840.NETSOLSTORES.COM Pro E-Commerce (Version 4.x) | DELETED | | 1017 | 03-24-2008 | | H | |
| 0201E91.NETSOLSTORES.COM Pro E-Commerce | DELETED | | 40619186 | 04-12-2008 | | H | |

Trusted sites



CSR-Tools - Microsoft Internet Explorer provided by Network Solutions

File Edit View Favorites Tools Help

Back Search Favorites

Address http://csrtools.prod.netsol.com/mainPage.jsp Go

Links AR Tools ARIN AUP Violators CSR Web CSR-Tools Login Customize Links FedEx Fraud Tool Provision Key - Virtual Path Lookup Page RBL Report Siebel Call Center

CSR-Tools

Storefront Links | Create Account | Partner Acct Mgmt | Registry Actions | AR Tools | RTPS/FDMS | Merge | Whois | Dig | LOGOUT

Search by: Domain Name | Search For: Account Detail | Domain Name: HANDBAGOUTPOST.COM | Search

| Name | Status | Locked | Updated By | Expiration Date | Special | Order History | Alliance |
|---|---|---|---|---|---|---|---|
| Pro E-Commerce (Version 4.x) | DELETED | | 1017 | 03-24-2008 | | H | |
| 0201E91.NETSOLSTORES.COM Pro E-Commerce | DELETED | | 40619186 | 04-12-2008 | | H | |

Security Products

| Name | Status | Locked | Updated By | Expiration Date | Special | Order History | Alliance |
|---|---|---|---|---|---|---|---|
| WWW.HANDBAGOUTPOST.COM SiteSafe(TM) SSL Certificate - Pro | ACTIVE | | 40619186 | 01-23-2009 | | H | |

Search Engine Marketing

| Name | Status | Locked | Updated By | Expiration Date | Special | Order History | Alliance |
|---|---|---|---|---|---|---|---|
| http://handbagoutpost.com/ Search Engine Visibility | DELETED | | 42108535 | 12-19-2007 | | H | |
| http://nikeoutpost.com/ Search Engine Visibility | DELETED | | 42108535 | 12-19-2007 | | H | |
| http://rich2010.com/ Search Engine Visibility | DELETED | | 40619186 | 09-24-2007 | | H | |
| http://transithosting.net/ Search Engine Visibility | DELETED | | 40860884 | 02-05-2007 | | H | |
| http://www.NIKEOUTPOST.COM/ Search Engine Visibility | DELETED | | 39458227 | 10-12-2007 | | H | |
| http://www.handbagoutpost.com/ Search Engine Visibility | DELETED | | 39458227 | 10-19-2007 | | H | |

(showing items 1 - 55 of 55, page 1 of 1) First Previous 1 Next Last All

Orders

Deferred Pending | Deferred In Process | Inbound CRA | Outbound CRA | Legal Name Change | RNCA/Channel Transfer

Show Orders Filtered by:

Line Item Status: Select...

Product Type: Product...

Action Type: Action...

Submit

Trusted sites

CH-021

CSR-Tools - Microsoft Internet Explorer provided by Network Solutions

File Edit View Favorites Tools Help

Address http://csrtools.prod.netsol.com/mainPage.jsp

Links AR Tools ARIN AUP Violators CSR Web CSR-Tools Login Customize Links FedEx Fraud Tool Provision Key - Virtual Path Lookup Page RBL Report Siebel Call Center

CSR-Tools

Storefront Links | Create Account | Partner Acct Mgmt | Registry Actions | AR Tools | RIPS/FDMS | Merge | Whois | Dig | LOGOUT

Search by: Domain Name — Search For: Account Detail — Domain Name: HANDBAGOUTPOST.COM — Search

DOM_COM - HANDBAGOUTPOST.COM

WN.D.203015639

| Product Type | DOM_COM |
|---|---|
| Account | 30408648 |

Status Information

| Name | Status | Workflow Status | Configured State | Locked | Updated By | Expiration Date | Special | Order History |
|---|---|---|---|---|---|---|---|---|
| HANDBAGOUTPOST.COM | DELETED | | N/A | N - History | 40619186 | N/A | No Special History | H |

Financial Information

| Name | Status | Subscription Term | Subscription Unit | Auto Renew (Y/N) | Bundle (Y/N) | Invoice |
|---|---|---|---|---|---|---|
| HANDBAGOUTPOST.COM | BILLABLE | N/A | N/A | N/A | N | 115544467 |

