

CH-029



CH-030

[Screenshot of Netsol Contact Center - Microsoft Internet Explorer showing a Service Request form with the following visible fields:]

- *SR #: 1-300537751
- Last Name: Blaszze
- First Name: Justine
- User ID: FUNNYRB09
- Phone #: (800) 431-1365
- E-mail: aboagentmore@aool.com
- Person Org ID: 40619186
- Notes: Customer upgraded to Plus, refunding redundant setup fee of $99
- *AE 1: Refund
- AE 2: PPC
- *Owner: PPCSUP001
- Created By: TAMMY009
- *Status: Closed
- *Sub-Status: Resolved
- *Priority: Standard
- *Date Opened: 9/7/2007
- Date Closed: 9/7/2007 12:12:24 PM
- Source: Phone
- Source Division: MonsterCommerce - SEO
- Group: MonsterCommerce - SEO
- Prod Name: HANDBAGOUTPOST.COM
- Prod Inst Id: 1-4YZPKP
- Prod Type: domain
- Products: HANDBAGOUTPOST.COM

[Screenshot of Netsol Contact Center application in Microsoft Internet Explorer, rotated 90 degrees. Visible fields include:]

- SR #: 1-300717122
- Last Name: Blazze
- First Name: Justine
- User ID: FUNNY8RP09
- Sales Order Id: 272836263
- Phone #: (800) 431-1365
- E-mail: aboaandmore@aol.com
- Person Org ID: 40619186
- *AE 1: Cancel
- AE 2: SEV
- Notes: cancel http://rich2010.com/ Search Engine Visibility Order: 273044330 submitted to delete for product instance id VWN.SE.249844693 Shutting down site (SEVSUP001)
- *Owner: SEVSUP001
- Created By: LAURIE004
- *Status: Closed
- *Sub-Status: Resolved
- *Priority: Standard
- Source Division: Hazleton Tier 1
- Source: Phone
- Date Closed: 9/10/2007 04:55:16 PM
- Date Opened: 9/7/2007 11:46:55 AM
- Group: MonsterCommerce - SEO

SR Assets:
| Prod Name | Prod Inst Id | Prod Type | Prod Code | Prod Description |
|---|---|---|---|---|
| HANDBAGOUTPOST.COM | VWN.D.203015639 | domain | DOM_COM | DOM_COM |
| HTTP://RICH2010.COM/ | VWN.SE.249844693 | seopkg | SE_VIS | Search Engine Visibility |

CH-032





[Screenshot of Netsol Contact Center - Microsoft Internet Explorer showing a Service Request form with the following visible details:]

- *SR #: 1-33235591
- Last Name: Blazze
- First Name: Justine
- User ID: FUNNYRRP09
- Relationship: Primary
- Phone #: (830) 431-1366
- E-mail: abogsindmore@aol.com
- Person Org ID: 4061986
- Action Escalation
- *AE 1: Retention - IB Call
- AE 2: No Save
- AE 3: Client Decision
- Notes: moving to singapore cx moving there------otrcs15 rate------no dice------so adv ocra is on names til 05/13/03------also adv cx that after auth prim turned off priv reg-adv pof 24 hrs-did verif admin emailaddress on whois------adv after ocra is off will need to turn off doemain protect&req auth code online------
- *Owner: GrkA002
- Created By: GrkA002
- *Status: Closed
- *Sub-Status: Resolved
- *Priority: Standard
- Group: Hazleton CRS
- Source Division: Hazleton CRS
- Source: Phone
- Date Closed: 3/17/2008 11:59:46 AM
- *Date Opened: 3/17/2008 11:50:36 AM

SR Assets:
- Prod Name: HANDBAGOUTPOST.COM
- Prod Inst Id: VrkID 203015639
- Prod Type: domain
- Prod Code: DOM_COM
- Prod Description: DOM_COM

Products: HANDBAGOUTPOST.COM

CH-035