Invoice Page                                                                                          Page 1 of 1

CH-036

Invoice Email View | Print | Close

# NetworkSolutions

| Account Number | Invoice Number | Parent Invoice | Invoice Amount | Current Due | Invoice Date |
|---|---|---|---|---|---|
| 30408648 | 69605679 | | $43.99 | $0.00 | 04/10/2006 |

Handbag Outpost
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514 Panama City
PA

**SUMMARY OF CHARGES AND CREDITS**

| Date | Description | Type | EventID | Prod Type | Prod Name | Term | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/10/2006 | One Off Charge | Acquisition | 26445290 | COM domain | HANDBAGOUTPOST.COM | 1 | $34.99 | $34.99 |
| 04/10/2006 | One Off Charge | Acquisition | 26445291 | Private Registration | HANDBAGOUTPOST.COM | 1 | $9.00 | $9.00 |

**PAYMENTS**

| ID | Date | Pymt Status | Pymt Method | Check/Card#/PayPalID | Amount | Order Num | RTPS Trans ID |
|---|---|---|---|---|---|---|---|
| 12519674 | 04/10/2006 | Applied | Credit Card | **** 3206 | $43.99 | 226066312 | 50158244 |

**ADJUSTMENTS**

| Date | Details | Amount | Order Num | Customer ID | CSR ID | Siebel SR# |
|---|---|---|---|---|---|---|

CH-037

Invoice Email View | Print | Close

# NetworkSolutions

| Account Number | Invoice Number | Parent Invoice | Invoice Amount | Current Due | Invoice Date |
|---|---|---|---|---|---|
| 30408648 | 93102776 | | $43.99 | $0.00 | 04/03/2007 |

Handbag Outpost
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514Panama City
PA

## SUMMARY OF CHARGES AND CREDITS

| Date | Description | Type | EventID | Prod Type | Prod Name | Term | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/03/2007 | One Off Charge | Renewal | 800838751 | COM domain | HANDBAGOUTPOST.COM | 1 | $34.99 | $34.99 |
| 04/03/2007 | One Off Charge | Renewal | 800838752 | Private Registration | HANDBAGOUTPOST.COM | 1 | $9.00 | $9.00 |

## PAYMENTS

| ID | Date | Pymt Status | Pymt Method | Check/Card#/PayPalID | Amount | Order Num | RTPS Trans ID |
|---|---|---|---|---|---|---|---|
| 14880461 | 04/03/2007 | Applied | Credit Card | **** 9143 | $43.99 | 258947182 | 56085246 |

## ADJUSTMENTS

| Date | Details | Amount | Order Num | Customer ID | CSR ID | Siebel SR# |
|---|---|---|---|---|---|---|

Invoice Email View | Print | Close

**NetworkSolutions**

CH-038

| Account Number | Invoice Number | Parent Invoice | Invoice Amount | Current Due | Invoice Date |
|---|---|---|---|---|---|
| 30408648 | 115544467 | | $34.99 | $0.00 | 03/15/2008 |

Handbag Outpost
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514Panama City

PA

**SUMMARY OF CHARGES AND CREDITS**

| Date | Description | Type | EventID | Prod Type | Prod Name | Term | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/15/2008 | One Off Charge | Renewal | 806746193 | COM domain | HANDBAGOUTPOST.COM | 1 | $34.99 | $34.99 |

**PAYMENTS**

| ID | Date | Pymt Status | Pymt Method | Check/Card#/PayPalID | Amount | Order Num | RTPS Trans ID |
|---|---|---|---|---|---|---|---|
| 17189856 | 03/15/2008 | Applied | Credit Card | **** 4429 | $34.99 | 289440414 | 61510720 |

**ADJUSTMENTS**

| Date | Details | Amount | Order Num | Customer ID | CSR ID | Siebel SR# |
|---|---|---|---|---|---|---|

CH-039

Invoice Email View | Print | Close

# NetworkSolutions

| Account Number | Invoice Number | Parent Invoice | Invoice Amount | Current Due | Invoice Date |
|---|---|---|---|---|---|
| 30408648 | 115551838 | | $272.44 | $0.00 | 03/17/2008 |

