# EXHIBIT B

CSR-Tools - Microsoft Internet Explorer provided by Network Solutions

File  Edit  View  Favorites  Tools  Help

Address: http://csrtools.prod.netsol.com/mainPage.jsp

Links: AR Tools | ARIN | ALP Violators | CSR Web | CSR-Tools Login | Customize Links | FedEx | Fraud Tool | Partner Acct Mgmt | Registry Actions | AR Tools | RPS/FDMS | Inamge | Whois | Dig | LOGOUT | Storefront Links | Locate Account | Provision Key - Virtual Path Lookup Page | RBL Report | Siebel Call Center

## CSR-Tools

**Search by:** Domain Name
**Search For:** Account Detail
**Domain Name:** DESIGNEROUTPOST.NET
[Search]

### DOM_NET - DESIGNEROUTPOST.NET
WN.D.20458634

| Product Type | Account |
|---|---|
| DOM_NET | 30408648 |

### Status Information

| Name | Status | Workflow Status | Configured State | Locked | Updated By | Expiration Date | Auto Renew (Y/N) | Bundle (Y/N) | Special | Order History |
|---|---|---|---|---|---|---|---|---|---|---|
| DESIGNEROUTPOST.NET | ACTIVE | N/A | Domain Protect - Y | 40619186 | 06-01-2016 | N | N | No Special History | |

### Financial Information

| Name | Status | Subscription Term | Subscription Unit | Auto Renew (Y/N) | Bundle (Y/N) | Invoice |
|---|---|---|---|---|---|---|
| DESIGNEROUTPOST.NET | BILLABLE | 10 | YEAR | N | N | 73499786 |

### Other Information

| Domain Handle | Tech Handle | Billing Handle | Admin Handle | Nameservers | Dig | ADNS | DNS | Private Registration | Auction |
|---|---|---|---|---|---|---|---|---|---|
| JQYBMQTPND | 412159250 | 412159250 | | NS45.WORLDNIC.COM NS46.WORLDNIC.COM | | | INACTIVE | Optout - N | |

[Delete]  [Deactivate]  [Refund]  [Special]  [Award Miles]  [Lock/Unlock]  [Auth Code]

[Edit DNS]

### Product Purchase History

| Start Date | End Date | Description | Invoice Id | Event Id | Order Id | Purchase Period | Purchase Type | Net Amount | Discount Applied | Channel Id | Partner | Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-01-2006 | 06-01-2016 | DOM_NET | 73499786 | 27368442 | 230313079 | 10 Y | Acquisition | $149.90 | No | 15930647 | | 1.0 |

### Associated Product(s)

| Prod Type | Name | Status | Workflow Status | Financial Status | Expiry Date | Special |
|---|---|---|---|---|---|---|
| DNS Hosting | DESIGNEROUTPOST.NET | ACTIVE | | NONBILLABLE | | |
| Online Marketing National | DESIGNEROUTPOST.NET | DELETED | | NONBILLABLE | | |
| Private-Registration | DESIGNEROUTPOST.NET | DELETED | | PAID | 06-01-2007 | |

Done — Trusted sites

CH-047



Search by: Domain Name
Search For: Account Detail
Domain Name: DESIGNEROUTPOST.NET

Order Information could be up to 35 minutes old

| Line Item | Product Type | Description | Action Type | Request Type | Status Date | Status | Message | Fraud Status |
|---|---|---|---|---|---|---|---|---|
| 269570115-10 | Domain | designeroutpost.net | CONSOLIDATE_ACCOUNT | | 07-27-2007 | COMPLETE(30) | | |
| 269570093-8 | Domain | designeroutpost.net | CONSOLIDATE_ACCOUNT | | 07-27-2007 | COMPLETE(30) | | |
| 268084907-3 | Domain | order submitted by od. | MODIFY | | 07-07-2007 | COMPLETE(30) | | |
| 265914387-3 | Domain | order submitted by od. | MODIFY | | 06-08-2007 | COMPLETE(30) | | |
| 245425774-2 | Domain | | MODIFY | | 10-18-2006 | COMPLETE(30) | | |
| 230313079-5 | Domain | designeroutpost.net | MODIFY | | 06-01-2006 | COMPLETE(30) | Accepted | |
| 230313079-2 | Domain | designeroutpost.net | CREATE | | 06-01-2006 | COMPLETE(30) | Accepted | |

Order Information could be up to 35 minutes old

CH-048



CH-049

Invoice Email View | Print | Close

# NetworkSolutions

| Account Number | Invoice Number | Parent Invoice | Invoice Amount | Current Due | Invoice Date |
|---|---|---|---|---|---|
| 30408648 | 73499786 | | $158.90 | $0.00 | 06/01/2006 |

Handbag Outpost
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514 Panama City
PA

## SUMMARY OF CHARGES AND CREDITS

| Date | Description | Type | EventID | Prod Type | Prod Name | Term | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/01/2006 | One Off Charge | Acquisition | 27368442 | NET domain | DESIGNEROUTPOST.NET | 10 | $14.99 | $149.90 |
| 06/01/2006 | One Off Charge | Acquisition | 27368443 | Private Registration | DESIGNEROUTPOST.NET | 1 | $9.00 | $9.00 |

## PAYMENTS

| ID | Date | Pymt Status | Pymt Method | Check/Card#/PayPalID | Amount | Order Num | RTPS Trans ID |
|---|---|---|---|---|---|---|---|
| 12861902 | 06/01/2006 | Applied | Credit Card | **** 3206 | $158.90 | 230313079 | 51161480 |

## ADJUSTMENTS

| Date | Details | Amount | Order Num | Customer ID | CSR ID | Siebel SR# |
|---|---|---|---|---|---|---|

CH-050

http://csrtools.prod.netsol.com/invoice.jsp?invoiceId=73499786        6/10/2008

| TIMESTAMP | TRANSACTIONMODE | TRANSACTIONID | ORDERID | TRANSACTIONTYPE | PROCESSORREFERENCE | AUTHCODE |
|---|---|---|---|---|---|---|
| 6/1/06 12:05 PM | LIVE | 51161480 | 230313079 | S | VWMA1DDFE1B0 | 68 |

Transaction Report for DESIGNEROUTPOST.NET

CH-051

| RESPONSE | RESPONSETIME | AVSADDR | AVSZIP | CVV2RESP | CREDITCARDTYPE | CREDITCARDEND | CARDHOLDER | CVV2 |
|---|---|---|---|---|---|---|---|---|
| A | 446 | Y | Y | Y | VISA | 3206 | CASONDRA TSHIMANGA | NULL |

CH-052

| EXPIRATION | TOTAL AMOUNT | STREET | ZIPCODE | CITY | STATE | COUNTRYCODE | EMAIL |
|---|---|---|---|---|---|---|---|
| 309 | 158.90 | 2642 OLIVER DR | 94545 | HAYWARD | CA | US | EBOOK555@COMCAST.NET |
| | 149.90 | | | | | | |

| INETADDRESS | PRODUCTREFERENCE | REFUNDAMOUNT | ACCOUNT_NAME | PAYMENT_ID | INVOICE_ID |
|---|---|---|---|---|---|
| 12.166.50.4 | WN.D.204586384 | 0 | 30052884 | 12861902 | 73499786 |

CH-054