# EXHIBIT C



CSR-Tools - Microsoft Internet Explorer provided by Network Solutions

File Edit View Favorites Tools Help

Back Search Favorites

Address http://csrtools.prod.netsol.com/mainPage.jsp Go

Links AR Tools ARIN AUP Violators CSR Web CSR-Tools Login Customize Links FedEx Fraud Tool Provision Key - Virtual Path Lookup Page RBL Report Siebel Call Center

CSR-Tools

Storefront Links | Create Account | Partner Acct Mgmt | Registry Actions | AR Tools | RTPS/FDMS | Merge | Whois | Dig | LOGOUT

Search by: Domain Name | Search For: Account Detail | Domain Name: HANDBAGSLUXERY.COM | Search

DOM_COM - HANDBAGSLUXERY.COM

WN.D.233674888

| Product Type | DOM_COM |
|---|---|
| Account | 30408648 |

Status Information

| Name | Status | Workflow Status | Configured State | Locked | Updated By | Expiration Date | Special | Order History |
|---|---|---|---|---|---|---|---|---|
| HANDBAGSLUXERY.COM | ACTIVE | | N/A | Domain Protect - Y | 40619186 | 12-10-2008 | No Special History | H |

Financial Information

| Name | Status | Subscription Term | Subscription Unit | Auto Renew (Y/N) | Bundle (Y/N) | Invoice |
|---|---|---|---|---|---|---|
| HANDBAGSLUXERY.COM | BILLABLE | 1 | YEAR | N | N | 107245054 |

Other Information

| Domain Handle | Tech Handle | Billing Handle | Admin Handle | Nameservers | Dig | ADNS | DNS | Private Registration | Auction |
|---|---|---|---|---|---|---|---|---|---|
| HRXPBVWXED | 412159250 | 412159250 | 412159250 | NS97.WORLDNIC.COM NS98.WORLDNIC.COM | | | H | ACTIVE | Optout - N |

Delete | Deactivate | Refund | Special | Award Miles | Lock/Unlock | Auth Code | Suspend Private Registration

Edit DNS

Product Purchase History

| Start Date | End Date | Description | Invoice Id | Event Id | Order Id | Purchase Period | Purchase Type | Net Amount | Discount Applied | Channel Id | Partner | Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-10-2006 | 12-10-2007 | DOM_COM | 85821692 | 30624997 | 249685459 | 1 Y | Acquisition | $34.99 | No | 15930647 | | 1.0 |
| 12-10-2007 | 12-10-2008 | DOM_COM | 107245054 | 804804380 | 279922079 | 1 Y | Renewal | $34.99 | No | 15930647 | | 1.0 |

Associated Product(s)

| Prod Type | Name | Status | Workflow Status | Financial Status | Expiry Date | Special |
|---|---|---|---|---|---|---|
| DNS Hosting | HANDBAGSLUXERY.COM | ACTIVE | | NONBILLABLE | | |
| Private-Registration | HANDBAGSLUXERY.COM | ACTIVE | | PAID | 12-10-2008 | |

