# EXHIBIT D

## AFFIDAVIT OF CUSTODIAN OF RECORDS

COMMONWEALTH OF VIRGINIA    )
                            ) ss.
COUNTY OF FAIRFAX           )

After being first duly sworn, I, Natalie Sterling, hereby depose and say as follows:

1. I am over eighteen years of age and have personal knowledge of the facts stated in this Affidavit. I could and would testify to the facts recited in this Affidavit if called as a witness in this matter.

2. I am the Subpoena Compliance Administrator for Network Solutions, LLC ("Network Solutions") and, as such, I am responsible for the oversight of the production of documents responsive to subpoenas served upon Network Solutions, LLC

3. Network Solutions is a Delaware limited liability company whose principal place of business is Herndon, Virginia. Network Solutions provides a variety of Internet based services, most of which originate from its headquarters in Herndon, Virginia. One of the Internet based services that Network Solutions provides, exclusively from its Virginia facilities, is the registration of second-level domain names. Part of my responsibilities include acting as the custodian of registration records for Network Solutions.

4. Network Solutions has received a *subpoena duces tecum* issued on May 21, 2008 by the Eastern District of Virginia, to produce, "Any and all documents for the period January 1, 2001 relating to the following individuals and/or entities under any or all of the following names: A. Casondra Tshimanga; B. Casondra Smith; C. Kelly Watson; D. Casondra Satcher; E. C. Mayfield; F. Anne Lloyd; G. Handbagoutpost.com; H. DesignerOutpost.net; I. HandbagsLuxery.com; J. Bay Electronics. Any and all documents related to the registration, establishment, renewal, creation, maintenance, payments received, and/or hosting of the domain names identified including associated Email addresses."

5. In compliance with that subpoena, I produced records on June 10, 2008.

6. I have examined the originals of these records and have made true and exact copies of them for production herein.

7.    The original of each of these records was made at or near the time of the acts, events, conditions or opinions recited therein by or from information transmitted to Network Solutions from persons involved with the registration of the domain names encompassed by the subpoena herein and kept in the ordinary course of our regularly conducted business activities.

Dated: June 12, 2008

_____
Natalie Sterling

Subscribed and sworn to before me this 12th day of June, 2008.

_____
Notary Public LINDA L. LARSEN

My commission expires: 5.31.2012

County of Fairfax, Commonwealth of Virginia

