# EXHIBIT E

Krieg, Keller, Sloan, Reilley & Roman LLP
114 Sansome Street, Suite 400
San Francisco, California 94104-3839
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorney for PLANTIFF
CHANEL, INC., a New York Corporation

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASONDRA TSHIMANGA a/k/a CASONDRA SMITH a/k/a CASONDRA SATCHER a/k/a C. MAYFIELD a/k/a ANNE LLOYD et al.,<br><br>Defendants. | Case No. CV 07-03592-EMC<br><br>**THIRD DECLARATION OF ROBERT HOLMES IN SUPPORT OF CHANEL, INC.'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT**<br><br>DATE:<br>TIME:<br>PLACE: |

I, Robert Holmes, declare and state as follows:

1. I am an officer of IPCybercrime.com, LLC, formerly, the Holmes Detective Agency, a licensed private investigative firm, located in Plano, Texas.

2. I am over 18 years of age and have personal knowledge of the facts set forth herein.

3. I was asked by Chanel, Inc. ("Chanel") to conduct an investigation with respect to the Defendant, Casondra Tshimanga ("Tshimanga") and her

- 1 -

association with the websites operating under the domain names HandbagOutpost.com, DesignerOutpost.net and HandbagsLuxery.com.

4. During the course of my investigation, I identified Tshimanga's home address as 2642 Oliver Drive, Hayward, California 94545 (the "Oliver Drive Address") through a credit header search on MerlinData.com. I then conducted a search of the Oliver Drive Address via the Internet and determined the landline registered to the Oliver Drive Address to be (510) 670-8642. Finally, I confirmed the addressee information obtained through MerlinData.com by telephoning (510) 670-8642, and confirming that Tshimanga was a resident at the Oliver Drive Address.

5. Additionally, as part of my investigation, I identified the telephone number (510) 938-8438, as a mobile phone registered to Tshimanga. As noted in ¶¶ 6 and 15 of my first Declaration (DE 18, Part 7, Exhibit "E"), (510) 938-8438 was the telephone number identified as part of the payee information provided in connection with my May 26, 2006 purchase from HandbagOutpost.com. During the course of my investigation, I received a telephone call from the payee phone number (510) 938-8438, and the caller identification system identified the caller as "Tshimanga, Cason." To further confirm the ownership of the (510) 938-8438 telephone number, I conducted a search of the telephone number through SkipSmasher.com which is a reverse caller identification look-up service that identifies the account holder of a specific telephone number. The results of my

search through SkipSmasher.com identified the account holder for the number (510) 938-8438 as "Tshimanga, Cason".

6. I also conducted an investigation of the e-mail address Ebook555@comcast.net and found that it is attached to a Linkedin.com profile for Casondra Tshimanga, who is identified as the owner of Baggs All Inc., an import and export specialist in the San Francisco Bay area. A true and correct copy of Tshimanga's Linkedin.com profile is attached hereto as Exhibit "1".

7. Linkedin.com is a business and social networking website which is searchable. I conducted a search on Linkedin.com for the e-mail address Ebook555@comcast.net and Tshimanga's profile, as reflected in Exhibit "1" attached hereto, was the only search result.

I declare the foregoing statements to be true and correct under penalty of perjury under the laws of the United States of America.

FURTHER DECLARANT SAYETH NAUGHT.

Dated this 20th day of June, 2008.

_____
ROBERT HOLMES

# EXHIBIT "1"

**LinkedIn**

Account & Settings | Help | Sign Out

People    Jobs    Answers    Companies

Advanced Search [People ▼] [_____] [Search]

We added 1 contact(s).

- Home
- Groups
- Profile
- Contacts
- Inbox

[Add Connections]

Your profile is **70%** complete [ Edit ]

## Contacts

Connections    Imported Contacts    Network Statistics                    Add Connections    Remove Connections

These are your newly added contacts that are not yet connected to you on LinkedIn. **Invite them to connect!**

☑ Select All                                          Showing 1 of 1 contacts.

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

T

☑ **Tshimanga, Casondra**    Owner, Baggs All Inc and Import and Export Specialist    [in]
ebook555@comcas...

Casondra, Tshimanga

☐ Add a personal note to your invitation

[Delete selected contacts]    Add More Contacts

Company    Customer Service | About LinkedIn | Blog | Store | Advertise With Us | Work With Us
Tools      Overview | Outlook Toolbar | Browser Toolbar | JobsInsider | Widgets
Premium    Post a Job | Manage Jobs | Corporate Solutions | Research Network | Upgrade Your Account

LinkedIn Corporation © 2008 | User Agreement | Privacy Policy | Copyright Policy
Use of this site is subject to express terms of use, which prohibit commercial use of this site. By continuing past this page, you agree to abide by these terms.
Help improve LinkedIn. Send us your feedback.

