**United States District Court**
For the Northern District of California

1
2
3
4
5      UNITED STATES DISTRICT COURT
6      NORTHERN DISTRICT OF CALIFORNIA
7  CHANEL INC.,                                No. C07-3592 EMC
8          Plaintiff,
9       v.                                     **CLERK'S NOTICE**
10 CASONDRA TSHIMANGA, et al.,
11         Defendants.
12 _____/
13 TO ALL PARTIES AND COUNSEL OF RECORD:
14     YOU ARE NOTIFIED THAT the CASE MANAGEMENT CONFERENCE set for July 16,
15 2008 at 1:30 p.m. has been rescheduled to **September 10, 2008 at 1:30 p.m.** before Magistrate Judge
16 Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,
17 CA 94102.   A Joint Case Management Conference Statement shall be filed by September 3, 2008.
18 Plaintiff shall serve a copy of this notice to defendant.
19
20 Dated: July 8, 2008                          FOR THE COURT,
                                                Richard W. Wieking, Clerk
21
22
23
                                                by: _____
24                                                  Betty Fong
                                                    Courtroom Deputy
25
26
27
28