UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>CASONDRA TSHIMANGA, et al.,<br><br>            Defendants. | Case No. 07-3592 SC<br><br>ORDER ADOPTING MAGISTRATE JUDGE CHEN'S REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION <u>FOR DEFAULT JUDGMENT</u> |

The Court hereby ADOPTS Magistrate Judge Edward M. Chen's Report and Recommendation and default judgment is hereby ENTERED in favor of Plaintiff Chanel, Inc., and against Defendant Casondra Tshimanga. Plaintiff is AWARDED $469,551.43 in statutory damages, attorney's fees, and costs, and Defendant, her agents, representatives, servants, employees, and all those acting in concert or participation, are ENJOINED from manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or offering to sell products which bear marks that infringe the Chanel marks.

   IT IS SO ORDERED.

   Dated: August 1, 2008

_____
UNITED STATES DISTRICT JUDGE