UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., ) | Case No. 07-3592 SC |
|     Plaintiff, ) | |
|   v. ) | JUDGMENT |
| CASONDRA TSHIMANGA, <u>et</u> <u>al.</u>, ) | |
|     Defendants. ) | |

In accordance with this Court's Order Adopting the Report and Recommendation of Magistrate Judge Edward M. Chen, it is hereby Ordered, Adjudged, and Decreed that:

JUDGMENT shall be entered in favor of Plaintiff Chanel, Inc., and against Defendant Casondra Tshimanga. Plaintiff is AWARDED $469,551.43 in statutory damages, attorney's fees, and costs, and Defendant, her agents, representatives, servants, employees, and all those acting in concert or participation, are ENJOINED from manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or offering to sell products which bear marks that infringe the Chanel marks.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: August 1, 2008

_____
UNITED STATES DISTRICT JUDGE