Other Information

| Domain Handle | Tech Handle | Billing Handle | Admin Handle | Nameservers | Dig | ADNS | DNS | Private Registration | Auction |
|---|---|---|---|---|---|---|---|---|---|
| YGRJTNDZYD | | | | NS64.IPNAMES.NET NS65.IPNAMES.NET | | | H | INACTIVE | Optout - Y |

Product Purchase History

| Start Date | End Date | Description | Invoice Id | Event Id | Order Id | Purchase Period | Purchase Type | Net Amount | Discount Applied | Channel Id | Partner | Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-10-2006 | 04-10-2007 | DOM_COM | 69605679 | 26445290 | 226066312 | 1 Y | Acquisition | $34.99 | No | 15930647 | | 1.0 |
| 04-10-2007 | 04-10-2008 | DOM_COM | 93102776 | 800838751 | 258947182 | 1 Y | Renewal | $34.99 | No | 15930647 | | 1.0 |
| 04-10-2008 | 04-10-2009 | DOM_COM | 115544467 | 806746193 | 289440414 | 1 Y | Renewal | $34.99 | No | 15930647 | | 1.0 |

Associated Product(s)

| Prod Type | Name | Status | Workflow Status | Financial Status | Expiry Date | Special |
|---|---|---|---|---|---|---|
| DNS Hosting | HANDBAGOUTPOST.COM | DELETED | | NONBILLABLE | | |
| Online Marketing National | HANDBAGOUTPOST.COM | DELETED | | NONBILLABLE | | |
| Private-Registration | HANDBAGOUTPOST.COM | DELETED | | PAID | 04-10-2009 | |

Done — Trusted sites



CH-023



CH-024

CSR-Tools - Microsoft Internet Explorer provided by Network Solutions

File Edit View Favorites Tools Help

Back Search Favorites

Address http://csrtools.prod.netsol.com/mainPage.jsp Go

Links AR Tools ARIN AUP Violators CSR Web CSR-Tools Login Customize Links FedEx Fraud Tool Provision Key - Virtual Path Lookup Page RBL Report Siebel Call Center

CSR-Tools

Storefront Links | Create Account | Partner Acct Mgmt | Registry Actions | AR Tools | RTPS/FDNS | Merge | Whois | Dig | LOGOUT

Search by: Domain Name | Search For: Account Detail | Domain Name: HANDBAGOUTPOST.COM | Search

**ACK-NACK Confirmation Screen**

Could not retrieve authorization page for abagandmore@aol.com.

**Emails Wholesale/Retail**

The information below contains all emails that were sent on this domain name.

**Confirmation Email to Admin Contact:**

Attention: Handbag Outpost
Re: Transfer of HANDBAGOUTPOST.COM

We received notification on May 18, 2008 10:48:00 PM EDT that you have requested to transfer to another domain name registrar. If you would like to proceed with this transfer you do not need to respond to this message. If you wish to c transfers.com/?h=c003bdfeca2f23b3372478eb71b37a2b.

If we do not hear from you by May 22, 2008 10:48:00 PM EDT, this transfer will proceed.
We are committed to providing you with the solutions, services, and support to help you succeed online. We hope to continue serving you in the future.

Sincerely,

Network Solutions(R) Customer Support

---

This e-mail was sent from a notification only address and cannot receive incoming messages.

Your Network Solutions(R) services are subject to the terms and conditions set forth in our Service Agreement which you accepted at the time of purchase. You can view the complete Service Agreement again at: http://goto.networksolutio

Please note, in accordance with our Privacy Policy, we will continue to send you notices and other important information affecting your account or services in order to fulfill our service obligations to you. Access our Privacy Policy at http://

(c) Copyright 2008 Network Solutions, LLC. All rights reserved.
Network Solutions, LLC, 13861 Sunrise Valley Drive, Department CCD, Herndon, VA 20171

**WhoIs Record**

The information below is the WhoIs record retrieved from Network Solutions at the time that the transfer order was submitted.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related

Done Trusted sites



CSR-Tools - Microsoft Internet Explorer provided by Network Solutions

File Edit View Favorites Tools Help

Back Search Favorites

Address http://csrtools.prod.netsol.com/mainPage.jsp

Links AR Tools ARIN AUP Violators CSR Web CSR-Tools Login Customize Links FedEx Fraud Tool Provision Key - Virtual Path Lookup Page RBL Report Siebel Call Center

CSR-Tools

Storefront Links | Create Account | Partner Acct Mgmt | Registry Actions | AR Tools | RTPS/FDMS | Merge | Whois | Dig | LOGOUT

Search by: Domain Name | Search For: Account Detail | Domain Name: HANDBAGOUTPOST.COM | Search

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves the right to terminate your access to the WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy. Network Solutions reserves the right to modify these terms at any time.