Handbag Outpost
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514 Panama City

PA

## SUMMARY OF CHARGES AND CREDITS

| Date | Description | Type | EventID | Prod Type | Prod Name | Term | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/17/2008 | One Off Charge | Renewal | 806765274 | ECOMM_PRO | 015C840.NETSOLSTORES.COM | 1 | $99.95 | $99.95 |
| 03/17/2008 | One Off Charge | Renewal | 806765275 | HP_PKG_S_WIN | 01933E8.NETSOLHOST.COM | 1 | $119.50 | $119.50 |
| 03/17/2008 | One Off Charge | Renewal | 806765276 | COM domain | RICH2010.COM | 1 | $34.99 | $34.99 |
| 03/17/2008 | One Off Charge | Renewal | 806765277 | Private Registration | RICH2010.COM | 1 | $9.00 | $9.00 |
| 03/17/2008 | One Off Charge | Renewal | 806765278 | Private Registration | HANDBAGOUTPOST.COM | 1 | $9.00 | $9.00 |

## PAYMENTS

| ID | Date | Pymt Status | Pymt Method | Check/Card#/PayPalID | Amount | Order Num | RTPS Trans ID |
|---|---|---|---|---|---|---|---|
| 17197076 | 03/17/2008 | Applied | Credit Card | ****4429 | $272.44 | 289533268 | 61528697 |

## ADJUSTMENTS

| Date | Details | Amount | Order Num | Customer ID | CSR ID | Siebel SR# |
|---|---|---|---|---|---|---|

Invoice Email View | Print | Close

CH-040

**NetworkSolutions**

| Account Number | Invoice Number | Parent Invoice | Invoice Amount | Current Due | Invoice Date |
|---|---|---|---|---|---|
| 30408648 | 99090188 | | $199.00 | $0.00 | 07/27/2007 |

Handbag Outpost
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514 Panama City
PA

**SUMMARY OF CHARGES AND CREDITS**

| Date | Description | Type | EventID | Prod Type | Prod Name | Term | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/27/2007 | One Off Charge | Acquisition | 802772673 | SSL_PRO | | 1 | $199.00 | $199.00 |

**PAYMENTS**

| ID | Date | Pymt Status | Pymt Method | Check/Card#/PayPalID | Amount | Order Num | RTPS Trans ID |
|---|---|---|---|---|---|---|---|
| 15608900 | 07/27/2007 | Applied | Credit Card | **** 4429 | $199.00 | 269568110 | 57753465 |

**ADJUSTMENTS**

| Date | Details | Amount | Order Num | Customer ID | CSR ID | Siebel SR# |
|---|---|---|---|---|---|---|

CH-041

Invoice Email View | Print | Close

# NetworkSolutions

| Account Number | Invoice Number | Parent Invoice | Invoice Amount | Current Due | Invoice Date |
|---|---|---|---|---|---|
| 30408648 | 107181240 | | $257.95 | $0.00 | 11/19/2007 |

**Handbag Outpost**
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514 Panama City

PA

## SUMMARY OF CHARGES AND CREDITS

| Date | Description | Type | EventID | Prod Type | Prod Name | Term | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/19/2007 | One Off Charge | Delayed | 804650416 | SE_VIS | http://handbagoutpost.com/ | 1 | $0.00 | $0.00 |
| 11/19/2007 | One Off Charge | Acquisition | 804650417 | SE_VIS | http://handbagoutpost.com/ | 1 | $79.00 | $79.00 |
| 11/19/2007 | One Off Charge | Acquisition | 804650418 | SE_VIS | http://handbagoutpost.com/ | 1 | $0.00 | $0.00 |
| 11/19/2007 | One Off Charge | Renewal | 804650419 | ECOMM_PRO | 015C840.NETSOLSTORES.COM | 1 | $99.95 | $99.95 |
| 11/19/2007 | One Off Charge | Delayed | 804650548 | SE_VIS | http://nikeoutpost.com/ | 1 | $0.00 | $0.00 |
| 11/19/2007 | One Off Charge | Acquisition | 804650549 | SE_VIS | http://nikeoutpost.com/ | 1 | $79.00 | $79.00 |
| 11/19/2007 | One Off Charge | Acquisition | 804650550 | SE_VIS | http://nikeoutpost.com/ | 1 | $0.00 | $0.00 |