Trusted sites

CH-055




Order Information could be up to 35 minutes old

| Line Item | Product Type | Description | Action Type | Request Type | Status Date | Status | Message | Fraud Status |
|---|---|---|---|---|---|---|---|---|
| 286805338-1 | Domain | handbagsluxery.com | MODIFY | | 02-18-2008 | COMPLETE(30) | | |
| 279922079-1 | Domain | renewal order by od | RENEW | | 11-29-2007 | COMPLETE(30) | | Accepted |
| 279922079-4 | Domain | renewal order by od | MODIFY | | 11-29-2007 | COMPLETE(30) | | Accepted |
| 279389248-3 | Domain | renewal order by od | RENEW | | 11-22-2007 | INITIAL(10) | | |
| 279389248-6 | Domain | renewal order by od | MODIFY | | 11-22-2007 | INITIAL(10) | | |
| 278823768-8 | Domain | renewal order by od | RENEW | | 11-15-2007 | INITIAL(10) | | |
| 278823768-14 | Domain | renewal order by od | MODIFY | | 11-15-2007 | INITIAL(10) | | |
| 277028955-7 | Domain | renewal order by od | RENEW | | 10-26-2007 | INITIAL(10) | | |
| 277028955-12 | Domain | renewal order by od | MODIFY | | 10-26-2007 | INITIAL(10) | | |
| 275516457-1 | Domain | renewal order by od | RENEW | | 10-11-2007 | INITIAL(10) | | |
| 269570115-9 | Domain | handbagsluxery.com | CONSOLIDATE_ACCOUNT | | 07-27-2007 | COMPLETE(30) | | |
| 269570093-7 | Domain | handbagsluxery.com | CONSOLIDATE_ACCOUNT | | 07-27-2007 | COMPLETE(30) | | |
| 269570078-5 | Domain | handbagsluxery.com | CONSOLIDATE_ACCOUNT | | 07-27-2007 | COMPLETE(30) | | |
| 249685459-6 | Domain | handbagsluxery.com | MODIFY | | 12-10-2006 | COMPLETE(30) | | Accepted |
| 249685459-2 | Domain | handbagsluxery.com | CREATE | | 12-10-2006 | COMPLETE(30) | | Accepted |

Order Information could be up to 35 minutes old

Nameserver Change History for HANDBAGSLUXERY.COM


Nameserver Change History - Microsoft Internet Explorer provided by Network Solutions

Nameserver Change History

| Date | Person Org Id | Client | Client IP Address | Order Id | Nameservers |
|---|---|---|---|---|---|
| 2006-12-10 06:07:33 | 40619186 | Storefront | | 249685459 | NS98.WORLDNIC.COM<br>NS97.WORLDNIC.COM |

Close

Invoice Email View | Print | Close

NetworkSolutions®

| Account Number | Invoice Number | Parent Invoice | Invoice Amount | Current Due | Invoice Date |
|---|---|---|---|---|---|
| 30408648 | 85821692 | | $122.99 | $0.00 | 12/10/2006 |

**Handbag Outpost**
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514Panama City

PA

**SUMMARY OF CHARGES AND CREDITS**

| Date | Description | Type | EventID | Prod Type | Prod Name | Term | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/10/2006 | One Off Charge | Acquisition | 30624997 | COM domain | HANDBAGSLUXERY.COM | 1 | $34.99 | $34.99 |
| 12/10/2006 | One Off Charge | Acquisition | 30624999 | Private Registration | HANDBAGSLUXERY.COM | 1 | $9.00 | $9.00 |
| 12/10/2006 | One Off Charge | Delayed | 30625001 | SE_VIS | http://handbagsluxery.com/ | 1 | $0.00 | $0.00 |
| 12/10/2006 | One Off Charge | Acquisition | 30625002 | SE_VIS | http://handbagsluxery.com/ | 1 | $79.00 | $79.00 |

**PAYMENTS**

| ID | Date | Pymt Status | Pymt Method | Check/Card#/PayPalID | Amount | Order Num | RTPS Trans ID |
|---|---|---|---|---|---|---|---|
| 14083247 | 12/10/2006 | Applied | Credit Card | **** 4413 | $122.99 | 249685459 | 54367395 |

**ADJUSTMENTS**

| Date | Details | Amount | Order Num | Customer ID | CSR ID | Siebel SR# |
|---|---|---|---|---|---|---|

CH-058

CSR-Tools - Microsoft Internet Explorer provided by Network Solutions

File Edit View Favorites Tools Help

Back Search Favorites

Address http://csrtools.prod.netsol.com/mainPage.jsp Go

Links AR Tools ARIN AUP Violators CSR Web CSR-Tools Login Customize Links FedEx Fraud Tool Provision Key - Virtual Path Lookup Page RBL Report Siebel Call Center

CSR-Tools

Storefront Links | Create Account | Partner Acct Mgmt | Registry Actions | AR Tools | RTPS/FDMS | Merge | Whois | Dig | LOGOUT