Get a FREE domain name registration, transfer, or renewal with any annual hosting package.

http://www.networksolutions.com

Visit AboutUs.org for more information about HANDBAGOUTPOST.COM
AboutUs: HANDBAGOUTPOST.COM

Registrant:
Handbag Outpost
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514
Panama City
PA

Domain Name: HANDBAGOUTPOST.COM

------------------------------------------------------------------
Promote your business to millions of viewers for only $1 a month
Learn how you can get an Enhanced Business Listing here for your domain name.
Learn more at http://www.NetworkSolutions.com/
------------------------------------------------------------------

Administrative Contact, Technical Contact:
Handbag Outpost abagandmore@aol.com
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514

Done | Trusted sites

CH-026



CSR-Tools - Microsoft Internet Explorer provided by Network Solutions
File Edit View Favorites Tools Help
Back Search Favorites
Address http://csrtools.prod.netsol.com/mainPage.jsp
Go
Links AR Tools ARIN AUP Violators CSR Web CSR-Tools Login Customize Links FedEx Fraud Tool Provision Key - Virtual Path Lookup Page RBL Report Siebel Call Center
CSR-Tools
Storefront Links | Create Account | Partner Acct Mgmt | Registry Actions | AR Tools | RTPS/FDMS | Merge | Whois | Dig | LOGOUT
Search by Domain Name
Search For Account Detail
Domain Name HANDBAGOUTPOST.COM
Search
database. Network Solutions reserves the right to terminate your access to the WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this policy.
Network Solutions reserves the right to modify these terms at any time.
Get a FREE domain name registration, transfer, or renewal with any annual hosting package.
http://www.networksolutions.com
Visit AboutUs.org for more information about HANDBAGOUTPOST.COM
AboutUs: HANDBAGOUTPOST.COM
Registrant:
Handbag Outpost
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514
Panama City
PA
Domain Name: HANDBAGOUTPOST.COM
Promote your business to millions of viewers for only $1 a month
Learn how you can get an Enhanced Business Listing here for your domain name.
Learn more at http://www.NetworkSolutions.com/
Administrative Contact, Technical Contact:
Handbag Outpost abagandmore@aol.com
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514
Panama City
PA
1-800-431-1365
Record expires on 10-Apr-2009.
Record created on 10-Apr-2006.
Database last updated on 22-May-2008 23:03:56 EDT.
Domain servers in listed order:
NS64.IPNAMES.NET
NS65.IPNAMES.NET
Done
Trusted sites

## Nameserver Change History for HANDBAGOUTPOST.COM

Nameserver Change History - Microsoft Internet Explorer provided by Network Solutions

Nameserver Change History

| Date | Person Org Id | Client | Client IP Address | Order Id | Nameservers |
|---|---|---|---|---|---|
| 2008-03-15 12:59:13 | 41372737 | Storefront | | 289440330 | NS65.IPNAMES.NET<br>NS64.IPNAMES.NET |
| 2008-03-13 17:43:27 | 40619186 | Storefront | | 289271255 | NS43.IPNAMES.NET<br>NS42.IPNAMES.NET |
| 2008-03-12 21:23:16 | 41511301 | Storefront | | 289170100 | NS4.PINNACLECART.COM<br>NS3.PINNACLECART.COM |
| 2007-12-01 14:07:40 | 42047850 | Storefront | | 280114577 | NS28.WORLDNIC.COM<br>NS27.WORLDNIC.COM |
| 2007-11-28 13:34:40 | 40619186 | Storefront | | 279884156 | NS4.VOLUSION.COM<br>NS3.VOLUSION.COM |
| 2006-04-10 16:15:25 | 40619186 | Storefront | | | NS28.WORLDNIC.COM<br>NS27.WORLDNIC.COM |

Close