## PAYMENTS

| ID | Date | Pymt Status | Pymt Method | Check/Card#/PayPalID | Amount | Order Num | RTPS Trans ID |
|---|---|---|---|---|---|---|---|
| 16338277 | 11/19/2007 | Applied | Credit Card | **** 4429 | $257.95 | 279151880 | 59444401 |

## ADJUSTMENTS

| Date | Details | Amount | Order Num | Customer ID | CSR ID | Siebel SR# |
|---|---|---|---|---|---|---|

Invoice Page

Page 1 of 1

Invoice Email View | Print | Close

CH-042

**NetworkSolutions**

| Account Number | Invoice Number | Parent Invoice | Invoice Amount | Current Due | Invoice Date |
|---|---|---|---|---|---|
| 30408648 | 107199277 | | $31.45 | $0.00 | 11/21/2007 |

Handbag Outpost
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514Panama City

PA

### SUMMARY OF CHARGES AND CREDITS

| Date | Description | Type | EventID | Prod Type | Prod Name | Term | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/21/2007 | One Off Charge | Acquisition | 804695076 | SE_VIS | http://handbagoutpost.com/ | 1 | $31.45 | $31.45 |

### PAYMENTS

| ID | Date | Pymt Status | Pymt Method | Check/Card#/PayPalID | Amount | Order Num | RTPS Trans ID |
|---|---|---|---|---|---|---|---|
| 16356398 | 11/21/2007 | Applied | Credit Card | **** 4429 | $31.45 | 279375707 | 59484797 |

### ADJUSTMENTS

| Date | Details | Amount | Order Num | Customer ID | CSR ID | Siebel SR# |
|---|---|---|---|---|---|---|

Transaction Report for HANDBAGOUTPOST.COM

| TIMESTAMP | TRANSACTIONMODE | TRANSACTIONID | ORDERID | TRANSACTIONTYPE | PROCESSORREFERENCE | AUTHCODE |
|---|---|---|---|---|---|---|
| 3/15/08 1:03 PM | LIVE | 61510720 | 289440414 | S | VLEA2B5A94D1 | 100030 |
| 4/3/07 3:20 PM | LIVE | 56085246 | 258947182 | S | VSGA0EEAEF6B | 14 |
| 4/10/06 4:15 PM | LIVE | 50158244 | 226066312 | S | VWYA1BEBFB90 | 12 |
| 7/27/07 1:37 PM | LIVE | 57753465 | 269568110 | S | VTHA1B841633 | 10374 |
| 11/21/07 7:48 PM | LIVE | 59484797 | 279375707 | S | VXGA1E3F09AA | 16481 |
| 11/19/07 11:44 AM | LIVE | 59444401 | 279151880 | S | VTHA1DA295D4 | 8441 |
| 11/19/07 11:44 AM | LIVE | 59444401 | 279151880 | S | VTHA1DA295D4 | 8441 |
| 3/17/08 2:28 AM | LIVE | 61528697 | 289533268 | S | VPFA2A42395E | 23282 |
| 11/19/07 11:44 AM | LIVE | 59444401 | 279151880 | S | VTHA1DA295D4 | 8441 |
| 4/3/07 3:20 PM | LIVE | 56085246 | 258947182 | S | VSGA0EEAEF6B | 14 |
| 4/10/06 4:15 PM | LIVE | 50158244 | 226066312 | S | VWYA1BEBFB90 | 12 |