Search by: First Name, Last Name | First Name: kelly | Last Name: Watson | Search

User Details

**User Information**

User Login Lock: No

**User Id:** 42066994
**Organization Name:** Handbag Outpost

Change

**Handle:** 42066994O
**PersonOrgId:** 42066994
**Address:**
39270 Paseo Padre Parkway
Suite 325
Fremont, CA 94536
US
View Address History

**Phone:** 1-800-431-1365
**Email:** no.valid.email@worldnic.com
Modify email address

View User Change History

View Login History

**User Profiles**

**Bulk Whois Optout** Y

Add US Nexus profile (.US domain support)

Add EU Nexus profile (.EU domain support)

**User Account Relationships**

| Acct # | Acct Name | Relationship | Acct Holder | VIP |
| --- | --- | --- | --- | --- |

Whois Based Lookup

View all domains associated with this user's NIC handle in Whois — Whois Lookup

Allowable IP address

View and set IP address ranges from which user may login. — Set IP Address

Trusted sites

CSR-Tools - Microsoft Internet Explorer provided by Network Solutions

File Edit View Favorites Tools Help

Back Search Favorites

Address http://csrtools.prod.netsol.com/mainPage.jsp Go

Links AR Tools ARIN AUP Violators CSR Web CSR-Tools Login Customize Links FedEx Fraud Tool Provision Key - Virtual Path Lookup Page RBL Report Siebel Call Center

**CSR-Tools**

Storefront Links | Create Account | Partner Acct Mgmt | Registry Actions | AR Tools | RTPS/FDMS | Merge | Whois | Dig | LOGOUT

Search by: First Name, Last Name | First Name: kelly | Last Name: Watson | Search

User Details

**User Information**

User Login Lock: No

**User Id:** 42066995
**Name:** Kelly Watson

Change

**Handle:** 42066995P
**PersonOrgId:** 42066995
**Address:**
View Address History

**Phone:** 1-800-431-1365
**Email:** ebook555@comcast.net
Modify email address

View User Change History

View Login History

**Reset User Password**

To reset password, customer must answer challenge question.

**Question:**

**Answer:**

Reset

Send Email containing password reset link: Send

**User Profiles**

**Bulk Whois Optout** Y

Add US Nexus profile (.US domain support)

Add EU Nexus profile (.EU domain support)

**User Account Relationships**

☑ Primary ☑ Admin ☑ Tech Update

| Acct # | Acct Name | Relationship | Acct Holder | VIP |
| --- | --- | --- | --- | --- |

Whois Based Lookup

View all domains associated with this user's NIC handle in Whois — Whois Lookup

Allowable IP address

View and set IP address ranges from which user may login. — Set IP Address

Done — Trusted sites

CH-060

CSR-Tools - Microsoft Internet Explorer provided by Network Solutions

File Edit View Favorites Tools Help

Back Search Favorites

Address http://csrtools.prod.netsol.com/mainPage.jsp Go

Links AR Tools ARIN AUP Violators CSR Web CSR-Tools Login Customize Links FedEx Fraud Tool Provision Key - Virtual Path Lookup Page RBL Report Siebel Call Center

CSR-Tools

Storefront Links | Create Account | Partner Acct Mgmt | Registry Actions | AR Tools | RTPS/FDMS | Merge | Whois | Dig | LOGOUT

Search by: First Name, Last Name | First Name: Casondra | Last Name: Satcher | Search

User Details

**User Information**

User Login Lock: No

**User Id:**
**Name:** Casondra Satcher

Change

**Handle:** 40440304P
**PersonOrgId:** 40440304
**Address:**
2642 Oliver Dr
Hayward, CA 94545
US
View Address History

**Phone:** 510-938-8438
**Email:** ebook555@comcast.net
Modify email address

View User Change History

View Login History

**User Account Relationships**

Primary Admin Tech Update

| Acct # | Acct Name | Relationship | Acct Holder | VIP |
|---|---|---|---|---|

Whois Based Lookup

View all domains associated with this user's NIC handle in Whois — Whois Lookup

Allowable IP address

View and set IP address ranges from which user may login. — Set IP Address

**Reset User Password**

To reset password, customer must answer challenge question.