CH-043

| RESPONSE | RESPONSETIME | AVSADDR | AVSZIP | CVV2RESP | CREDITCARDTYPE | CREDITCARDEND | CARDHOLDER | CVV2 |
|---|---|---|---|---|---|---|---|---|
| A | 277 | N | Y | Y | VISA | 4429 | HANDBAG OUTPOST | NULL |
| A | 272 | Y | Y | Y | VISA | 9143 | CASONDRA STALL | NULL |
| A | 422 | Y | Y | Y | VISA | 3206 | CASONDRA TSHIMANGA | NULL |
| A | 269 | Y | Y | Y | VISA | 4429 | MORE BAGS INC. | NULL |
| A | 270 | N | Y | X | VISA | 4429 | MORE BAGS INC | NULL |
| A | 273 | N | N | Y | VISA | 4429 | MORE BAGS INC | NULL |
| A | 273 | N | N | X | VISA | 4429 | MORE BAGS INC | NULL |
| A | 273 | N | N | Y | VISA | 4429 | MORE BAGS INC | NULL |
| A | 289 | N | N | X | VISA | 4429 | HANDBAG OUTPOST | NULL |
| A | 272 | Y | N | Y | VISA | 9143 | CASONDRA STALL | NULL |
| A | 422 | Y | Y | Y | VISA | 3206 | CASONDRA TSHIMANGA | NULL |

CH-044

| EXPIRATION | TOTAL AMOUNT | STREET | ZIPCODE | CITY | STATE | COUNTRYCODE |
|---|---|---|---|---|---|---|
| 511 | 34.99 | 1477 SE 1ST AVE | 97013 | CANBY | OR | US |
| 210 | 43.99 | 39270 PASEO PADRE PRKY | 94544 | FREMONT | CA | US |
| 309 | 43.99 | 2642 OLIVER DR | 94545 | HAYWARD | CA | US |
| 511 | 199.00 | 2642 OLIVER DRIVE | 94545 | HAYWARD | CA | US |
| 511 | 31.45 | 2642 OLIVER DR | 94542 | HAYWARD | CA | US |
| 511 | 257.95 | 2642 OLIVER DR | 94542 | HAYWARD | CA | US |
| 511 | 0.00 | 2642 OLIVER DR | 94542 | HAYWARD | CA | US |
| 511 | 257.95 | 2642 OLIVER DR | 94542 | HAYWARD | CA | US |
| 511 | 79.00 | 2642 OLIVER DR | 94542 | HAYWARD | CA | US |
| 511 | 272.44 | NULL | NULL | NULL | NULL | NULL |
| 210 | 43.99 | 39270 PASEO PADRE PRKY | 94544 | FREMONT | CA | US |
| 309 | 43.99 | 2642 OLIVER DR | 94545 | HAYWARD | CA | US |

| EMAIL | INETADDRESS | PRODUCTREFERENCE | REFUNDAMOUNT | ACCOUNT_NAME | PAYMENT_ID | INVOICE_ID |
|---|---|---|---|---|---|---|
| ABAGANDMORE@AOL.COM | 210.5.121.190 | WN.D.203015639 | 0 | 30408648 | 17189856 | 115544467 |
| EBOOK555@COMCAST.NET | 24.7.5.100 | WN.D.203015639 | 0 | 30408648 | 14880461 | 93102776 |
| EBOOK555@COMCAST.NET | 12.166.50.4 | WN.D.203015639 | 0 | 30052884 | 12519674 | 69605679 |
| EBOOK555@COMCAST.NET | 24.7.1.24 | WN.C.249480445 | 0 | 30052884 | 15608900 | 99090188 |
| NULL | 10.222.32.20 | WN.SE.252226599 | 0 | 30408648 | 16356398 | 107199277 |
| INFO@HANDBAGOUTPOST.COM | 12.166.50.4 | WN.SE.252226599 | 0 | NULL | 0 | 0 |
| INFO@HANDBAGOUTPOST.COM | 12.166.50.4 | WN.SE.252226599 | 0 | NULL | 0 | 0 |
| INFO@HANDBAGOUTPOST.COM | 12.166.50.4 | WN.SE.252226599 | 0 | 30408648 | 16338277 | 107181240 |
| ABAGANDMORE@AOL.COM | 10.222.32.22 | | 0 | 30408648 | 17197076 | 115551838 |
| EBOOK555@COMCAST.NET | 24.7.5.100 | 203015640 | 0 | 30408648 | 14880461 | 93102776 |
| EBOOK555@COMCAST.NET | 12.166.50.4 | 203015640 | 0 | 30052884 | 12519674 | 69605679 |

CH-046