**Question:** What is the name of your favorite pet?
**Answer:** Butch

Reset

Send Email containing password reset link: Send

**User Profiles**

**Bulk Whois Optout** Y

Add US Nexus profile (.US domain support)

Add EU Nexus profile (.EU domain support)

Done — Trusted sites

CSR-Tools - Microsoft Internet Explorer provided by Network Solutions

File Edit View Favorites Tools Help

Back · Search Favorites

Address http://csrtools.prod.netsol.com/mainPage.jsp Go

Links AR Tools ARIN AUP Violators CSR Web CSR-Tools Login Customize Links FedEx Fraud Tool Provision Key - Virtual Path Lookup Page RBL Report Siebel Call Center

**CSR-Tools**

Storefront Links | Create Account | Partner Acct Mgmt | Registry Actions | AR Tools | RTPS/FDMS | Merge | Whois | Dig | LOGOUT

Search by: First Name, Last Name — First Name: Casondra — Last Name: Satcher — Search

Change

**Handle:** 40440304P
**PersonOrgId:** 40440304
**Address:**
2642 Oliver Dr
Hayward, CA 94545
US
View Address History

**Phone:** 510-938-8438
**Email:** ebook555@comcast.net
Modify email address

View User Change History

View Login History

**Reset User Password**

To reset password, customer must answer challenge question.

**Question:** What is the name of your favorite pet?
**Answer:** Butch

Reset

Send Email containing password reset link: Send

**User Profiles**

**Bulk Whois Optout** Y
Add US Nexus profile (.US domain support)
Add EU Nexus profile (.EU domain support)

**Consolidation Info**

| | |
|---|---|
| **Merged to** | 40619186 |
| **Consolidation Date** | 09-06-2006 |
| **Originator** | 40440304 |

Whois Based Lookup

View all domains associated with this user's NIC handle in Whois — Whois Lookup

Allowable IP address

View and set IP address ranges from which user may login. — Set IP Address

Trusted sites

**User Change History for PersonOrgID: 40440304 – Casondra Satcher**



User Change History - Microsoft Internet Explorer provided by Network Solutions

User Change History

Only changes since December 10, 2003 are shown

| Field | Old Value | Change Date | New Value | By | Using |
|---|---|---|---|---|---|
| User ID | EBOOK555 | 2006-09-06 | | 40440304 | Storefront |
| Password | ****** | 2006-09-06 | (not set) | 40440304 | Storefront |
| Password | ****** | 2006-06-01 | ****** | 1001 | Storefront |
| E-mail Address | info@paydayall.com | 2006-06-01 | ebook555@comcast.net | STEPHEN012-39829634 | CSR Tools |

Close

Login History - Microsoft Internet Explorer provided by Network Solutions

Login History for Person-Org Id # 40440304

| Date | Success | Originator | Client | IP Address | Method | Product | Failed Reason | Valid Credential |
|---|---|---|---|---|---|---|---|---|
| 2006-09-06 00:08:06 | true | 40874544 | Storefront | 210.5.121.190 | CSR Login | | | Yes |
| 2006-09-05 23:47:57 | true | 40824752 | Storefront | 12.41.116.4 | Siebel Login | | | Yes |
| 2006-09-05 19:27:54 | true | 41018191 | Storefront | 12.41.116.4 | Siebel Login | | | Yes |
| 2006-09-05 19:26:45 | true | 41018191 | Storefront | 12.41.116.4 | Siebel Login | | | Yes |
| 2006-09-05 19:26:31 | true | 41018191 | Storefront | 12.41.116.4 | Siebel Login | | | Yes |
| 2006-06-01 12:36:56 | true | 40440304 | Storefront | 67.170.202.252 | Manual Login | | | Yes |
| 2006-06-01 12:36:30 | true | 40440304 | Storefront | 67.170.202.252 | Manual Login | | | Yes |
| 2006-06-01 11:30:25 | true | 39829634 | Storefront | 12.166.50.4 | CSR Login | | | Yes |
| 2006-06-01 11:21:08 | true | 39829634 | Storefront | 12.166.50.4 | CSR Login | | | Yes |
| 2006-05-12 18:36:20 | true | 39759431 | Storefront | 67.96.215.61 | CSR Login | | | Yes |
| 2006-05-12 18:35:32 | true | 39759431 | Storefront | 67.96.215.61 | CSR Login | | | Yes |
| 2006-05-12 17:27:34 | true | 39753723 | Storefront | 67.96.215.61 | CSR Login | | | Yes |
| 2006-05-12 17:26:14 | true | 39753723 | Storefront | 67.96.215.61 | CSR Login | | | Yes |
| 2006-05-12 17:25:35 | true | 39753723 | Storefront | 67.96.215.61 | CSR Login | | | Yes |
| 2006-02-28 15:54:33 | true | 40388404 | Storefront | 67.96.215.61 | CSR Login | | | Yes |
| 2006-02-28 15:52:17 | true | 40388404 | Storefront | 67.96.215.61 | CSR Login | | | Yes |
| 2006-02-28 15:52:08 | true | 40388404 | Storefront | 67.96.215.61 | CSR Login | | | Yes |
| 2006-02-28 15:51:19 | true | 40388404 | Storefront | 67.96.215.61 | CSR Login | | | Yes |
| 2006-02-28 15:50:53 | true | 40388404 | Storefront | 67.96.215.61 | CSR Login | | | Yes |
| 2006-02-17 03:31:44 | true | 40440304 | Storefront | 67.170.203.121 | Manual Login | | | Yes |
| 2006-02-17 03:31:33 | false | 40440304 | Storefront | 67.170.203.121 | Manual Login | | Login denied due to invalid password | No |

(showing items 1 - 21 of 21, page 1 of 3)

First Previous 1 2 3 Next Last All

Close


CSR-Tools - Microsoft Internet Explorer provided by Network Solutions
File Edit View Favorites Tools Help
Back Search Favorites
Address http://csrtools.prod.netsol.com/mainPage.jsp
Go
Links AR Tools ARIN AUP Violators CSR Web CSR-Tools Login Customize Links FedEx Fraud Tool Provision Key - Virtual Path Lookup Page RBL Report Siebel Call Center
CSR-Tools
Storefront Links | Create Account | Partner Acct Mgmt | Registry Actions | AR Tools | RTPS/FDMS | Merge | Whois | Dig | LOGOUT
Search by
First Name, Last Name
First Name
Casondra
Last Name
Satcher
Search
User Details
User Information
User Login Lock: No
Private Registration Active
User Id: FUNNTYRRPO9
Name: Justine Bliazze
Change
Organization Name: New Tover Global
Handle: 40619186P
PersonOrgId: 40619186
Address:
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514
Panama City,
PA
View Address History
Phone: 800-431-1365
Email: abagandmore@aol.com
Modify email address
Login to: Storefront
View User Change History
View Login History
Reset User Password
To reset password, customer must answer challenge question.
Question: What is the name of your favorite pet?
Answer: jazzy
Reset
Send Email containing password reset link: Send
User Account Relationships
Primary Admin Tech Update
Acct # Acct Name Relationship Acct Holder VIP
30408648 Primary 40619186
View All Products
Whois Based Lookup
View all domains associated with this user's NIC handle in Whois
Whois Lookup
Allowable IP address
View and set IP address ranges from which user may login.
Set IP Address
Done
Trusted sites

CSR-Tools - Microsoft Internet Explorer provided by Network Solutions

File Edit View Favorites Tools Help

Back Search Favorites

Address http://csrtools.prod.netsol.com/mainPage.jsp Go

Links AR Tools ARIN AUP Violators CSR Web CSR-Tools Login Customize Links FedEx Fraud Tool Provision Key - Virtual Path Lookup Page RBL Report Siebel Call Center

CSR-Tools

Storefront Links | Create Account | Partner Acct Mgmt | Registry Actions | AR Tools | RTPS/FDMS | Merge | Whois | Dig | LOGOUT

Search by: Domain Name | Search For: Account Detail | Domain Name: HANDBAGOUTPOST.COM | Search

Account Details

**Account Information**

Private Registration Active
**Account #:** 30408648 Retail
**Account Name:**
**Account Channel:** Storefront
**Account Status:** Bad Payment
**Auction Optout:** N
**Transfer Block:** N

View/Edit Credit Card Information

Account Holder:

**User ID:** 41215925
**Person Org ID:** 41215925
**Organization Name:** Handbag Outpost
**Handle:** 41215925O
**Address:**
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514
Panama City,
PA
View Address history
**Phone:** 1-800-431-1365
**Fax:**
**Email:** ebook555@comcast.net

Primary User:

**User ID:** FUNNTYRRPO9
**Person Org ID:** 40619186
**Name:** Bliazze, Justine
**Handle:** 40619186P
**Address:**
Ave. Nicanor de Obarrio, 50th Street
15th Floor Office 1514
Panama City,
PA
View Address history
**Phone:** 800-431-1365
**Fax:**
**Email:** abagandmore@aol.com

Replace Primary User

**Account Related User(s)**

☑ Holder ☑ Primary ☑ Admin ☑ Tech Update

| User ID | Name | Person Org ID | Handle | Relationship | e-mail | VIP |
|---|---|---|---|---|---|---|
| 41215925 | Handbag Outpost | 41215925 | 41215925O | Holder | ebook555@comcast.net | |
| FUNNTYRRPO9 | Bliazze, Justine | 40619186 | 40619186P | Primary | abagandmore@aol.com | |

RESEARCH ORDER PROVISION

Transfer Domains to this Account

Transfer Domains into this Account Transfer

Billing Information

| Search Type | Start Date | End Date |
|---|---|---|
| Invoices | | |

Most recent invoice: 119806886 Reset Submit

Done Trusted sites

Transaction Report for HANDBAGSLUXERY.COM

| TIMESTAMP | TRANSACTIONMODE | TRANSACTIONID | ORDERID | TRANSACTIONTYPE | PROCESSORREFERENCE | AUTHCODE |
|---|---|---|---|---|---|---|
| 11/29/07 2:07 AM | LIVE | 59589485 | 279922079 | S | VTJA1DD39E71 | 23073 |
| 12/10/06 6:07 AM | LIVE | 54367395 | 249685459 | S | VRCA0CE5ABB9 | 115 |

| RESPONSE | RESPONSETIME | AVSADDR | AVSZIP | CVV2RESP | FRAUDCHECK | CREDITCARDTYPE | CREDITCARDEND |
|---|---|---|---|---|---|---|---|
| A | 272 | N | N | X | R | VISA | 4429 |
| A | 289 | Y | Y | Y | R | VISA | 4413 |

| CARDHOLDER | CVV2 | EXPIRATION | TOTAL | AMOUNT | STREET | ZIPCODE | CITY | STATE | COUNTRYCODE |
|---|---|---|---|---|---|---|---|---|---|
| MORE BAGS INC | NULL | 511 | 43.99 | 34.99 | NULL | 94542 | NULL | NULL | USA |
| CASONDRA SATCHER | NULL | 309 | 122.99 | 34.99 | 2642 OLIVER DR | 94545 | HAYWARD | CA | US |

| EMAIL | INETADDRESS | PRODUCTREFERENCE | REFUNDAMOUNT | ACCOUNT_NAME | PAYMENT_ID | INVOICE_ID |
|---|---|---|---|---|---|---|
| NULL | 10.222.32.21 | WN.D.233674888 | 0 | 30408648 | 16402077 | 107245054 |
| EBOOK555@COMCAST.NET | 24.7.11.251 | WN.D.233674888 | 0 | 29955010 | 14083247 | 85821692 |